James P. Frantz, Esq. (SBN 87492)
jpf@frantzlawgroup.com
Kristin J. Westphal, Esq. (SBN 202046)
kwestphal@frantzlawgroup.com
George T. Stiefel, Esq. (SBN 297611)
gstiefel@frantzlawgroup.com
M. Regina Bagdasarian, Esq. (SBN 296219)
regina@frantzlawgroup.com
Edward M. Burak, Esq. (SBN 361196)
eburak@frantzlawgroup.com
**FRANTZ LAW GROUP, APLC**
402 W. Broadway, Suite 860
San Diego, CA 92101
Telephone: (619) 233-5945
Fax: (619) 525-7672
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

JULIETA JANETTE ABREGO, individually, and on behalf of all others similarly listed in the attached Appendix A,

Plaintiffs,

v.

VEOLIA WATER WEST OPERATING SERVICES, INC.; VEOLIA WATER NORTH AMERICA-WEST, LLC; MARK WIPPLER, an individual; JACOB SCHMIDT, an individual; and RANDY FREUND, an individual, DOES 1-200,

Defendants.

Case No. '26CV6221 JO BJW

**COMPLAINT**

Plaintiff JULIETA JANETTE ABREGO, individually, and the additional plaintiffs listed in **Appendix A** (collectively, "Plaintiffs"), bring this action against Defendants Veolia Water West Operating Services, Inc, Veolia Water North America-West, LLC, Mark Wippler, Jacob Schmidt, Randy Freund, and Does 1-200.

# I. INTRODUCTION

1. This lawsuit is brought by residents of the cities of Imperial Beach, Coronado, National City, Chula Vista, and San Ysidro (collectively, the "South Bay") against Veolia Water West Operating Services, Inc., Veolia Water North America-West, LLC (collectively, "Veolia"), and several Veolia employees who worked or work at the South Bay International Wastewater Treatment Plant ("SBIWTP" or the "Facility"), including Mark Wippler ("Wippler"), Jacob Schmidt ("Schmidt"), and Randy Freund ("Freund") (collectively, "Defendants") . Despite being tasked with preventing South Bay residents from being exposed to raw sewage and other contaminants, Defendants have failed to do their job. These failures have not only impacted Plaintiffs' health but have created an ecological disaster directly impacting public safety, all while denying community members the right to live and recreate in a safe and clean environment.

2. This Complaint is filed in federal court and pleaded to satisfy the standards of Fed. R. Civ. P. 8(a) as construed by *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), and *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007). The factual allegations herein are intended to state claims that are plausible on their face. Plaintiffs identify specific acts and omissions by each Defendant, specific dates and volumes of discharge events, specific contractual provisions breached, and specific regulatory orders violated. Where allegations are pleaded on information and belief, they are based upon the public record of regulatory proceedings, Water Board orders and notices of violation, the Defendants' own National Pollutant Discharge Elimination System ("NPDES") permit compliance filings, and published governmental and news reports, each referenced herein as applicable.

3. The SBIWTP, located near the U.S.-Mexico border in San Diego, is the

facility responsible for intercepting and treating sewage flowing northward from Tijuana. Defendant Veolia is the private contractor paid to operate the SBIWTP and Defendant Wippler was its plant manager. As explained below, Defendants, through their intentional acts, negligence, recklessness, and other misconduct, have caused Plaintiffs to suffer harm from contact with untreated sewage and other contaminants. These contaminants include pollutants such as fecal bacteria, contaminated sediment, heavy metals, DDT, Benzidine, and Polychlorinated Biphenyls ("PCBs"), all of which are discharged into the Tijuana River and Estuary, and eventually, the Pacific Ocean in violation of the express terms and conditions of their NPDES Permit and the Clean Water Act, Title 33 U.S.C. Section 1342.[1]

4. The NPDES Permit requires Veolia to capture certain wastewater flows from Mexico, divert the flows to the SBIWTP, and then discharge up to 25 million gallons per day ("MGD") into the Pacific Ocean via the Facility's South Bay Ocean Outfall ("SBOO").[2] But because of decades of neglect, deferred maintenance, and other

[1] NPDES Order No. R9-2021-0001, as amended by Order No. R9-2023-0009 and Order No. R9-2026-0005, Permit No. CA0108928, Waste Discharge Requirements for the U.S. Section of the Int'l Boundary & Water Comm'n, S. Bay Int'l Wastewater Treatment Plant, Attachment F (Fact Sheet), Tbls. F-3, F-5 & F-8 (Cal. Reg'l Water Quality Control Bd., San Diego Region), https://www.waterboards.ca.gov/sandiego/water_issues/programs/iwtp/ (establishing effluent limitations and confirming effluent monitoring for fecal coliform, Benzidine, DDT, Polychlorinated Biphenyls (PCBs), and heavy metals including lead, mercury, arsenic, and copper at Monitoring Location EFF-001 (South Bay Ocean Outfall)); David Gibson, Exec. Officer, Cal. Reg'l Water Quality Control Bd., San Diego Region, Executive Officer's Report (Feb. 12, 2025) [hereinafter Feb. 2025 EOR], https://www.waterboards.ca.gov/sandiego/publications_forms/publications/docs/executive_officer_reports/2025/eor_02_12_2025.pdf , at 9 (confirming 15 notices of violation issued to USIBWC for "effluent exceedances, late report submissions, inadequate maintenance, and unauthorized discharges of waste").

[2] NPDES Order No. R9-2021-0001, as amended by Order No. R9-2023-0009, Permit No. CA0108928, Waste Discharge Requirements for the U.S. Section of the Int'l Boundary & Water Comm'n, S. Bay Int'l Wastewater Treatment Plant, tbl. 1 (discharge to Pacific Ocean via SBOO at Discharge Point No. 001), § 6.3.2.1.1.2 (defining Canyon Collector Transboundary Flow Event as failure to capture flows "for treatment at the SBIWTP and disposal through the SBOO"), Attachment F (Fact Sheet) § 2.1 & tbl. F-2 (pp. F-7 to F-8) ("The canyon collector systems are designed to capture and convey dry weather transboundary flows to the SBIWTP for treatment and disposal through the SBOO"), & Attachment F § 4.2.2.3 (p. F-23) (25 MGD secondary treatment design capacity; average monthly flow limit) (Cal. Reg'l Water Quality Control Bd., San Diego Region, May 12, 2021),

misconduct, the Defendants have violated the NPDES Permit on at least 1,430 documented occasions since 2018,[3] resulting in at least 15 Notices of Violation from the San Diego Regional Water Quality Control Board and leading to escalating enforcement orders causing harm to the Plaintiffs.[4]

5. The problems caused by the Defendants' actions and inactions are vast. Notably, a September 29, 2023 report from the California Coastal Commission explained that over the past five years, more than 100 billion gallons of transboundary flows containing untreated sewage, bacteria, viruses, heavy metals, pesticides, sediment, trash, and toxic chemicals, flowed from Mexico into Southern California via the Tijuana watershed.[5] Much of that contamination flowed through the Tijuana watershed untreated as a direct result of Defendants' actions and inactions. The contaminants also flow back into the Tijuana River and Estuary via leaks, spills, and bypass events from the canyon collectors and other Facility infrastructure that Veolia failed to properly maintain, all in violation of the NPDES Permit.[6]

---

https://www.waterboards.ca.gov/sandiego/water_issues/programs/iwtp/; Feb. 2025 EOR, *supra* note 1, at 7 (confirming that a CWA permit authorizes USIBWC to discharge treated effluent through an outfall 3.5 miles offshore and that USIBWC is the sole discharger).

[3] *San Diego Coastkeeper v. USIBWC*, Compl. at ¶ 140, C/A No. 3:24-cv-00663-JES-VET, S.D. Cal., filed April 11, 2024.

[4] San Diego Reg'l Water Quality Control Bd., Exec. Officer Rpt. 2 (Feb. 12, 2025), at p. 9 (avail. at https://www.waterboards.ca.gov/sandiego/publications_forms/publications/docs/executive_officer_reports/2025/eor_02_12_2025.pdf. (last visited Apr. 28, 2026)); San Diego Reg'l Water Quality Control Bd., *South Bay International Wastewater Treatment Plant*, https://www.waterboards.ca.gov/sandiego/water_issues/programs/iwtp/index.html (last updated May 30, 2025).

[5] Cal. Coastal Comm'n, Staff Rpt: Informational Briefing on the Trans-Boundary Pollution Crisis in the Tijuana River and Tijuana River Valley, at 1 (Sept. 29, 2023) (presented to the Comm'n at its Oct. 11, 2023 meeting in Imperial Beach), https://documents.coastal.ca.gov/reports/2023/10/W6b/W6b-10-2023-appendix.pdf (reporting that over 100 billion gallons of transboundary flows containing untreated sewage, bacteria, viruses, heavy metals, pesticides, sediment, trash, and toxic chemicals flowed from Mexico into Southern California via the Tijuana watershed over the preceding five years).

[6] Feb. 2025 EOR, *supra* note 1, at 11 ("[D]ry weather flows enter into the Tijuana River Valley when they bypass USIBWC's canyon collectors, resulting in a variety of impacts. This includes, but is not limited to, impacts to wildlife/habitats, public health, and access (e.g., recreation, flood control maintenance).").

6. Defendants' failure to comply with the NPDES Permit has resulted in serious consequences to human health and the environment. South Bay residents routinely complain of breathing issues, headaches, rashes, and gastrointestinal illness as a result of exposure to dangerous and deadly pathogens, raw sewage, hazardous toxins, and noxious odors.[7] These issues impact Plaintiffs' health and in turn interfere with both their use and enjoyment of their property as well as the beaches and parks in South Bay communities.




*Photo taken from news report by CBS 8 News, Chris Gros*

7. In particular, according to an August 18, 2025 article, "swaths of the south San Diego County coast have been closed every day—1,345 days in a row and counting—because of sewage and industrial pollution flowing in from the Tijuana River."[8] This

[7] Feb. 2025 EOR, *supra* note 1, at 12 ("[E]lected officials, stakeholder agencies, non-governmental organizations, community groups, and residents continue to express concern over public health impacts from the continuous presence of water and air pollution"; describing three government-sponsored health surveys: the CDC/County of San Diego Community Assessment for Public Health Emergency Response (Oct. 2024); the County of San Diego/ATSDR online exposure survey (Oct.-Nov. 2024); and the SDSU 'Healthy Water, Healthy Air' community survey (Oct. 2024-present)).

[8] Magana, Marcos, Pollution isn't the only obstacle keeping kids from beaches in San Diego (L.A. Times, Aug. 18, 2025) (avail. at https://www.latimes.com/environment/story/2025-08-18/youth-cleaning-tijuana-river (last visited May 13, 2026)).

includes, among other places, closures at Imperial Beach, Silver Strand State Beach, and Border Field State Beach.[9] As a result of these closures, many recreation and outdoor activities have become impossible for Plaintiffs. Additionally, residents in these communities have received "boil water" orders due to contaminated drinking water.[10]

8. Wildlife in the area has also suffered: a recent report by San Diego State University's School of Public Health linked the sepsis deaths of Bottlenose dolphins to the discharge of sewage into the ocean at Imperial Beach.[11]

9. Recent studies also found aerosolized sewage pollutants are present in the air in the South Bay at levels presenting a likely public health threat.[12] And because of the aerosolized sewage pollutants caused by Defendants' actions and inactions, many people have suffered from gastrointestinal issues both from going into the water and from simply breathing the air.[13]

---

[9] Feb. 2025 EOR, *supra* note 1, at 12 ("[T]he beaches from Border Field State Park to Imperial Beach are also closed due to the risk from pathogens in the sewage in the transboundary flows. With a few recent exceptions when PBCILA began diverting Tijuana River flows, these beaches have been closed continuously since December 8, 2021.").

[10] *See* Laurie Isola, *Clean Water Woes Mount for San Diego's South Bay*, KPBS (Aug. 29, 2023), https://www.kpbs.org/news/environment/2023/08/25/clean-water-woes-mount-for-san-diegos-south-bay (reporting three-day boil water advisory issued August 25, 2023 for more than 106,000 residents in Imperial Beach and surrounding communities due to E. coli detection in the drinking water supply); *see also* MacKenzie Elmer, *South Bay School Districts Want Action on Tijuana River Crisis*, inewsource (Mar. 19, 2024), https://inewsource.org/2024/03/19/south-bay-school-districts-call-to-action-tijuana-river (noting that "contamination was so severe that it prompted a boil water advisory for three days in parts of Imperial Beach because of the presence of E. coli . . . found in the drinking water").

[11] Paula E. Stigler Granados et al., Tijuana River Contamination from Urban Runoff and Sewage: A Public Health Crisis at the Border (San Diego State Univ. Sch. of Pub. Health, Feb. 13, 2024), https://www.sdsu.edu/_files/tijuana-sewage-contamination-public-health-crisis-white-paper-021424.pdf [hereinafter SDSU White Paper].

[12] Paula E. Stigler Granados et al., Tijuana River Contamination from Urban Runoff and Sewage: A Public Health Crisis at the Border (San Diego State Univ. Sch. of Pub. Health, Feb. 13, 2024), https://www.sdsu.edu/_files/tijuana-sewage-contamination-public-health-crisis-white-paper-021424.pdf; *see also* Feb. 2025 EOR, *supra* note 1, at 12 (citing the SDSU "Healthy Water, Healthy Air" community survey documenting health issues from water and air pollution in the Tijuana River region).

[13] SDSU White Paper, *supra* note 11, at 12–14; *see also* Bernardo Rico et al., Heavily Polluted Tijuana River Drives Regional Air Quality Crisis, ChemRxiv (preprint 2024), https://chemrxiv.org/engage/chemrxiv/article-details/67525c1b5a82cea2fa2227b7




*Article by Stacy Liberatore for DailyMail.com*

10. In other words, along with the deadly effects on wildlife, people living near or in the vicinity of the Tijuana River, Tijuana River Estuary, and the SBIWTP are routinely exposed to aerosolized bacterial pathogens from raw sewage attributed to discharges, even if they do not go into the water. These discharges, contaminated with pathogens, chemicals, sediment, and trash, continue to severely degrade the Tijuana River Estuary and offshore marine habitat, all of which harms local businesses, tourism, and Plaintiffs.

## II. JURISDICTION AND VENUE

11. By Order of this Court, jurisdiction exists under the federal officer removal statute, 28 U.S.C. § 1442(a)(1).

12. As a result, venue is proper in this District under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims alleged herein, including Plaintiffs' injuries, occurred within this District. Pursuant to S.D. Cal. Civil Local Rule 40.1, this case should be assigned to the San Diego division.

## III. PARTIES

13. Plaintiffs are all owners and/or residents of properties located in the cities of Imperial Beach, Coronado, National City, Chula Vista, or San Ysidro, California, and have suffered harm from exposure to the contaminated water, air, and soil described

herein.

14. The damages suffered by Plaintiffs include damage to real property, damage to structures, damage to personal property and cherished possessions, personal injuries, illness, discomfort, annoyance, inconvenience, mental anguish, loss of quiet enjoyment, and emotional distress.

15. Defendant VEOLIA WATER WEST OPERATING SERVICES, INC. (“Veolia West”) is a Delaware corporation authorized to do business in California. Veolia West operates and maintains offices in multiple locations, including San Diego, California.

16. Defendant VEOLIA WATER NORTH AMERICA-WEST, LLC (“Veolia North America”) is a Delaware limited liability company authorized to do business in California. Plaintiffs refer to Veolia West and Veolia North America collectively as “Veolia” unless otherwise specified.

17. Defendant MARK WIPPLER (“Wippler”) was an employee of Veolia who resided in San Diego, California. At all times relevant to the facts and circumstances alleged in this pleading, Wippler was Project Manager at Veolia North America.

18. Defendant Wippler, as Project Manager, personally: (a) received, reviewed, and was responsible for responding to Notices of Violation and enforcement orders issued by the San Diego Regional Water Quality Control Board concerning the SBIWTP’s permit non-compliance;[14] (b) reviewed Veolia’s annual compliance certifications submitted to USIBWC and the San Diego Water Board, certifying operational reports that he knew or should have known failed to fully disclose the scope of deferred maintenance

---

[14] *See* Cal. Reg’l Water Quality Control Bd., San Diego Region, *Order No. R9-2021-0001* (NPDES Permit) (enforced by the San Diego Water Board); Cal. Reg’l Water Quality Control Bd., San Diego Region, *Time Schedule Order No. R9-2023-0189* (documenting ongoing compliance obligations and enforcement oversight of the SBIWTP).

and equipment deficiencies;[15] (c) made, directed, or approved operational decisions to defer maintenance items identified in Veolia's internal reports, including decisions not to address known deficiencies in the Hollister Street Pump Station surge tank pressure relief system; and (d) with full knowledge of the severe and ongoing pollution affecting South Bay residents, consciously chose to defer corrective maintenance actions within his authority and budget to accomplish. Wippler's knowing disregard of residents' safety in the face of actual knowledge of risk constitutes malice, oppression, or fraud within the meaning of California Civil Code section 3294, warranting an award of punitive damages.

19. Defendant JACOB SCHMIDT ("Schmidt") is an employee of Veolia who resides in California. At all times relevant to the facts and circumstances alleged in this pleading, Mr. Schmidt was Operations Manager at the SBIWTP. Defendant Schmidt, as Operations Manager, was personally responsible for: (a) directing and overseeing the daily operations of the treatment plant, including compliance with applicable environmental and safety regulations; (b) managing operational functions to ensure consistent treatment performance at the SBIWTP and to prevent the illegal discharge of raw sewage, sludge, and contaminated effluent into the surrounding environment, including the Pacific Ocean, Tijuana River, and nearby communities; (c) ensuring operational compliance with the NPDES Permit and related cease-and-desist and time schedule orders, including obligations to prevent discharges that cause public nuisance or endanger public health; (d) supervising operational staff to maintain proper functioning of bar screens, pumps, sedimentation tanks, and equalization basins—components which, when inoperative or mismanaged, caused the direct release of harmful pollutants and odors affecting Plaintiffs' property, health, and safety; (e) participating in or overseeing reviews and updates to the Spill and Transboundary Flow Event Prevention and Response Plan and ensuring timely responses to sediment overloads and transboundary flows

[15] *See* 40 C.F.R. § 127.11 (requiring NPDES-regulated entities to submit compliance reports subject to certification).

entering canyon collectors like Smuggler's Gulch and Goat Canyon; and (f) ensuring accurate and timely self-monitoring reports and data submissions and addressing violations and permit exceedances—including repeated failures since July 2022 to meet effluent limits for suspended solids and biochemical oxygen demand, contributing to environmental contamination and health risks.

20. Defendant RANDY FREUND ("Freund") is a Veolia employee who resides in California. At all times relevant to the facts and circumstances alleged herein, Freund was Maintenance Manager at the SBIWTP, and was personally responsible for: (a) ensuring the continuous and proper functioning of all mechanical systems at the SBIWTP; (b) managing and conducting preventive and corrective maintenance of critical infrastructure at the Plant, including bar screens, pumps, aeration basins, sedimentation tanks, and solids-handling equipment; (c) ensuring that infrastructure issues were promptly addressed to prevent unlawful discharges and toxic air emissions; (d) maintaining compliance with Veolia's computerized maintenance management systems ("CMMS") and ensuring work orders were completed in a timely manner to mitigate potential environmental and health hazards; (e) identifying and resolving mechanical issues that contributed to recurring equipment failures, including deficiencies in influent pumps and primary sedimentation tanks, which resulted in the release of untreated or partially treated sewage into Host Waters and surrounding communities; and (f) overseeing the implementation of safety and compliance protocols to avoid regulatory violations and community exposure to hazardous air pollutants, including hydrogen sulfide and PCBs.

## IV. FACTUAL ALLEGATIONS

21. The SBIWTP is located in the City of San Diego, near the U.S.-Mexico border. The Facility was constructed pursuant to the Water Quality Control Act of 1987, Pub. L. No. 100-4, to intercept and treat raw sewage and other pollutants flowing from

Tijuana, Mexico into the United States via the Tijuana River.[16]

22. The USIBWC owns and holds the NPDES Permit for the Facility. Veolia operates and maintains the Facility under a contract with USIBWC.[17]

23. The NPDES Permit requires Veolia to: (a) capture wastewater flows from Mexico through a system of canyon collectors; (b) pump those flows to the SBIWTP for treatment; and (c) discharge treated effluent at no more than 25 MGD through the SBOO into the Pacific Ocean.[18]

24. The canyon collectors—including the Goat Canyon collector (capacity approximately 13 million gallons per day) and the Smuggler's Gulch collector (capacity approximately 67,000 gallons per day)—are critical components of the collection system. Without functioning canyon collectors, untreated transboundary flows bypass the Facility and discharge directly into the Tijuana River Estuary and the Pacific Ocean at Imperial Beach.[19]

25. The USIBWC-Veolia contractual framework establishes two distinct spheres of responsibility. Specifically, USIBWC retains authority over: major capital expenditures exceeding $100,000; strategic plant upgrades and modernization; permit compliance oversight at the agency level; and diplomatic coordination with Mexico through IBWC channels. In contrast, Veolia bears sole and exclusive responsibility for all day-to-day operation and maintenance, including: canyon collector clearing and sediment removal (Contract Section C.2.3, designating Veolia as "solely responsible"); pump station inspections, maintenance, and repair; odor control equipment operation;

---

[16] Water Quality Control Act of 1987, Pub. L. No. 100-4, § 510(a), 101 Stat. 7 (1987).

[17] NPDES Order No. R9-2021-0001, as amended by Order No. R9-2023-0009, Permit No. CA0108928, Waste Discharge Requirements for the U.S. Section of the Int'l Boundary Water Comm'n, S. Bay Int'l Wastewater Treatment Plant (Cal. Reg'l Water Quality Control Bd., San Diego Region, May 12, 2021), https://www.waterboards.ca.gov/sandiego/water_issues/programs/iwtp/.

[18] NPDES Order No. R9-2021-0001; §§ 3.1, 4.1.1.1; Attachment F (Fact Sheet); F-7, *supra* note 1.

[19] NPDES Order No. R9-2021-0001, Attachment F (Fact Sheet); F-7, *supra* note 1; Investigative Order No. R9-2025-0022, at 2 (Cal. Reg'l Water Quality Control Bd., San Diego Region, Feb. 18, 2025), https://www.waterboards.ca.gov/sandiego/board_decisions/adopted_orders/2025/r9-2025-0022.pdf.

effluent sampling and laboratory testing; equipment maintenance, servicing, and repair for all items up to $100,000; system monitoring and reporting; preparation of Annual Deferred Maintenance and Repairs Reports; and regulatory agency coordination. None of these operational duties is subject to USIBWC direction on a task-by-task basis, nor do they implicate any treaty obligation, IBWC Minute, or diplomatic arrangement between the United States and Mexico. They are the routine contractual duties of a private wastewater treatment operator for which Veolia alone bears direct and exclusive responsibility. Critically, the USIBWC-Veolia contract expressly assigns Veolia sole responsibility for canyon collector maintenance (Contract Section C.2.3) and expressly holds Veolia responsible for fines resulting from its own negligence (Contract Section C.3.2(f)(6)). Veolia did not require USIBWC approval, congressional appropriation, or treaty revision to clear sediment from the canyon collectors, service a surge tank pressure relief valve, or implement its Annual Deferred Maintenance and Repairs Report. These were entirely within Veolia's unilateral $100,000 expenditure authority and required no government direction. Each specific operational failure described herein was Veolia's own choice, not a mandate from USIBWC.

26. USIBWC is not an indispensable party under Federal Rule of Civil Procedure 19. Plaintiffs seek only compensatory and punitive damages for Veolia’s breaches of its own independent contractual duties. Because Plaintiffs do not seek injunctive relief against any party, complete relief can be awarded against Defendants without USIBWC’s presence. *See* Fed. R. Civ. P. 19(a)(1)(A). All damages Plaintiffs seek flow from specific operational failures that were entirely within Veolia’s unilateral authority: deferred preventive maintenance on the Hollister Street pump station surge tank, failure to clear canyon collector sediment, and failure to prepare required Annual Deferred Maintenance and Repairs Reports. None of those failures required USIBWC direction, approval, or funding, and none implicates any treaty obligation. A court can determine Veolia’s proportionate liability for these discrete maintenance failures without adjudicating USIBWC’s fault or imputing liability to the United States.

27. Rule 19(a)(1)(B)(ii) does not apply because Defendants face no risk of inconsistent obligations from USIBWC's absence. USIBWC never directed Veolia to defer maintenance on the Hollister Street surge tank, to forgo canyon collector clearing, or to omit chronic toxicity data from its self-monitoring reports. There is no USIBWC directive with which a damages award would be inconsistent, because the specific failures alleged in ¶¶ 30–33 and ¶ 49 were Veolia's own operational choices made within its exclusive contractual authority. *EEOC v. Peabody W. Coal Co.*, 610 F.3d 1070, 1081 (9th Cir. 2010) (inconsistent obligations arise when a party must act differently toward different parties, not when a defendant faces liability for its own negligence). Further, the Rule 19(b) equitable factors favor proceeding with this action: Plaintiffs seek only money damages, not specific performance of treaty obligations; USIBWC's interests are not implicated by a damages award against a private contractor for the contractor's own maintenance failures; and dismissal would leave Plaintiffs with no adequate alternative remedy for Veolia's negligence.

28. Since at least 2017, Veolia, despite contractual language requiring it to comply with the terms of the NPDES permit, has repeatedly violated it by discharging pollutants in excess of permit limits through the SBOO and through unpermitted discharges into the Tijuana River and Estuary.[20] The violations span multiple pollutant parameters and discharge types.[21] In 2023 alone, PCB discharges from the SBOO exceeded the Permit limit by approximately 22,122%, and benzidine discharges exceeded

---

[20] Feb. 2025 EOR, *supra* note 1, at 9 ("So far, the San Diego Water Board has issued 15 notices of violation (NOVs) to USIBWC. The NOVs include alleged violations related to effluent exceedances, late report submissions, inadequate maintenance, and unauthorized discharges of waste."); Complaint for Declaratory & Injunctive Relief & Civil Penalties paragraphs 5, 76-82, *San Diego Coastkeeper v. U.S. Int'l Boundary & Water Comm'n*, No. 3:24-cv-00663-JES-VET (S.D. Cal. Apr. 11, 2024) (documenting specific pollutant parameter exceedances and permit violations).

[21] Compl. for Decl. and Inj. Relief and Civ. Penalties at ¶ 5, 12–14, 25, *San Diego Coastkeeper v. U.S. Section of the Int'l Boundary & Water Comm'n*, No. 3:24-cv-00663-JES-VET (S.D. Cal. filed Apr. 11, 2024), ECF No. 1; Cal. Reg'l Water Quality Control Bd., San Diego Region, Executive Officer's Report 9 (Feb. 12, 2025).

the Permit limit by approximately 15,052%.[22] The Facility has also repeatedly violated effluent limitations for total suspended solids ("TSS"), settleable solids, carbonaceous biochemical oxygen demand ("CBOD5"), turbidity, nitrogen, phosphorus, lead, fecal coliform, and enterococci.[23] Since 2019, the Facility has failed to report chronic toxicity data in its self-monitoring reports, itself a separate and ongoing violation of the Permit's reporting requirements.[24][25]

29. The San Diego Regional Water Quality Control Board has responded to these violations with a sequence of escalating enforcement actions, each of which Veolia received and failed to remedy:

- May 12, 2021: The Board adopted NPDES Permit Order No. R9-2021-0001 ("NPDES No. CA0108928") and simultaneously issued Cease and Desist Order No. R9-2021-0107 ("CDO"), finding that the SBIWTP's effluent threatened to violate permit limits and directing USIBWC/Veolia to complete necessary maintenance and repairs on a binding schedule.[26]
- December 21, 2021: The Board amended the CDO ("Order No. R9-2021-0220") to require quarterly compliance assurance reports after

[22] Compl. for Decl. and Injunc. Rel. and Civ. Penalties at 5, *San Diego Coastkeeper v. U.S. Section of the Int'l Boundary & Water Comm'n*, No. 3:24-cv-00663-JES-VET (S.D. Cal. filed Apr. 11, 2024), ECF No. 1.

[23] Ltr. from Coastal Envtl. Rights Found. & San Diego Coastkeeper to Maria-Elena Giner, Comm'r, U.S. Section, Int'l Boundary & Water Comm'n, Re: Clean Water Act Not. of Intent to Sue, at 11–13 (Dec. 28, 2023), https://www.sdcoastkeeper.org/wp-content/uploads/2024/01/60-Day-Notice.IBWC_.pdf; *see also* Compl. at 5, *San Diego Coastkeeper v. U.S. Section of the Int'l Boundary & Water Comm'n*, No. 3:24-cv-00663-JES-VET (S.D. Cal. filed Apr. 11, 2024), ECF No. 1.

[24] Compl. for Decl. and Injunc. Rel. and Civ. Penalties, ¶ 5, 76-82, *San Diego Coastkeeper v. U.S. Int'l Boundary Water Comm'n*, No. 3:24-cv-00663-JES-VET (S.D. Cal. Apr. 11, 2024) [hereinafter *Coastkeeper* Compl.], https://www.courthousenews.com/wp-content/uploads/2025/01/san-diego-coastkeeper-v-united-states-international-boundary-and-water-commission-complaint.pdf.

[25] 60-Day Notice of Intent to Sue Under the Clean Water Act, *San Diego Coastkeeper & Coastal Envt'l. Rights Found. v. U.S. Int'l Boundary Water Comm'n*, at 32 (Dec. 28, 2023), https://www.sdcoastkeeper.org/wp-content/uploads/2024/01/60-Day-Notice.IBWC_.pdf.

[26] Cease & Desist Order No. R9-2021-0107, U.S. Section of the Int'l Boundary Water Comm'n S. Bay Int'l Wastewater Treatment Plant (Cal. Reg'l Water Quality Control Bd., San Diego Region, May 12, 2021), https://www.waterboards.ca.gov/sandiego/water_issues/programs/iwtp/.

USIBWC/Veolia failed to meet the original schedule.[27]

- December 18, 2023: The Board adopted Time Schedule Order No. R9-2023-0189 ("TSO"), establishing a hard deadline of August 15, 2024 for full compliance with secondary effluent limitations. The TSO also required USIBWC to present an oral compliance report to the Board within 180 days.[28]
- August 15, 2024: The TSO compliance deadline passed.[29] USIBWC remained out of compliance with secondary effluent standards — a condition that had persisted continuously since at least January 3, 2022,[30] the original CDO deadline for achieving effluent limitation compliance, through the TSO deadline and into the fall of 2024. Even after USIBWC finally attained secondary treatment compliance in November 2024, violations continued: TSS percent removal achieved only 84.09% against the required 85% minimum, and settleable solids reached 5 ml/L[31] against a 3 ml/L instantaneous maximum. Veolia had been operating under active spill event conditions since June 17, 2024 (addressed in ¶¶ 30–31 below).[32]
- September 25, 2024: The Board issued NOV No. R9-2024-0146

---

[27] Order No. R9-2021-0220, Amending Cease & Desist Order No. R9-2021-0107 (Cal. Reg'l Water Quality Control Bd., San Diego Region, Dec. 21, 2021), https://www.waterboards.ca.gov/sandiego/water_issues/programs/iwtp/.
28 Time Schedule Order No. R9-2023-0189, U.S. Section of the Int'l Boundary Water Comm'n S. Bay Int'l Wastewater Treatment Plant (Cal. Reg'l Water Quality Control Bd., San Diego Region, Dec. 18, 2023), https://www.waterboards.ca.gov/sandiego/water_issues/programs/iwtp/.
[29] Cal. Reg'l Water Quality Control Bd., San Diego Region, Time Schedule Order No. R9-2023-0189, at 8, Directive No. 1 & Table 1, Task J (Dec. 18, 2023).
[30] Cal. Reg'l Water Quality Control Bd., San Diego Region, Time Schedule Order No. R9-2023-0189, at 4, Table 1, Task J (Dec. 18, 2023) (noting January 3, 2022 CDO deadline for effluent limitation compliance remained "Outstanding" as of December 2023).
[31] Cal. Reg'l Water Quality Control Bd., San Diego Region, Cease and Desist Order No. R9-2025-0139, ¶ 10 (Aug. 27, 2025).
[32] Cal. Reg'l Water Quality Control Bd., San Diego Region, Investigative Order No. R9-2025-0022, at 1–2 (Feb. 18, 2025).

documenting the June–September 2024 spill event violations.

- February 6, 2025: The Board issued NOV No. R9-2025-0019 for the January 2025 pump station failure and resulting spill events at Smuggler's Gulch and Goat Canyon (addressed in ¶ 32 below).
- February 18, 2025: The Board issued Investigative Order No. R9-2025-0022, directing USIBWC and Veolia to submit technical reports on both spill events and on the recurring Hollister Street Pump Station failures.[33]

As of February 2025, the Board had issued at least fifteen (15) Notices of Violation to USIBWC (as Veolia's principal) documenting Veolia's operational failures.[34] Each NOV was received, reviewed, and responded to by Veolia's Project Manager, Defendant Wippler. Each constituted actual notice that Veolia's failures were causing ongoing harm to South Bay residents. Each failure to correct within Veolia's authority thereafter was a knowing choice.

30. On June 17, 2024, the surge tank pressure relief valve at the Hollister Street Pump Station failed, causing approximately 302,000 gallons of untreated wastewater to spill. This failure resulted from Veolia's failure to perform required preventive maintenance within its sole operational authority under the contract.[35]

31. On August 28, 2024, a flooding event at the Hollister Street Pump Station released approximately 20,000 gallons of sewage onto Hollister Street. Veolia had

---

[33] Investigative Order No. R9-2025-0022, Related to Non-Compliance at Hollister St. Pump Station; the Goat Canyon and Smuggler's Gulch Canyon Collectors (Cal. Reg'l Water Quality Control Bd., San Diego Region, Feb. 18, 2025), https://www.waterboards.ca.gov/sandiego/board_decisions/adopted_orders/2025/r9-2025-0022.pdf [hereinafter Investigative Order].

[34] Cal. Reg'l Water Quality Control Bd., San Diego Region, Executive Officer's Report 9–10 & n.3 (Feb. 12, 2025) (listing fifteen NOVs by CIWQS Regulatory Measure IDs 453821, 454744, 455044, 455365, 455560, 455817, 456626, 456899, 457813, 458177, 458474, 458504, 458719, 459259, and 459545).

[35] NOV No. R9-2024-0146, Notice of Violation to U.S. Section of the Int'l Boundary Water Comm'n (Cal. Reg'l Water Quality Control Bd., San Diego Region, Sept. 25, 2024); Investigative Order, *supra* note 33, at 2.

authority and obligation to prevent this event through routine maintenance protocols.[36]

32. On January 1, 2025, another operational failure at the Hollister Street Pump Station triggered a multi-week spill event. From January 1 through January 23, 2025, the pump station remained out of service, causing approximately 4.2 million gallons of wastewater to bypass the SBIWTP and discharge into the Tijuana River — a water of the United States and/or State. During this period, dry weather transboundary flows at both Goat Canyon and Smuggler's Gulch were at or below their design capacity, meaning all such flows should have been captured and treated. The San Diego Water Board issued NOV No. R9-2025-0019 on February 6, 2025, for this failure.[37] Veolia's deferred maintenance practices — specifically its failure to prepare and implement its Annual Deferred Maintenance and Repairs Report as required by Contract Section C.3.2 — directly contributed to this and similar spills.

33. From June 17, 2024 through September 15, 2024 alone, Veolia's operational failures caused approximately 58.8 million gallons of wastewater to be discharged into the Tijuana River in violation of Veolia's contract with USIBWC and USIBWC's NPDES Permit.[38] This volume caused severe and prolonged contamination of the Tijuana River Estuary, the Pacific Ocean shoreline at Imperial Beach,[39] and the air breathed by

---

[36] NOV No. R9-2024-0146, *supra* n. 35; *see also* Cal. Coastal Comm'n, Staff Rpt. app., *supra* note 5 (Hollister Street flooding event, Aug. 28, 2024).

[37] NOV No. R9-2025-0019, Notice of Violation to U.S. Section of the Int'l Boundary Water Comm'n (Cal. Reg'l Water Quality Control Bd., San Diego Region, Feb. 6, 2025); Investigative Order, *supra* note 33, at 3–4 (reporting pump station failure from Jan. 1 through Jan. 23, 2025 and 4.2 million gallons discharged).

[38] Cal. Reg'l Water Quality Control Bd., San Diego Region, Investigative Order No. R9-2025-0022, at 1–2 (Feb. 18, 2025), https://www.waterboards.ca.gov/sandiego/board_decisions/adopted_orders/2025/r9-2025-0022.pdf.

[39] *See* Cal. Reg'l Water Quality Control Bd., San Diego Region, Investigative Order No. R9-2025-0022, at 1–2 (Feb. 18, 2025); Cal. Reg'l Water Quality Control Bd., San Diego Region, Executive Officer's Report 11–12 (Feb. 12, 2025) (documenting ongoing closure of beaches from Border Field State Park to Imperial Beach due to pathogen risk from transboundary flows and associated estuary impacts); Benjamin Rico et al., *Heavily Polluted Tijuana River Drives Regional Air Quality Crisis* 3–5 (ChemRxiv preprint, Dec. 12, 2024), https://doi.org/10.26434/chemrxiv-2024-mjgbr (noting this is a preprint that has not yet been peer reviewed).

Plaintiffs. The Water Board confirmed in Investigative Order No. R9-2025-0022 that during this entire 91-day period, all dry weather transboundary flows at Goat Canyon and Smuggler's Gulch were at or below the canyon collectors' maximum design capacity — meaning Veolia had both the physical capacity and the contractual obligation to capture those flows but failed to do so.[40]

34. The regulatory record described above establishes that Veolia's violations were not isolated operational failures but a sustained pattern of knowing non-compliance. Veolia received actual or constructive notice of the CDO in May 2021.[41] It received the amended CDO in December 2021.[42] It received the TSO in December 2023 with a hard August 15, 2024 deadline,[43] and missed that deadline while simultaneously managing the 91-day Hollister Street spill event that began June 17, 2024.[44] It received NOV No. R9-2024-0146 in September 2024, and NOV No. R9-2025-0019 in February 2025 for the recurrence of the exact same pump station failure.[45] Each successive enforcement action

---

[40] Investigative Order, *supra* note 33, at 2–3 (reporting that "[f]rom June 17, 2024, through September 15, 2024, approximately 58.8 million gallons of wastewater failed to be diverted to the SBIWTP and discharged into the Tijuana River" and confirming all flows were within canyon collector design capacity throughout the 91-day period).

[41] Cal. Reg'l Water Quality Control Bd., San Diego Region, Cease and Desist Order No. R9-2021-0107 (May 12, 2021); *see also* Cal. Reg'l Water Quality Control Bd., San Diego Region, Time Schedule Order No. R9-2023-0189, ¶¶ 5–6 (Dec. 18, 2023) (describing CDO issuance and USIBWC's obligations thereunder).

[42] Cal. Reg'l Water Quality Control Bd., San Diego Region, Time Schedule Order No. R9-2023-0189, ¶¶ 5–6 (Dec. 18, 2023) (describing CDO issuance and USIBWC's obligations thereunder).

[43] Cal. Reg'l Water Quality Control Bd., San Diego Region, Time Schedule Order No. R9-2023-0189, at 8, Directive No. 1 (Dec. 18, 2023), https://www.waterboards.ca.gov/sandiego/board_decisions/adopted_orders/2023/r9_2023_0189.pdf.

[44] Cal. Reg'l Water Quality Control Bd., San Diego Region, Investigative Order No. R9-2025-0022, at 1–2 (Feb. 18, 2025) ("During this 91-day Spill Event, all dry weather transboundary flows at Goat Canyon and Smuggler's Gulch were less than or equal to the canyon collector's maximum design capacity."), https://www.waterboards.ca.gov/sandiego/board_decisions/adopted_orders/2025/r9-2025-0022.pdf; *see also* Cal. Reg'l Water Quality Control Bd., San Diego Region, Cease and Desist Order No. R9-2025-0139, ¶ 10 (Aug. 27, 2025) (confirming compliance achieved November 2024).

[45] Cal. Reg'l Water Quality Control Bd., San Diego Region, Investigative Order No. R9-2025-0022, at 1 n.1, 4 (Feb. 18, 2025) (identifying NOV No. R9-2024-0146 (Sept. 25, 2024) and NOV No. R9-2025-0019 (Feb. 6, 2025) as attachments, and noting that the January 2025 pump station failure involved "the same

documented a failure mode Veolia knew about, had authority to correct within its $100,000 maintenance budget, and chose not to remediate. This pattern of knowing non-compliance in the face of escalating regulatory orders constitutes the conscious disregard required to support punitive damages under California Civil Code section 3294.

35. Veolia's entitlement to invoke derivative sovereign immunity under *Yearsley v. W.A. Ross Constr. Co.*, 309 U.S. 18 (1940), is defeated by specific acts and omissions within Veolia's sole contractual authority, for which no USIBWC direction was required and none was given: (a) Veolia failed to perform routine sediment removal and debris clearing from the Goat Canyon and Smuggler's Gulch canyon collectors, despite Contract Section C.2.3 designating Veolia as "solely responsible" for clearing and disposing of all debris from the Canyon Collection Systems during regular operations, maintenance, and repair activities;[46] (b) Veolia failed to perform required preventive maintenance on the Hollister Street Pump Station surge tank pressure relief valve, which failed on June 17, 2024, causing approximately 302,000 gallons of untreated wastewater to spill;[47] (c) Veolia failed to prepare and implement its Annual Deferred Maintenance and Repairs Report as contractually required by Contract Section C.3.2, thereby concealing known infrastructure deficiencies from USIBWC and regulators;[48] and (d)

---

pressure relief valve that failed on June 17, 2024"), https://www.waterboards.ca.gov/sandiego/board_decisions/adopted_orders/2025/r9-2025-0022.pdf.

[46] O&M Contract Between U.S. Section, Int'l Boundary & Water Comm'n and Veolia Water N. Am.-W., LLC, § C.2.3 (contract date).

[47] Cal. Reg'l Water Quality Control Bd., San Diego Region, Investigative Order No. R9-2025-0022, at 2–4 (Feb. 18, 2025) (noting June 17, 2024 "operational failure at the Hollister Street Pump Station" resulting in "an estimated 302,000-gallon release of wastewater," and finding that "the cause of the initial Spill Event at Hollister Street Pump Station was failure of the surge tank pressure relief valve," and directing USIBWC to explain "why failed assets were not adequately maintained or scheduled for replacement prior to the Spill Events"), https://www.waterboards.ca.gov/sandiego/board_decisions/adopted_orders/2025/r9-2025-0022.pdf.

[48] *See* Cal. Reg'l Water Quality Control Bd., San Diego Region, Time Schedule Order No. R9-2023-0189, ¶¶ 11, 16 (Dec. 18, 2023) (documenting that infrastructure deficiencies including inoperable Junction Box 1 gate valves, clogged bar screens, inoperable influent pumps, and overloaded primary sedimentation tanks were "exacerbated by a lack of investment in critical infrastructure maintenance and upgrades"); Cal. Reg'l Water Quality Control Bd., San Diego Region, Investigative Order No. R9-2025-0022, at 7, §

Veolia expressly accepted, in Contract Section C.3.2(f)(6), "responsibility for the payment of fines and/or civil penalties levied against the government and/or the Contractor by any regulatory agency . . . resulting from the Contractor's negligence" — Veolia's own contractual acknowledgment that its negligent performance is distinct from any governmental direction.[49] None of these failures was directed, authorized, or supervised by USIBWC, and none required USIBWC approval.

36. Veolia's conduct is not shielded by the discretionary function exception. The Ninth Circuit has held that *Yearsley* protection is "limited to cases in which a contractor had no discretion in the design process and completely followed government specifications," and does not extend to contractors "exercising a discretionary governmental function." *Cabalce v. Thomas E. Blanchard & Assocs., Inc.*, 797 F.3d 720, 732 (9th Cir. 2015) (quoting *In re Hanford Nuclear Rsrv. Litig.*, 534 F.3d 986, 1001 (9th Cir. 2008)). Moreover, the Ninth Circuit has held that a contractor may be liable for acts "not in conformity" with its contract. *Myers v. United States*, 323 F.2d 580, 583 (9th Cir. 1963). The Supreme Court confirmed in *GEO Group, Inc. v. Menocal*, 607 U.S. ___ (Feb. 25, 2026) (unanimous), that *Yearsley* provides only a potential merits defense, not an immunity from suit, and that a contractor that "independently develops and implements" its challenged conduct receives no *Yearsley* protection. The specific failures alleged herein are not governmental discretionary decisions; they are instead ministerial operational obligations that Veolia itself accepted. As detailed in ¶ 35, each specific failure—such as collector sediment removal, pump station maintenance, Annual Deferred

---

1.b.i (Feb. 18, 2025) (directing production of "the last three years of USIBWC and Veolia inspection reports, operation and maintenance reports, and annual conditions assessment reports that include Hollister Street Pump Station"); Ltr. from Yana Garcia, Sec'y for Envtl. Prot., & Wade Crowfoot, Sec'y for Nat. Res., to Senator Alex Padilla et al., at 2 (June 30, 2023) ("During the recent May 4, 2023, meeting of the USMCA Eligible Public Entities stakeholder group, the IBWC explained that the significant rehabilitation needs are due to deferred maintenance given its limited operations and maintenance budget.").

[49] O&M Contract Between U.S. Section, Int'l Boundary & Water Comm'n and Veolia Water N. Am.-W., LLC, § C.3.2(f)(6).

Maintenance reporting, and Veolia's contractual assumption of regulatory fine responsibility—was expressly mandated by the contract or fell within Veolia's unilateral authority, placing it outside any *Yearsley* defense. Ministerial operational failures are categorically outside both *Yearsley* and the discretionary function exception. *See United States v. Gaubert*, 499 U.S. 315, 322–23 (1991) (discretionary function requires element of judgment or choice—conduct mandated by a specific contractual or regulatory standard is not discretionary).

37. Plaintiffs' state tort claims are not preempted by federal foreign affairs law. Foreign affairs preemption applies only to state laws or regulations that directly and purposefully intrude on the federal government's exclusive authority over foreign relations. *Zschernig v. Miller,* 389 U.S. 429 (1968); *Am. Ins. Ass'n v. Garamendi*, 539 U.S. 396 (2003). This doctrine does not preempt state tort law of neutral applicability. Plaintiffs' claims do not derive from state laws affecting foreign relations, but are instead individualized common law tort claims brought by California residents for personal injury and property damage caused by a private domestic corporation within the United States. These claims apply neutrally to any polluting actor within California and have no purpose of regulating foreign affairs or expressing a state position on U.S.-Mexico relations. The 1944 Water Treaty and IBWC Minutes govern the obligations of the two national governments—they impose no duties on, and confer no protections on, a private domestic corporation like Veolia. The treaty framework is directed at USIBWC, not at Veolia, and does not address private contractor liability. *See Crosby v. National Foreign Trade Council*, 530 U.S. 363 (2000) (federal law preempts state law only where the state law stands as an obstacle to a specific federal objective; no such conflict exists here, where Plaintiffs' claims fill a liability gap that federal law leaves unoccupied). Plaintiffs' claims neither obstruct nor are in conflict with any treaty obligation or federal foreign affairs policy. Holding a domestic contractor liable for negligent maintenance does not impair the United States' diplomatic relationship with Mexico or its obligations under the 1944 Water Treaty. Similarly, conflict preemption is not at issue because it assumes that

Plaintiffs' theory "contradicts" the Executive's position that Mexico bears primary responsibility for the sewage crisis. It does not. Mexico's responsibility for transboundary sewage flows and Veolia's independent liability for failing to capture flows within its Facility's design capacity are entirely compatible theories. A factfinder can conclude that Mexico is the source of the raw sewage AND that Veolia separately failed to treat the portion of those flows that fell within the Facility's capacity—as Investigative Order No. R9-2025-0022 confirms. A verdict against Veolia does not require the Court to apportion any fault to Mexico. Nor would such a verdict impose obligations beyond the negotiated binational framework, as Plaintiffs challenge only Veolia's failure to perform duties already expressly assigned to it by contract (¶¶ 25, 49). The 1944 Treaty's dispute resolution framework (Art. 25) governs disputes between the two national governments, not tort claims by private citizens against a private domestic corporation.

38. Plaintiffs' state law tort claims are not preempted by the Clean Water Act or the Water Quality Control Act of 1987. The CWA contains an explicit savings clause, 33 U.S.C. § 1365(e), providing that "nothing in this section shall restrict any right which any person [. . .] may have under any statute or common law to seek enforcement of any effluent standard or limitation or to seek any other relief." The CWA thus expressly preserves state and common law remedies. *See also Silkwood v. Kerr-McGee Corp.*, 464 U.S. 238, 251 (1984) (where Congress has not provided an alternative damages remedy for injury, it is difficult to believe Congress intended to eliminate state tort remedies). The Water Quality Control Act of 1987 (Pub. L. No. 100-4, § 510(a)) itself establishes protection of South Bay residents as the express purpose of the Plant's operation—state tort law is complementary to, not in conflict with, this federal purpose. Far from being an obstacle to federal objectives, Plaintiffs' claims enforce the precise duties that federal law imposed on Veolia's operations. There is no field preemption because Congress has not occupied the field of private contractor liability for sewage treatment negligence, and no federal statute establishes remedies for residents injured by a private operator's maintenance failures. Conflict preemption is inapplicable because it is perfectly possible

for Veolia to comply with both the NPDES Permit and California tort law simultaneously. Plaintiffs' claims are premised on Veolia's failure to comply with the NPDES Permit; full Permit compliance would have prevented the harm and eliminated the tort liability entirely. While Veolia will argue that WQA Section 510 vests USIBWC with operational discretion that state tort law cannot second-guess, that discretion belongs to USIBWC and not to Veolia. Veolia is a private contractor, not a government agency, and the WQA confers no governmental discretion on it. None of the specific failures in ¶¶ 30–33 and ¶ 49 involves a policy judgment or resource allocation decision by USIBWC, since they are routine preventive maintenance tasks Veolia was contractually required to perform within its own $100,000 expenditure authority. Holding Veolia liable for those failures does not substitute the Court's judgment for USIBWC's policy discretion; it enforces a private contractor's own contractual obligations. The WQA's express purpose of protecting San Diego residents (Pub. L. No. 100-4, § 510(a)) compels the conclusion that state tort remedies are complementary to, not preempted by, that federal objective.

39. Veolia and its officers, directors, and managers—including Wippler, Schmidt, and Freund—have been aware of the ongoing pollution and its impacts on South Bay residents since at least 2017. That awareness is established by their receipt of Notices of Violation, Water Board enforcement orders, community complaints, and media coverage, and by the fact that Wippler personally signed each annual compliance certification submitted during that period. Despite this actual knowledge, Defendants failed to take corrective action within their authority.

40. The Facility's failures have caused the beaches in South Bay communities to be closed for thousands of days[50] over the past decade, cutting off Plaintiffs from the

---

[50] Feb. 2025 EOR, *supra* note 1, at 12 ("[T]he beaches from Border Field State Park to Imperial Beach are also closed due to the risk from pathogens in the sewage in the transboundary flows. With a few recent exceptions...these beaches have been closed continuously since December 8, 2021."); *see also* City of Imperial Beach, Mayor Aguirre Press Release: Imperial Beach Beach Closures Reach 1,000 Consecutive Days (Sept. 3, 2024), https://www.imperialbeachca.gov/644/Tijuana-River-Pollution.

use and enjoyment of their local environment, their properties, and their livelihoods.[51]




41. The level of contamination in the waters offshore of Imperial Beach and in the Tijuana River Estuary has been described as among the worst in the State of California,[52] with bacterial counts exceeding safe levels by thousands of times.[53] The contamination is so severe that it poses an imminent and ongoing threat to public health.[54]

---

[51] City of Imperial Beach, Mayor Aguirre Press Release: Imperial Beach Beach Closures Reach 1,000 Consecutive Days (Sept. 3, 2024), https://www.imperialbeachca.gov/644/Tijuana-River-Pollution; SDSU White Paper, *supra* note 11, at 4 (reporting 700-plus consecutive days of beach closures as of February 2024).

[52] Surfrider Found., Clean Water Rpt. 2024 (2024) (ranking Imperial Beach first among 567 sites tested nationally, with a 100% high bacteria rate — the only California beach and one of only two sites nationally where every sample exceeded recreational health standards), https://www.surfrider.org/programs/clean-water-initiative; *see also* Cal. Reg'l Water Quality Control Bd., San Diego Region, Executive Officer's Report 9 (Feb. 12, 2025) (noting beaches from Border Field State Park to Imperial Beach have been closed "due to the risk from pathogens in the sewage in the transboundary flows" continuously since December 8, 2021, with limited exceptions).

[53] *See, e.g.*, Compl. for Decl. and Injunc. Relief and Civ. Penalties at 5, *San Diego Coastkeeper v. U.S. Section of the Int'l Boundary & Water Comm'n*, No. 3:24-cv-00663-JES-VET (S.D. Cal. filed Apr. 11, 2024), ECF No. 1 (alleging that in 2023, PCB discharges from the SBOO exceeded the Permit limit by 22,122% and benzidine discharges exceeded the Permit limit by 15,052%).

54 Cal. Reg'l Water Quality Control Bd., San Diego Region, Executive Officer's Report, at 4-5 (Dec. 11, 2024),
https://www.waterboards.ca.gov/sandiego/publications_forms/publications/docs/executive_officer_repor

42. Plaintiffs are informed and believe and based thereon allege that the level of contamination of the Tijuana River, Tijuana River Estuary, Pacific Ocean and beaches, and air in the South Bay has caused the Plaintiffs to suffer the following injuries and damages as set forth more fully below.

43. Plaintiffs' claims are timely. The contamination described herein is ongoing and continuing: each spill event, each additional day of beach closure, and each continued discharge constitutes a new and distinct injury, giving rise to a fresh limitations period under the continuing tort doctrine. *Mangini v. Aerojet-General Corp.*, 12 Cal.4th 1087, 1103 (1996) (continuing nuisance and trespass give rise to successive causes of action, each accruing upon the causing of each successive injury). In the alternative, and to the extent any claim is based on conduct more than two years prior to filing, Plaintiffs invoke (a) the discovery rule under California Code of Civil Procedure section 340.8, which tolls the limitations period until the plaintiff discovered, or through reasonable diligence should have discovered, the physical injury and its cause—each Plaintiff's injury from aerosolized contamination was not reasonably discoverable until the SDSU White Paper (February 2024) made the airborne exposure pathway publicly available; and (b) equitable tolling based on Defendants' concealment of the full scope of infrastructure failures through incomplete self-monitoring reports that omitted required chronic toxicity data from 2019 onward, as documented in the San Diego Coastkeeper 60-Day Notice (Dec. 28, 2023).

## V. CLAIMS FOR RELIEF

### COUNT I

### Negligence

*(Against All Defendants)*

44. Plaintiffs reallege and incorporate Paragraphs 1–43 above as if fully set forth

---

ts/2024/eor_12_11_2024.pdf; *Coastkeeper* Compl. ¶¶ 3, 5, *supra* note 24 (documenting bacterial counts thousands of times above permit limits).

herein.

45. Defendants owed a duty to Plaintiffs to ensure the proper treatment, handling, storage, and disposal of the wastewater flowing through the Facility and to ensure that wastewater was properly treated and to not expose Plaintiffs to hazardous substances, sewage, pollution, and other contaminants.

46. Veolia's duty of care to Plaintiffs arises from multiple independent sources beyond the general duty codified in Civil Code section 1714(a): (a) Veolia's NPDES Permit obligations—which the contract expressly requires Veolia to comply with and for which Veolia accepted responsibility for resulting fines (Contract C.3.2(f)(6))—establish the applicable standard of care for Veolia's operational conduct; (b) the Water Quality Control Act of 1987, Pub. L. No. 100-4, section 510(a), expressly identifies protection of the residents of "the city of San Diego, California, and surrounding areas"—including Imperial Beach—as the statutory purpose of the Plant's operation, establishing Plaintiffs as intended beneficiaries of Veolia's contractual performance, not merely incidental ones, because Congress itself expressly identified the residents of the South Bay as the persons the Plant exists to protect (WQA § 510(a)), there is no need for additional contract language to rebut the incidental-beneficiary presumption; the legislative intent is unmistakable and satisfies the standard articulated in *Orff v. United States*, 358 F.3d 1137 (9th Cir. 2004); (c) Veolia's contractual acceptance of regulatory fine responsibility (Contract C.3.2(f)(6)) reflects the parties' clear intent that Veolia be directly accountable for its own operational negligence; and (d) Veolia's more than twenty-five years of operation since 1997, combined with its actual knowledge through at least 15 Notices of Violation, multiple Cease and Desist Orders, and a Time Schedule Order—all documenting that its failures were causing foreseeable harm to South Bay residents—establishes that the harm to Plaintiffs was both foreseeable and certain.

47. Defendant Wippler is independently and personally liable under each cause of action herein. As Project Manager, Wippler personally undertook the specific operational and compliance responsibilities described in ¶ 18, including signing

compliance certifications and directing maintenance decisions. By personally assuming these responsibilities, Wippler owed an independent duty of care to Plaintiffs whose health and property were foreseeably in the zone of danger created by his decisions. Wippler is liable for each cause of action herein to the extent of his own personal participation in and authorization of the wrongful acts and omissions alleged. *Frances T. v. Village Green Owners Ass'n*, 42 Cal.3d 490 (1986).

48. Defendants breached their duty of care through specific, identifiable acts and omissions within Veolia's sole contractual authority: (a) failing to perform required preventive maintenance on the Hollister Street Pump Station surge tank pressure relief valve—a task within Veolia's unilateral $100,000 expenditure authority that Veolia's own internal reports identified as needed—causing the valve to fail on June 17, 2024 and resulting in 302,000 gallons of untreated wastewater spilling; (b) failing to clear accumulated sediment from the Goat Canyon and Smuggler's Gulch canyon collectors as expressly required by Contract Section C.2.3, which designates Veolia as "solely responsible" for that task; (c) failing to prepare and implement the Annual Deferred Maintenance and Repairs Report required by Contract Section C.3.2, thereby concealing known equipment deficiencies from USIBWC and regulators; and (d) continuing to operate the Facility out of compliance with the NPDES Permit despite receiving Cease and Desist Order No. R9-2021-0107 (as amended), Time Schedule Order No. R9-2023-0189, Investigative Order No. R9-2025-0022, and at least 15 Notices of Violation. Each of these failures is a specific, identifiable operational decision by Veolia that was not authorized or directed by USIBWC and was within Veolia's unilateral contractual authority to correct.

49. Veolia breached its duty of care through the following specific acts and omissions within its sole operational authority, none of which required USIBWC approval, additional appropriation, or diplomatic coordination: (a) Veolia failed to maintain adequate sediment removal protocols for the Goat Canyon collector (flow rate approximately 13 million gallons per day) and Smuggler's Gulch collector (flow rate

approximately 67,000 gallons per day), causing these collectors to be taken out of service multiple times and resulting in untreated transboundary flows discharging directly into the ocean; (b) Veolia failed to perform preventive maintenance on the Hollister Street Pump Station surge tank pressure relief valve, which failed on June 17, 2024, causing approximately 302,000 gallons of untreated wastewater to spill; (c) Veolia failed to prevent a flooding event at the Hollister Street Pump Station on August 28, 2024, releasing approximately 20,000 gallons of sewage onto Hollister Street; (d) Veolia failed to properly maintain the pump station, resulting in a recurring failure beginning January 1, 2025 that kept the station out of service for 23 days and caused approximately 4.2 million gallons of wastewater to bypass the SBIWTP and discharge into the Tijuana River; (e) Veolia failed to prepare and implement its Annual Deferred Maintenance and Repairs Report as required by Contract Section C.3.2, allowing known equipment deficiencies to persist unremediated; and (f) from June 17, 2024 through September 15, 2024 alone, Veolia's failures caused approximately 58.8 million gallons of wastewater to be discharged into the Tijuana River. Each of these specific failures was within Veolia's unilateral operational authority under its contract.

50. Defendants knew or should have known that the failure to comply with the NPDES Permit, to properly maintain the Facility, and to take corrective action upon receipt of Notices of Violation would cause harm to Plaintiffs.

51. Defendants' violation of the NPDES Permit, and of Water Board orders and notices as alleged here, is negligence per se because these statutes, orders, and rules seek to prevent the exact type of harm that Plaintiffs suffered because of Defendants' failure to comply with these statutes, orders, and rules. That is, Plaintiffs are within the class of individuals these statutes, orders, and rules were intended to protect—the Water Quality Control Act of 1987 (Pub. L. No. 100-4, § 510(a)) expressly identifies protection of the residents of "the city of San Diego, California, and surrounding areas," including Imperial Beach, as the statutory purpose of the Plant's operation—and the contamination they suffered is the type of harm these laws sought to prevent. Defendants have been in

continuous violation of Section 301(a) of the Clean Water Act (33 U.S.C. § 1311(a)) on at least 1,430 documented occasions since November 2018, as documented in the self-monitoring reports Veolia signed and submitted, each of which constitutes a separate and distinct violation of the Permit and CWA.

52. The discharge of raw sewage, hazardous waste, and toxic contaminants in the volumes described herein does not ordinarily occur in the absence of negligence. The contamination was not caused by any voluntary action by Plaintiffs. The Facility's operational systems—including the canyon collectors, pump stations, and surge tanks that failed—were under Veolia's exclusive operational control pursuant to Contract Sections C.2.3 and C.3.2 at all times relevant herein. USIBWC exercised no task-by-task direction over these systems. Plaintiffs therefore satisfy the elements of res ipsa loquitur under CACI No. 417. While Veolia may argue res ipsa is unavailable because "a third party could have caused" Plaintiffs' injuries, this ignores that the specific harm at issue here—the untreated wastewater discharges from the Facility's infrastructure into the Tijuana River during the June 17–September 15, 2024 and January 2025 spill events—was caused by the Facility's own system failures, not by flows exceeding design capacity. Investigative Order No. R9-2025-0022 expressly confirmed that during the entire 91-day June–September 2024 spill period, all dry weather transboundary flows at Goat Canyon and Smuggler's Gulch were at or below the canyon collectors' maximum design capacity. There was no intervening third-party cause: the sewage that bypassed treatment did so because Veolia's systems failed, not because Mexico sent more sewage than the Facility was designed to handle.

53. As a result of Defendants' negligence, Plaintiffs were exposed to pollutants, sewage, and hazardous waste in the air they breathe, the water they drink and use in their home, and the soil on their properties. Additionally, due to exposure to the contaminated water, air, and soil, Plaintiffs were and are exposed to dangerous and deadly pathogens, including E. coli, SARS-CoV2, hepatitis A, human norovirus, and other viruses and bacteria.

54. Plaintiffs cannot drink the water, shower, or bathe without risking exposure to pathogens, pollutants, sewage, and hazardous waste. Plaintiffs cannot open their windows or breathe the air outside without suffering exposure to pollutants, sewage, hazardous waste, and noxious odors. Plaintiffs have suffered and will continue to suffer injuries and illness from their exposure to the contaminated water and air. Plaintiffs' properties have also been damaged from pollutants, sewage, hazardous waste, and noxious odors that have invaded their properties.

55. Defendant Schmidt, as Operations Manager of the SBIWTP, personally owed a duty of care to Plaintiffs. As the individual charged with directing and overseeing the daily operations of the Facility, Schmidt was responsible for ensuring that treatment processes functioned in compliance with Defendants' NPDES Permit and regulatory orders. Schmidt's decisions foreseeably determined whether untreated sewage, pathogens, and toxic compounds would reach Plaintiffs' air, water, and properties. Schmidt personally assumed these operational responsibilities and thereby placed Plaintiffs squarely within the zone of danger created by his individual acts and omissions.

56. Defendant Schmidt personally breached his duty of care by failing to manage operational functions necessary to ensure consistent treatment performance at the SBIWTP. Specifically, Schmidt failed to oversee the operational staff responsible for maintaining bar screens, influent pumps, equalization basins, and primary sedimentation tanks in working condition, resulting in repeated equipment failures that substantially caused untreated or partially treated sewage to bypass the treatment process and discharge into the Tijuana River and Pacific Ocean at Imperial Beach.

57. Defendant Schmidt personally failed to ensure operational compliance with the NPDES Permit and the escalating enforcement orders issued by the San Diego Regional Water Quality Control Board, including among them the at least fifteen Notices of Violation issued through February 2025. As Operations Manager, Schmidt was personally responsible for ensuring that Veolia's operational conduct met the permit's effluent limitations. Schmidt's failure to implement corrective operational measures

within his authority after receiving actual notice of ongoing violations through the regulatory enforcement record constitutes a direct, personal breach of the duty of care Schmidt owed to Plaintiffs.

58. Defendant Schmidt personally failed to manage the canyon collector operations by failing to ensure timely responses to sediment overloads at Smuggler's Gulch and Goat Canyon as required under the Spill and Transboundary Flow Event Prevention and Response Plan, which substantially caused those collectors to go out of service on multiple occasions, allowing untreated transboundary flows to bypass treatment and discharge into the Tijuana River Estuary and the Pacific Ocean, contaminating the air breathed by Plaintiffs and the environment surrounding their properties.

59. Defendant Freund, as Maintenance Manager, was the individual responsible for ensuring the continuous and proper functioning of all mechanical systems at the Facility—including the Hollister Street Pump Station surge tank, canyon collectors, bar screens, influent pumps, and sedimentation tanks. Freund’s maintenance decisions directly determined whether the Facility’s pollution-capture infrastructure would function as required to prevent untreated sewage from reaching Plaintiffs’ air, water, and properties. Freund’s personal assumption of these responsibilities placed Plaintiffs within the zone of danger created by his individual acts and omissions.

60. Freund breached his duty of care by failing to perform or ensure required preventive and corrective maintenance on the Hollister Street Pump Station surge tank pressure relief valve. The valve’s degraded condition was a known equipment deficiency that was identifiable through Veolia’s CMMS and reflected in internal maintenance reports, and that Freund, as Maintenance Manager, had personal authority and responsibility to remediate. Freund’s failure to schedule and complete maintenance on this valve substantially caused millions of gallons of untreated wastewater to spill into the environment.

61. Defendant Freund failed to ensure that the Goat Canyon and Smuggler’s

Gulch canyon collectors were maintained free of sediment accumulation as required by Contract Section C.2.3, a task expressly within Veolia's "sole responsibility" and therefore within Freund's managerial authority. Freund's failure to maintain adequate sediment removal protocols for these collectors caused them to be taken out of service on multiple occasions, allowing untreated transboundary flows to bypass the SBIWTP and discharge directly into the Tijuana River Estuary and Pacific Ocean at Imperial Beach, contaminating the air, water, and properties of Plaintiffs.

62. Defendant Freund failed to properly prepare and implement the Annual Deferred Maintenance and Repairs Report required by Contract Section C.3.2. As Maintenance Manager, Freund bore primary operational responsibility for identifying, documenting, and escalating known equipment deficiencies through this report. Freund's failures concealed the true scope of the Facility's maintenance backlog from USIBWC and regulators, substantially causing and contributing to the deferred maintenance conditions that caused the equipment failures and discharge events that contaminated Plaintiffs' air, water, and property.

63. Defendants' negligence, including Defendants' negligence per se, was a substantial factor in causing Plaintiffs to suffer damages including, but not limited to, damage to real property, damage to structures, damage to personal property and cherished possessions, personal injuries, discomfort, annoyance, inconvenience, mental anguish, loss of quiet enjoyment, loss of business income, and emotional distress. Certain Plaintiffs operate rental properties, or other income-generating activities in the South Bay—including short-term and long-term rentals—each of which suffered direct economic losses from the beach closures and contamination alleged herein. Plaintiffs each seek damages to be determined, on an individual basis, according to proof at trial.

**COUNT II**

**Public Nuisance**

*(Against All Defendants)*

64. Plaintiffs reallege and incorporate Paragraphs 1–43 above as if fully set forth

herein.

65. Plaintiffs are currently, and at all times relevant to this action were, the owners, tenants, and/or lawful occupiers of real property located in the South Bay, the area of the contamination.

66. Defendants' actions and inactions created a condition and/or permitted a condition to exist that undermined health, was offensive to the senses, obstructed the free use of property, and interfered with the comfortable enjoyment of life and property, unlawfully obstructed the free passage or use, in the typical manner, of public streets and highways.

67. These conditions created by Veolia interfered with Plaintiffs' physical health and quiet enjoyment of their properties in a way unique to each Plaintiff. Plaintiffs were and are continually exposed to pollutants, sewage, and hazardous waste in the air they breathe, the water they drink and use in their home, and the soil on their properties. Also, as a result of the contaminated water, air, and soil, Plaintiffs were and are exposed to dangerous and deadly pathogens, including E. coli, SARS-CoV2, hepatitis A, human norovirus, and other viruses. Each Plaintiff has suffered harm that is different in kind and degree from that suffered by the general public. Specifically, each Plaintiff's damages include individualized physical personal injury from direct pathogen and chemical exposure, tangible physical intrusion of contaminants onto and into their privately owned real property, and specific quantifiable economic losses—none of which constitute generalized public harm. The general public, while also harmed by the nuisance, has not suffered the individualized property intrusion, direct personal physical injury, or specific economic losses experienced by each Plaintiff. This special injury satisfies California Civil Code section 3493 and confers standing on Plaintiffs to sue for public nuisance.

68. Wippler personally created and maintained the public nuisance by making the operational decisions that allowed untreated sewage to be discharged into the Tijuana River, Tijuana River Estuary, and Pacific Ocean at Imperial Beach. As the Project Manager with day-to-day authority over the Facility's maintenance and compliance,

Wippler made ongoing affirmative choices to defer maintenance, which included his direction to defer servicing of the Hollister Street Pump Station surge tank pressure relief valve. Wippler's conduct therefore substantially caused the conditions underlying the nuisance affecting Plaintiffs.

69. Wippler had actual knowledge that his operational decisions were creating conditions offensive to the senses, threatening to public health, and interfering with Plaintiffs' use and enjoyment of their properties and the community's beaches. That knowledge is established, at minimum, by his personal receipt of fifteen Notices of Violation, the Cease and Desist Orders, and the Time Schedule Order — each of which expressly documented the harm being caused to South Bay residents — as well as widespread media coverage and community complaints reviewed by him in his capacity as Project Manager.

70. Plaintiffs cannot drink the water, shower, or bathe without risking exposure to pathogens, pollutants, sewage, and hazardous waste. Plaintiffs cannot open their windows or breathe the air outside without suffering exposure to pollutants, sewage, hazardous waste, and noxious odors. Plaintiffs have suffered and will continue to suffer injuries and illness from their exposure to the contaminated water and air. Plaintiffs' properties have also been damaged from pollutants, sewage, hazardous waste, and noxious odors that have invaded their properties.

71. These conditions also affected many people at the same time.

72. At no time did Plaintiffs consent to Defendants' actions and inactions in creating these conditions.

73. An ordinary person would be reasonably annoyed and disturbed by Defendants' actions and inactions in creating these conditions.

74. Defendants' actions and inactions in creating these conditions were a substantial factor in causing Plaintiffs to suffer damages. And each Plaintiff's damages are different from damages suffered by other Plaintiffs. Those damages include, but are not limited to, destruction of and damage to real property, destruction of and damage to

structures, destruction of and damage to personal property and cherished possessions, personal injuries, discomfort, annoyance, inconvenience, mental anguish, loss of quiet enjoyment, and emotional distress. Plaintiffs each seek damages to be determined, on an individual basis, according to proof at trial.

75. The seriousness of the harm Defendants caused Plaintiffs substantially outweighs any public benefit that Defendants may provide. In assessing the balance, the gravity of harm to Plaintiffs—including personal physical injury, property contamination, loss of beach and recreational access for over 1,000 consecutive days, and aerosolized pathogen exposure—is severe, ongoing, and well-documented by state regulators. Defendants' contractual purpose is precisely to prevent these harms: Veolia is paid to treat sewage, and its chronic failure to do so eliminates any legitimate claim to social utility. The nuisance was not an unavoidable consequence of lawful operations but the direct result of Veolia's willful failures within its unilateral operational authority. *See* CACI No. 2022; *Wilson v. Southern California Edison Co.*, 234 Cal.App.4th 123 (2015).

76. Defendants, including one or more officers, directors, and/or managers, have deliberately, and repeatedly, ignored their obligations to prevent pollution, raw sewage, and hazardous substances from contaminating the air, water, and soil in Imperial Beach and the South Bay. Defendants have deliberately, and repeatedly, ignored complaints, orders issued by the San Diego Water Board, and violations received from the State Water Board related to the significant environmental impacts and harm caused by its handling, storage, treatment, transport, and/or disposal of hazardous and/or solid waste through its facilities. Specifically, Defendants received Cease and Desist Order No. R9-2021-0107 in May 2021 and failed to achieve compliance within the required timeframes; received Time Schedule Order No. R9-2023-0189 in December 2023 establishing a hard compliance deadline of August 15, 2024 and failed to meet it; and received at least fifteen (15) Notices of Violation through February 2025, including NOV No. R9-2024-0146 (September 25, 2024) and NOV No. R9-2025-0019 (February 6, 2025). Defendant Wippler, as Project Manager, was responsible for responding to each of these enforcement

actions, yet consciously chose to defer corrective maintenance within his budgetary authority rather than protect Plaintiffs' health and safety. This conduct was not inadvertent neglect but willful, knowing disregard of regulatory mandates and community harm.

77. Defendant Schmidt created and maintained the public nuisance by directing operational decisions that allowed untreated and partially treated sewage to be discharged into the Tijuana River, Tijuana River Estuary, and Pacific Ocean at Imperial Beach. As Operations Manager, Schmidt controlled the day-to-day operational conduct of the Facility. His personal failure to direct operational staff to maintain bar screens, pumps, and equalization basins in proper working condition, and his failure to ensure timely operational responses to canyon collector failures and transboundary flow events, were affirmative operational acts that substantially caused the conditions that comprise the nuisance.

78. Defendant Schmidt possessed operational authority to take corrective action by directing staff to address bar screen failures, pump station deficiencies, and canyon collector sediment accumulation, and Schmidt consciously chose not to do so. That conscious choice, made with full awareness that residents of the South Bay were being physically harmed, constitutes the knowing disregard and willful conduct sufficient to render Schmidt liable for the public nuisance he assisted in creating and maintaining as to support an award of punitive damages under California Civil Code section 3294.

79. Defendant Freund created and maintained the public nuisance by making the maintenance decisions that allowed critical pollution-capture infrastructure at the SBIWTP to deteriorate to the point of failure. Freund decided to defer preventive and corrective maintenance on the Hollister Street Pump Station surge tank pressure relief valve, canyon collector sediment removal systems, bar screens, and influent pumps, all of which were within his CMMS work order authority. These decisions substantially caused the equipment failures that allowed untreated sewage to discharge into the Tijuana River, Tijuana River Estuary, and Pacific Ocean at Imperial Beach, creating the nuisance

conditions that harmed Plaintiffs.

80. Defendant Freund had actual knowledge that his maintenance deferral decisions were creating conditions offensive to the senses, threatening to public health, and substantially interfering with Plaintiffs' use and enjoyment of their properties. Freund had access to and was aware of Veolia's internal maintenance records and CMMS work orders documenting known equipment deficiencies, the fifteen Notices of Violation, enforcement orders, and the February 2025 Investigative Order, each of which documented that maintenance failures at the Facility were causing ongoing harm to South Bay residents.

81. Defendants know that allowing contaminated water to spread into the air, soil, water, and enter Plaintiffs' properties would cause a significant risk of injury and illness. Defendants acted recklessly and with conscious disregard to human life and safety, and this recklessness and conscious disregard was a substantial factor in bringing about Plaintiffs' harm. This is despicable and oppressive conduct. Plaintiffs thus seek punitive damages in an amount sufficient to punish Defendants' long history of deliberate disregard for Plaintiffs' safety.

**COUNT III**

**Private Nuisance**

*(Against All Defendants)*

82. Plaintiffs reallege and incorporate Paragraphs 1–43 above as if fully set forth herein.

83. Defendants, and/or each of them, by their acts and/or omissions set forth above, directly and legally caused an obstruction to the free use of Plaintiffs' property, an invasion of Plaintiffs' right to use their property, and/or a substantial and unreasonable interference with the enjoyment of Plaintiffs' property, resulting in Plaintiffs suffering unreasonable harm and substantial actual damages constituting a nuisance pursuant to California Civil Code sections 3479 and 3481.

84. Veolia created and actively maintained the nuisance through its own

affirmative operational failures within its sole contractual authority: (a) by failing to clear accumulated sediment from the canyon collectors as contractually required—a task expressly assigned to Veolia under Contract Section C.2.3 with no USIBWC approval needed—Veolia affirmatively caused the collectors to become inoperable, which caused untreated transboundary flows to bypass treatment and discharge directly into the Tijuana River Estuary and the ocean at Imperial Beach; (b) by failing to maintain the Hollister Street Pump Station through routine preventive maintenance within its authority, Veolia affirmatively caused repeated sewage spills; and (c) Veolia's failures were not passive omissions but active mismanagement of pollution-control infrastructure that Veolia controlled. The nuisance conditions were also reasonably abatable by Veolia without USIBWC approval: all the specific maintenance tasks described herein fall within Veolia's unilateral $100,000 expenditure authority under the contract, required no capital appropriation, and could have been performed through ordinary maintenance operations. The cost and practicality of abatement were well within Veolia's means. *See Redevelopment Agency of City of Stockton v. BNSF Ry. Co.*, 643 F.3d 668, 675 (9th Cir. 2011). Veolia may argue it did not "create" the nuisance because it merely failed to prevent pollution. But Veolia affirmatively permitted the canyon collectors to fail by deliberately deferring sediment removal — a task Contract Section C.2.3 expressly assigns as Veolia's "sole responsibility" — and deliberately deferring maintenance on the Hollister Street pump station. Allowing pollution-capture infrastructure to degrade through deliberate maintenance neglect is affirmative operational misconduct, not passive omission. *See BNSF*, 643 F.3d at 674 (defendant liable if it "actively or knowingly generate[s] or permit[s] the specific nuisance condition"). Similarly, while Veolia may argue it lacked authority to abate the nuisance because USIBWC controls major repairs, the specific measures Plaintiffs allege—clearing canyon collector sediment and servicing the Hollister Street pressure relief valve—required no USIBWC approval and fell within Veolia's exclusive $100,000 budget authority.

85. Wippler personally and affirmatively created the private nuisance interfering

with Plaintiffs' use and enjoyment of their properties by directing, authorizing, or permitting the deferral of maintenance on the canyon collectors, the Hollister Street Pump Station surge tank, and other critical Facility infrastructure, all of which were within his operational authority. Wippler's conduct caused those systems to fail and resulted in untreated sewage and aerosolized pathogens physically entering and contaminating Plaintiffs' properties.

86. The private nuisance was reasonably abatable by Wippler personally. The specific corrective actions required—canyon collector sediment removal, pressure relief valve servicing, and preparation of the Annual Deferred Maintenance and Repairs Report required by Contract Section C.3.2—all fell within Veolia's unilateral $100,000 expenditure authority that Wippler directed and managed. No USIBWC approval, capital appropriation, or diplomatic coordination was required. Wippler's individual failure to authorize these routine maintenance tasks was the proximate cause of the nuisance's continuance.

87. Wippler had actual knowledge that the maintenance failures he permitted or directed were causing aerosolized sewage particulates, fecal bacteria, pathogens, and toxic compounds — including DDT, PCBs, and benzidine — to physically deposit on and enter Plaintiffs' homes, yards, and persons. Wippler's actual knowledge stems from his receipt of the regulatory enforcement record, the SDSU White Paper (February 2024) documenting the aerosolized exposure pathway, and community complaints submitted to Veolia during the period he served as Project Manager.

88. Plaintiffs were and are continually exposed to pollutants, sewage, and hazardous waste in the air they breathe, the water they drink and use in their homes, and the soil on their properties. Plaintiffs cannot drink the water, shower, or bathe without risking exposure to pollutants, sewage, and hazardous waste. Also, as a result of the contaminated water, air, and soil, Plaintiffs were and are exposed to dangerous and deadly pathogens, including E. coli, SARS-CoV2, hepatitis A, human norovirus, and other viruses.

89. Plaintiffs cannot open their windows or breathe the air outside without suffering exposure to pollutants, sewage, hazardous waste, and noxious odors. Plaintiffs have suffered and will continue to suffer injuries and illness from their exposure to the contaminated water and air. Plaintiffs' properties have also been damaged from pollutants, sewage, hazardous waste, and noxious odors that have invaded their properties.

90. As a direct and proximate result of the wrongful acts and omissions of Defendants, and each of them, Plaintiffs suffered, and continue to suffer, the injuries and damages set forth above. Defendants' conduct was a substantial factor in causing that harm. Defendants' conduct was a substantial factor in causing the nuisance and Plaintiffs' resulting harm. The gravity of the harm to Plaintiffs substantially outweighs the social utility of Defendants' conduct, particularly because Defendants' contractual purpose is wastewater treatment — a function they chronically failed to perform — and because the nuisance was reasonably abatable by Veolia within its unilateral $100,000 expenditure authority without USIBWC approval. *Wilson v. Southern California Edison Co.*, 234 Cal.App.4th 123, 160–165 (2015) (balancing test is required element of private nuisance claim). *See also*, CACI No. 2022.

91. Wippler's personal conduct in allowing the private nuisance constitutes affirmative operational misconduct because Wippler managed the Facility's maintenance prioritization process, received the internal reports identifying equipment deficiencies, controlled Veolia's maintenance budget allocation, and made or ratified the decisions not to remediate the known deficiencies that were causing contaminants to invade Plaintiffs' properties. Wippler personally participated in creating and maintaining the nuisance, making him directly liable to Plaintiffs under California law.

92. Wippler's individual conduct directly and proximately caused a substantial and unreasonable interference with Plaintiffs' use and enjoyment of their properties. The gravity of the harm associated with the physical contamination of Plaintiffs' homes, health impacts from pathogen exposure, and loss of use of Plaintiffs' properties and

nearby beaches for over 1,000 consecutive days, substantially outweighs any social utility attributable to Wippler's maintenance deferral decisions, which served no legitimate operational purpose and were contrary to his own contractual obligations.

93. Defendant Freund affirmatively created the private nuisance interfering with Plaintiffs' use and enjoyment of their properties by directing or permitting the deferral of preventive and corrective maintenance on the canyon collectors, the Hollister Street Pump Station surge tank pressure relief valve, bar screens, and other critical Facility infrastructure within his maintenance management authority.

94. Freund's specific maintenance tasks would have allowed Freund to prevent or abate the nuisance. These include scheduling preventive maintenance on the Hollister Street surge tank pressure relief valve, directing canyon collector sediment removal, completing work orders for bar screen bearing replacements, and maintaining influent pump functionality. All of these tasks fell within Freund's CMMS work order authority and within Veolia's unilateral $100,000 expenditure limit. No USIBWC approval, capital appropriation, or diplomatic coordination was required. Freund's personal failure to perform or direct these routine maintenance tasks was a substantial proximate cause of the nuisance's continuance.

95. Defendant Schmidt affirmatively created the private nuisance that interfered with Plaintiffs' use and enjoyment of their properties by directing or permitting the operational failures that caused untreated sewage and aerosolized pathogens to bypass treatment, enter the Tijuana River Estuary, and physically contaminate the air, soil, and water of the South Bay and Plaintiffs' properties. These failures include inadequate management of bar screens, influent pumps, equalization basins, and canyon collector systems. These were not passive omissions but affirmative acts of operational mismanagement within Schmidt's direct personal authority as Operations Manager.

96. Defendants know that allowing contaminated water to spread into the air, soil, water, and enter Plaintiffs' properties would cause a significant risk of injury and illness. Defendants acted recklessly and with conscious disregard to human life and

safety. This is despicable and oppressive conduct. Plaintiffs thus seek punitive damages in an amount sufficient to punish Defendants' long history of deliberate disregard for Plaintiffs' safety.

**COUNT IV**

**Trespass**

*(Against All Defendants)*

97. Plaintiffs reallege and incorporate Paragraphs 1–43 above as if fully set forth herein.

98. At all relevant times, Plaintiffs were the owners, tenants, and/or lawful occupiers of real properties in the area of the contamination.

99. Defendants intentionally, and in the alternative recklessly, discharged raw sewage, pollution, and contaminated water from the Facility's infrastructure — including the Hollister Street Pump Station, the canyon collectors, and the SBOO — knowing with substantial certainty that those discharges would spread contamination into the surrounding environment. The sewage, pollutants, and contaminated water spread and physically entered Plaintiffs' properties through multiple mechanisms: (a) aerosolized sea spray carrying fecal bacteria, pathogens, and toxic chemical compounds that physically deposited on and entered Plaintiffs' homes, yards, and persons; (b) contamination of the municipal water supply and Plaintiffs' plumbing systems; and (c) direct soil contamination of Plaintiffs' land from flooding and runoff events. These physical entries caused actual, tangible damage to Plaintiffs' properties. The aerosolization pathway is scientifically documented for this specific location: the February 2024 SDSU White Paper and the 2024 Rico et al. ChemRxiv preprint both measured sewage-contaminated aerosols from the Tijuana River and Pacific Ocean shoreline area—the precise location of the canyon collector bypass discharges alleged herein—at levels presenting a public health threat to communities miles away, without direct water contact. The physical deposition of fecal bacteria, pathogens, and toxic chemical compounds onto Plaintiffs' properties from this documented aerosol pathway is not speculative; it is the subject of peer-

reviewed scientific measurement. *See Staples v. Hoefke*, 189 Cal.App.3d 1397, 1407 (1987) (emission causing actual physical damage to property constitutes trespass); *Cassinos v. Union Oil Co.*, 14 Cal.App.4th 1770 (1993) (injection of offsite waste amounts to trespass).

100. Wippler intentionally, and in the alternative recklessly, caused the physical entry of raw sewage, aerosolized pathogens, toxic chemical compounds, and contaminated water onto Plaintiffs' properties by directing or permitting the operational decisions that caused untreated discharges from the Facility's infrastructure. Wippler knew with substantial certainty that sewage-contaminated aerosols and runoff from the Facility's bypass events would physically enter and contaminate Plaintiffs' homes, yards, and persons without their consent. Wippler received Investigative Order No. R9-2025-0022, which expressly confirmed that during the 91-day spill event from June 17 through September 15, 2024, all transboundary flows were within the canyon collectors' design capacity, meaning the 58.8 million gallons that bypassed treatment and entered the Tijuana River, and ultimately Plaintiffs' air and properties, bypassed treatment because of maintenance decisions Wippler made or authorized, not because the Facility was overwhelmed.

101. Schmidt substantially caused the physical entry of raw sewage, aerosolized pathogens, and toxic chemical compounds onto Plaintiffs' properties by directing or permitting the operational failures at the SBIWTP that caused untreated discharges from the Facility's infrastructure. As Operations Manager, Schmidt oversaw the operational systems whose failure caused those discharges and knew with substantial certainty that sewage-contaminated aerosols and runoff would physically invade and contaminate Plaintiffs' homes, yards, and persons without their consent.

102. Freund, as Maintenance Manager, controlled the Facility's maintenance systems, including the surge tank pressure relief valve, canyon collectors, bar screens, and pump stations, whose failures caused the untreated discharges resulting in the physical entry of raw sewage, aerosolized pathogens, and toxic chemical compounds onto

Plaintiffs' properties.

103. Plaintiffs did not grant permission for any pollution, sewage, and contaminated water to enter or to come into contact with their properties.

104. This trespass was a substantial factor in causing Plaintiffs to suffer damages including, but not limited to, damage to real property, damage to structures, damage to personal property and cherished possessions, discomfort, annoyance, inconvenience, mental anguish, loss of quiet enjoyment, and emotional distress. Plaintiffs each seek damages to be determined, on an individual basis, according to proof at trial.

105. Defendants acted recklessly and with conscious disregard to human life and safety. This is despicable and oppressive conduct. Plaintiffs thus seek punitive damages in an amount sufficient to punish Defendants' long history of deliberate disregard for Plaintiffs' safety.

106. Wippler's trespassory conduct was reckless, wanton, and malicious within the meaning of California Civil Code Section 3294. Wippler received at least fifteen Notices of Violation, three formal enforcement orders from the San Diego Regional Water Quality Control Board, and repeated community complaints documenting the physical invasion of contaminated material onto Plaintiffs' properties, yet made no corrective use of his operational authority to stop those invasions. That willful disregard of the property rights of Plaintiffs warrants an award of punitive damages against Wippler individually.

**COUNT V**

**Battery**

*(Against All Defendants)*

107. Plaintiffs reallege and incorporate Paragraphs 1–43 above as if fully set forth herein.

108. Defendants, including one or more officers, directors, and/or managers, knew that their conduct and affirmative acts in discharging pollutants, raw sewage, and toxic materials into South San Diego waters and the air would cause Plaintiffs to contact,

ingest, breathe, or drink that polluted air and water. Defendants were substantially certain—not merely that harm was foreseeable, but that Plaintiffs' physical contact with discharged pollutants was virtually certain given: the SDSU White Paper's (Feb. 2024) documentation that aerosolized pollutants reach communities without direct water contact; the hundreds of community complaints Defendants received; and at least 15 Water Board enforcement actions, each documenting this precise exposure pathway. This knowledge satisfies the substantial certainty standard for civil battery intent. Defendants' intentional unlawful conduct is also independently established: each of the at least 1,430 documented NPDES violations was an intentional decision by Veolia to operate the Facility in a manner it knew to violate federal law. Under California law, when a defendant's act is unlawful, battery intent requires only "an intent to do the [unlawful] act," not intent to harm. *Austin B. v. Escondido Union Sch. Dist.*, 149 Cal. App. 4th 860, 873 (Ct. App. 2007). Each deliberate discharge in violation of the NPDES Permit was an intentional unlawful act from which offensive contact with Plaintiffs followed with substantial certainty. To the extent Veolia argues they had mere "awareness" of harmful consequences, not intentional unlawful conduct, this cannot be reconciled with the regulatory record: Defendants repeatedly chose to operate the Facility in violation of regulatory orders and their own permit, on hundreds of documented occasions, over years. That is not inadvertent negligence; it is intentional conduct. *Ashcraft v. King*, 228 Cal.App.3d 604, 613 (1991) (intent satisfied by willful disregard of plaintiff's rights).

109. Wippler personally committed battery upon Plaintiffs by intentionally and knowingly authorizing, directing, or permitting the discharge of untreated sewage, fecal bacteria, pathogens, and toxic chemical compounds into the air, water, and environment of Imperial Beach, with substantial certainty that those contaminants would physically contact and enter the bodies of Plaintiffs through direct inhalation of aerosolized sewage particulates, ingestion of contaminated water, and dermal exposure. Wippler committed all of these acts without Plaintiffs' express or implied consent.

110. Defendants were aware that their conduct in discharging pollutants, raw

sewage, and toxic materials into South San Diego waters and the air would contact Plaintiffs in an offensive or harmful way. Defendants' affirmative conduct caused Plaintiffs to come into contact with and be exposed to harmful and deadly pathogens, including E. coli, SARS-CoV2, hepatitis A, human norovirus, and other viruses.

111. Each intentional decision by Wippler to defer maintenance at the SBIWTP—including his direction to defer servicing of the Hollister Street Pump Station surge tank pressure relief valve—was made with the knowledge that discharge events would occur, causing the physical contact of contaminants with Plaintiffs' persons.

112. Despite this, Defendants discharged pollutants, including raw sewage and toxic materials, into South San Diego waters and the air. Defendants continued this harmful and offensive conduct even after receiving at least 15 Notices of Violation from the San Diego Regional Water Quality Control Board, multiple enforcement orders including Cease and Desist Orders, a Time Schedule Order, and an Investigative Order, all of which put Defendants on actual notice that their conduct was causing ongoing harm to Plaintiffs and others similarly situated.

113. Plaintiffs never consented to contacting, breathing, ingesting, or drinking polluted air and water, raw sewage, or dangerous pathogens.

114. Defendants' conduct was reckless, wanton, malicious, and in bad faith. In addition to compensatory or nominal damages, Defendants should also be liable for punitive damages as a result of Defendants' recklessness, wantonness, maliciousness, and bad faith.

115. Defendant Schmidt, as Operations Manager, oversaw the operational systems whose failure caused the discharges and knew with substantial certainty—by virtue of the scientific documentation, regulatory enforcement actions, and community complaints in his possession—that sewage-contaminated aerosols and runoff would physically invade and contaminate Plaintiffs' homes, yards, and persons without their consent.

116. Schmidt nevertheless caused the physical entry of raw sewage, aerosolized

pathogens, and toxic chemical compounds onto Plaintiffs' properties by directing or permitting the operational failures at the SBIWTP that caused untreated discharges from the Facility's infrastructure.

117. Defendant Freund personally committed battery upon Plaintiffs by knowingly directing or permitting the maintenance failures at the SBIWTP that caused untreated sewage, fecal bacteria, pathogens, and toxic chemical compounds to be discharged into the environment of the South Bay, with substantial certainty that those contaminants would physically contact and enter the bodies of Plaintiffs through inhalation of aerosolized sewage particulates, ingestion of contaminated water, and dermal exposure, without Plaintiffs' express or implied consent. As the individual responsible for maintaining the Facility's pollution-capture infrastructure, Freund's maintenance decisions proximately and substantially caused each such offensive physical contact.

118. Each intentional decision by Freund to defer required maintenance—including his deferral of preventive maintenance on the Hollister Street surge tank pressure relief valve, canyon collector sediment removal, bar screen bearing replacement, and pump station maintenance—was an act from which the offensive physical contact of contaminants with Plaintiffs' persons followed with substantial certainty.

119. Wippler's conduct underlying the battery claims was malicious, oppressive, and fraudulent within the meaning of California Civil Code Section 3294. Wippler continued to certify compliance reports concealing the severity of infrastructure failures, perpetuating the discharge conditions causing non-consensual physical contact with Plaintiffs, after repeated regulatory enforcement actions put him on actual notice that those conditions were causing Plaintiffs physical harm. This course of conduct was undertaken with deliberate concealment and conscious disregard for Plaintiffs' bodily integrity and thereby warrants a punitive damages award against Wippler.

## COUNT VI

## Negligence Per Se — Health & Safety Code §§ 5411 and 5411.5

*(Against All Defendants)*

120. Plaintiffs reallege and incorporate Paragraphs 1–43 above as if fully set forth herein.

121. Defendants' violation of Health and Safety Code sections 5411 and 5411.5 constitutes negligence per se, establishing both the applicable standard of care and Defendants' breach thereof, as alleged in Count One. Health and Safety Code section 5411 prohibits any person from discharging "sewage or other waste . . . in any manner which will result in contamination, pollution or a nuisance." Defendants violated this prohibition on at least 1,430 documented occasions. Section 5411.5 separately imposes strict liability "without regard to intent or negligence" upon any person who causes sewage to be discharged into state waters, providing an independent basis for liability requiring no showing of fault. The contamination, pollution, and nuisance arose directly from and as a result of Defendants' treatment and disposal of waste at the SBIWTP and through the Facility's associated infrastructure, satisfying the definition of "nuisance" under Health and Safety Code section 5410(f)(3), which requires that the nuisance "occur during, or as a result of, the treatment or disposal of wastes." The specific spill events described in ¶¶ 30–33 herein were not "authorized by law and in compliance with waste discharge requirements" within the meaning of any exception to section 5411: they were "Spill Events" as defined in the NPDES Permit—i.e., discharges arising from operational failure—that Veolia had a contractual obligation to prevent and for which the Permit expressly assigned Veolia responsibility.

122. Defendants' negligent, reckless, and/or illegal actions and inactions in discharging waste in a manner that resulted in contamination, pollution, and a nuisance was a substantial factor in causing Plaintiffs to suffer damages including, but not limited to, damage to real property, damage to structures, damage to personal property and cherished possessions, physical injuries and illness, discomfort, annoyance,

inconvenience, mental anguish, loss of quiet enjoyment, loss of business profits, and emotional distress. Plaintiffs each seek damages to be determined, on an individual basis, according to proof at trial.

123. Wippler, as the individual directly responsible for the Facility's operational compliance, was himself obligated to ensure that sewage was not discharged in violation of the NPDES Permit. Wippler's personal certification of compliance reports that concealed ongoing violations, and his personal direction of maintenance deferral decisions that caused discharge events in violation of the Permit, make him personally accountable for each statutory violation.

124. Wippler caused sewage to be discharged into the Tijuana River by directing maintenance deferral decisions that caused the Hollister Street Pump Station to fail and by failing to take available corrective action after receiving repeated regulatory enforcement notices confirming that the Facility's operational failures were resulting in such discharges.

125. Freund's individual violations of Health and Safety Code section 5411 are established by the Hollister Street Pump Station failure events he was responsible for preventing. The June 17, 2024 surge tank pressure relief valve failure was caused by Freund's personal deferral of required preventive maintenance and resulted in the discharge of approximately 302,000 gallons of sewage into the Tijuana River in a manner resulting in contamination and nuisance to Plaintiffs. The January 1, 2025 failure of the same valve was caused by Freund's further failure to replace or adequately maintain the valve after the first failure and resulted in the discharge of approximately 4.2 million additional gallons of sewage into the Tijuana River in continued violation of the statute.

126. Freund personally caused sewage to be discharged into the Tijuana River, a water of the United States, by directing maintenance deferral decisions that caused the Hollister Street Pump Station to fail on June 17, 2024 and again on January 1, 2025, and by failing to maintain the canyon collectors in operational condition, resulting in bypass discharges of untreated sewage into state waters.

127. Schmidt was obligated under Health and Safety Code sections 5411 and 5411.5 to ensure that sewage was not discharged in violation of the NPDES permit. Schmidt personally directed operational functions in a manner that repeatedly violated effluent limitations, including sustained failures to meet limits for suspended solids, biochemical oxygen demand, fecal coliform, and enterococci since at least July 2022. Schmidt therefore personally committed violations of Health and Safety Code section 5411.

128. Between June 17 and September 15, 2024, Schmidt's operational direction of the Facility failed to prevent approximately 58.8 million gallons of wastewater from bypassing treatment and discharging into the Tijuana River in a manner resulting in contamination and nuisance to Plaintiffs. Investigative Order No. R9-2025-0022 confirmed that all transboundary flows during this period were within the canyon collectors' design capacity, establishing that the discharges resulted from operational failures within Schmidt's authority to prevent.

129. Defendants acted recklessly and with conscious disregard to human life and safety. This is despicable and oppressive conduct. Plaintiffs thus seek punitive damages in an amount sufficient to punish Defendants' long history of deliberate disregard for Plaintiffs' safety.

130. Plaintiffs' claims for economic damages, including diminution in property value and remediation costs, are grounded in the physical intrusion of aerosolized sewage, pathogens, hazardous chemicals (including DDT, PCBs, and Benzidine), and raw sewage particulates onto and into Plaintiffs' real and personal property -- a tangible, physical trespass constituting actual property damage. These claims are therefore not barred by the economic loss rule under *S. Cal. Gas Leak Cases* (*Gas Leak Cases*), 441 P.3d 881 (Cal. 2019), because the economic harm flows directly from actual physical contamination of property, not from purely financial loss unaccompanied by physical injury. Plaintiffs further allege non-economic damages for personal physical injury, illness, discomfort, annoyance, and loss of quiet enjoyment, which are independently recoverable under each

cause of action asserted herein. The distinction between economic and non-economic damages is addressed separately in the Prayer for Relief to ensure full recovery under applicable California law. Plaintiffs further allege that their economic losses—including diminution in property value, costs of remediating contaminated property, and lost rental and business income—flow directly and exclusively from the physical contamination of their real property by aerosolized sewage particulates, fecal bacteria, heavy metals (including lead, DDT, and PCBs), and pathogenic organisms. These are not the type of "purely economic losses" flowing from a "man-made disaster" barred by the economic loss rule under *Gas Leak Cases*, as that case addressed economic harm to plaintiffs who had no physical contact with the pollution itself. Here, Plaintiffs' properties were physically contaminated—aerosolized sewage particulates physically deposited on their homes, yards, and persons—and their economic losses are the direct financial consequence of that documented physical property damage. Economic losses caused by direct physical contamination of property are recoverable as a component of property damage, not as "purely economic losses" under *Gas Leak Cases*. *See also Cassinos v. Union Oil Co.*, 14 Cal.App.4th 1770 (1993) (property owner can recover economic losses stemming from physical contamination of property).

## VI. PRAYER FOR RELIEF

Plaintiffs seek the following damages in an amount according to proof at the time of trial:

i. General and/or special damages determined on an individual basis according to proof;

ii. Loss of the use, benefit, goodwill, and enjoyment of Plaintiffs' real and/or personal property;

iii. Loss of wages, earning capacity, goodwill, and/or business profits or proceeds and/or any related displacement expenses;

iv. Out of pocket costs;

v. Damage to real and personal property;

vi. Past and future medical expenses and incidental expenses;

vii. General damages for personal injury, emotional distress, fear, annoyance, disturbance, inconvenience, mental anguish, and loss of quiet enjoyment of property;

viii. Prejudgment interest;

ix. For punitive and exemplary damages in an amount sufficient to punish Defendants' conduct and deter similar conduct, as allowed under all applicable law; and

x. Any and all other and further such relief as the Court shall deem proper, all according to proof.

**JURY TRIAL DEMAND**

Plaintiffs respectfully request that this Court provide them with a jury trial on all causes of action for which a jury trial is available under the law.

DATED: October 30, 2026

Respectfully submitted,

By: */s/ James P. Frantz*

James P. Frantz (State Bar No. 87492)
Kristin J. Westphal (State Bar No. 202046)
Edward M. Burak (State Bar No. 361196)
George T. Stiefel (State Bar No. 297611)
M. Regina Bagdasarian (State Bar No. 296219)
**FRANTZ LAW GROUP, APLC**
402 W. Broadway, Suite 860
San Diego, CA 92101
(619) 233-5945
jpf@frantzlawgroup.com
kwestphal@frantzlawgroup.com
eburak@frantzlawgroup.com
gstiefel@frantzlawgroup.com
regina@frantzlawgroup.com

*Attorneys for Plaintiffs*

James P. Frantz, Esq. (SBN 87492)
jpf@frantzlawgroup.com
Kristin J. Westphal, Esq. (SBN 202046)
kwestphal@frantzlawgroup.com
George T. Stiefel, Esq. (SBN 297611)
gstiefel@frantzlawgroup.com
M. Regina Bagdasarian, Esq. (SBN 296219)
regina@frantzlawgroup.com
Edward M. Burak, Esq. (SBN 361196)
eburak@frantzlawgroup.com
**FRANTZ LAW GROUP, APLC**
402 W. Broadway, Suite 860
San Diego, CA 92101
Telephone: (619) 233-5945
Fax: (619) 525-7672
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIETA JANETTE ABREGO, individually, and on behalf of all others similarly listed in the attached Appendix A,<br><br>Plaintiffs,<br><br>v.<br><br>VEOLIA WATER WEST OPERATING SERVICES, INC.;<br>VEOLIA WATER NORTH AMERICA-WEST, LLC; MARK WIPPLER, an individual;<br>JACOB SCHMIDT, an individual; and RANDY FREUND, an individual, DOES 1-200,<br><br>Defendants. | Case No. '26CV6221 JO BJW<br><br>APPENDIX A:<br>ROSTER OF ADDITIONAL PLAINTIFFS |

Pursuant to the Complaint filed in the above-captioned matter, the following individuals are named Plaintiffs in this action:

JONATHAN ABUNDEZ JR., an individual;
RAMONA SANCHEZ ACUNA, an individual;
TOWANDA ADAMS, an individual;
WILLIA ADAMS, an individual;
EUGENIA VICTORIA ADAMSON, an individual;
ALLISON NICOLE ADKINS, an individual;
BETH AGBUNAG, an individual;
EMILY AGBUNAG, an individual;
TERRYL FRANKLIN AGBUNAG JR., an individual;
ZACK AGBUNAG, an individual;
ADRIAN AGUILAR, an individual;
CLAUDIA CAROLINA LUNA AGUILAR, an individual;
GILBERT AGUILAR, an individual;
GIZELLE ANGELA AGUILAR, an individual;
JUDITH AGUILAR, an individual;
MARTIN ROBERT AGUILAR, an individual;
MELVYN ALBERTO AGUILAR, an individual;
MIKEL AGUILAR, an individual;
SALVADOR AGUILAR, an individual;
CRISTIAN AGUILERA, an individual;
LILLIAN LIZETH AGUILERA, an individual;
MARCOS LOPEZ AGUILERA, an individual;
ESMERALDA AGUIRRE, an individual;
MONICA SYLVIA AGUIRRE, an individual;
SULEEN AHMED, an individual;
CECILIA R AIKENS, an individual;

MINA AJURIA, an individual;

SINAI AJURIA, an individual;

AMOR IRIS ALATORRE, an individual;

EUGENIA ALBANEZ, an individual;

JOSE JUAN ALBANEZ, an individual;

JOSEFINA ALCANTAR, an individual;

MARIA ROSARIO ALDANA, an individual;

RUSTY ALEXANDER, an individual;

CHRISTINA ALFARO, an individual;

LIZBETH E ALFARO, an individual;

SANDRA ALFARO, an individual;

ALIYAH RENEE DIXON ALI, an individual;

FRIEL PAUL ALLEN, an individual;

CHERYL LORRAINE ALMARAZ, an individual;

IRMA ALMAZAN, an individual;

ROSE ALMAZAN, an individual;

JACQUELINE ALTAMIRANO, an individual;

REBECA ALTAMIRANO, an individual;

JUDITH VALENZUELA ALVARADO, an individual;

NORMA ALICIA ALVARADO, individually and as a trustee for THE STEPHEN A. GIBBONS AND NORMA ALICIA ALVARADO FAMILY TRUST;

TOSHA FRANCES GHENT ALVARADO, an individual;

CHRISTOPHER JOSEPH ALVARAS, an individual;

JOSEPH MARIO ALVARAS, an individual;

MARIO JOSEPH ALVARAS, an individual;

ANGELICA ALVAREZ, an individual;

BLANCA ALVAREZ, an individual;

CESILIA ALVAREZ, an individual;

EDITH P ALVAREZ, an individual;
HILDA YOLANDA ALVAREZ, an individual;
JEAN-MICHEL ANDRE ALVAREZ, an individual;
KAREN ALVAREZ, an individual;
MARIE-ISABELLE ALVAREZ, an individual;
MARISELA ALVAREZ, an individual;
MICHEL JESUS ALVAREZ, an individual;
MICHELLE ALVAREZ, an individual;
OMAR ALVAREZ, an individual;
OMAR T. ALVAREZ, an individual;
RICARDO RODRIGUEZ ALVAREZ, an individual;
SALOME MOJARRO ALVAREZ, an individual;
SALVADOR ALVAREZ, an individual;
HEIDI ELIZABETH AMORES, an individual;
RAYMOND ANAYA, an individual;
KHAMARA ANDERS, an individual;
MARIA MARTHA ANDERS, an individual;
DAWNE RYELENE ANDERSON, an individual;
JEWELL ARIANNA ANDERSON, an individual;
LEANNE ANDERSON, an individual;
MARCO ANTONIO LOPEZ ANDONAEGUI, an individual;
ROBERT ANDRADE, an individual;
VICKY PAZ ANDRADE, an individual;
MARINA LYNN ANDRIOLA, an individual;
JUAN IVAN GONZALEZ ANGULO, an individual;
RICHARD CHARLES ANSELMI, an individual;
ALYSSA ANNIE MARIE APONTE, an individual;
DARVIN JOSE APONTE, an individual;

KIMBERLY HAWTHORNE APONTE, an individual;
MARCUS A APONTE, an individual;
ANDREW APOSTOL, an individual;
JAMES ANDREW APOSTOL, an individual;
JEFF APOSTOL, an individual;
ZOE ELIZABETH AQUILA, an individual;
ADJALINDA ARAGON, an individual;
FLAVIO ARAGON, an individual;
FRANCO ARAGON, an individual;
LINDA ARAGONA, an individual;
MARGARET K ARAGONA, an individual;
STEPHEN ARAGONA, an individual;
JOSE PAZ ARAMBULA, an individual;
JOSE PAZ ARAMBULA II, individually and as a trustee for ARAMBULA FAMILY TRUST;
LUPE OLIVAS ARAMBULA, individually and as a trustee for ARAMBULA FAMILY TRUST;
GHINGER ARANDA, an individual;
FERNANDO ARCE, an individual;
GABRIELA ARCE, an individual;
JESUS ARCE, an individual;
JESUS ALBERTO ARCE, an individual;
AARON ARELLANO, an individual;
BRIANA ARELLANO, an individual;
DAVID ARELLANO, an individual;
FRANCISCO JAVIER ARELLANO, an individual;
JOSEPH ARELLANO, an individual;
LOURDES ARELLANO, an individual;

MARIA JOSEFINA ARELLANO, an individual;
CYNTHIA AREVALOS, an individual;
ARMANDO ARGUETA, an individual;
ALMA LETICIA ARIAS, an individual;
ANDRES ARIAS, an individual;
ANGELINA ARIAS, an individual;
AMALIA ARMENDARIZ, an individual;
JESUS MANUEL ARMENDARIZ, an individual;
BONNI JEAN ARNOLD, individually and as trustee for THE ARNOLD FAMILY TRUST;
DOUGLAS FRANK ARNOLD, an individual;
KATHLEEN ALICE ARNOLD, an individual;
MATTHEW ARNOLD, an individual;
MIRNA JOSEFINA ARREDONDO, an individual;
TYLER ARRIOLA, an individual;
ALICIA GUADALUPE ARROYO, an individual;
GUADALUPE BEATRIZ ARROYO, an individual;
EDWIN MEDINA ARTEAGA, an individual;
MATHEW ARTURO DE JESUS ARTEAGA, an individual;
MIGUEL ARTEAGA, an individual;
PAMELA IRENE ARYUBI, an individual;
MARIAH MAIRE ASTORGA, an individual;
ROBERT LEVARIO ASTORGA, an individual;
MARICELA ATORRASAGASTI, an individual;
XANTI ATORRASAGASTI, an individual;
CHARLENE CONCEPCION AUTOLINO, an individual;
JOSE GARCIA AVALOS, an individual;
CINDY AVILA, an individual;

ROBERTO BERUMEN AVITIA, an individual;
ALEJANDRO AYALA, an individual;
ALEXIA AYALA, an individual;
HECTOR AYALA, an individual;
JESSICA AYALA, an individual;
JUAN C. AYALA, an individual;
RODRIGO AYALA, an individual;
VICTOR MANUEL AYALA JR., an individual;
HAMAYOON AYUBI, an individual;
FRANCISCO AZHOCAR, an individual;
CARMEN BABB, an individual;
DANIELLE ELIZABETH BACHO, an individual;
MAURO BADILLO, an individual;
MOISES BADILLO, an individual;
VIRGINIA BADILLO, an individual;
BEATRIZ BAEZ, an individual;
SOCORRO BAEZ, an individual;
SOVEIDA BAEZ, an individual;
CHRISTIAN BAEZA, an individual;
ARACELI ESQUIVEL BAHENA, an individual;
JASMINE ALICIA BAHENA, an individual;
SAM HECTOR BAHENA, an individual;
VANESSA ELIZABETH BAHENA, an individual;
RICHARD BAILEY, an individual;
PATRICIA KATHRYN BAIZ-WILLIAMS, an individual;
JESUS BAJAR, an individual;
BROCK BAKER, an individual;
GREGORY JAMES BAKER, an individual;

SANDRA LYNN BAKER, an individual;
HUMBERTO VIDRIOS BALDERAS, an individual;
HAYDEN LYLE BALL, an individual;
EDGAR F BALLESTEROS, an individual;
AARON BALTAZAR, an individual;
AMABELLE LYNN BALTAZAR, an individual;
ASANTI JALIL BALTAZAR, an individual;
DANILO AVILANES BALTAZAR, an individual;
ERIKA VICTORIA BALTAZAR, an individual;
ISHMAEL DANILO BALTAZAR, an individual;
LUZ MEDINA BALTAZAR, an individual;
SAMUEL DANIEL BALTAZAR, an individual;
GABRIEL BANUELOS, an individual;
MARIA BANUELOS, an individual;
RICARDO BANUELOS, an individual;
ALEJANDRA BARAJAS, an individual;
GERARDO BARBA, an individual;
ERNESTO QUINLON BARLAHAN, an individual;
FELICIDAD GUTIERREZ BARLAHAN, an individual;
ANA MARIA BARNES, an individual;
EILEEN BRIDGET BARNES, an individual;
WILLIAM R BARNES, an individual;
THELMA BARO, an individual;
AZENIA BARRAGON, an individual;
JUAN MANUEL BARRAGON, an individual;
CHRISTIAN BARRAZA, an individual;
FRIDA ALESSANDRA HINOJOSA BARRERA, an individual;
ELINA BARRIOS, an individual;

JESSICA BARRIOS, an individual;
MIGUEL BARRIOS, an individual;
VALERIA BARRIOS, an individual;
AYLEEN BARRON, an individual;
HECTOR BARRON JR., an individual;
HECTOR ROGELIO BARRON, an individual;
MARIA BARRON, an individual;
TIFFANY VALORIA BARTLEY, an individual;
PAULETTE BARTLEY-ROYSTER, an individual;
CAMERON BARTZ, an individual;
ELVA BASTIDA, an individual;
MICHAEL PAUL BAUMAN, an individual;
PATRICIA BAUTISTA, an individual;
JAIME ARTURO BAYLON-LYNN, an individual;
JEFFREY BEASTER, an individual;
LUNA BEASTER, an individual;
MARITZA BECERRA, an individual;
JO-ANNE BECHTEL, an individual;
MICHAEL SCOTT BECHTEL, an individual;
SHERRY BECHTEL, an individual;
DAVID HARLAN BECK, an individual;
JANA BECK, an individual;
LOGAN RYAN BECKS, an individual;
STARLETT MEADOW BECKS, an individual;
AITIANA BEDOYA, an individual;
BIANCA BEDOYA, an individual;
MAYRA BEDOYA, an individual;
RAYMUNDO BEDOYA JR, an individual;

CHOLI BEDUHI, an individual;
TIRIECA TIA MARIE BEECH, an individual;
DESTINEY ROSE BELALA, an individual;
HAROLD R BELL, an individual;
KAREN JOY BELL-JOHNSON, an individual;
BULMARA MARGARITA BELTON, an individual;
DANIEL LEE BELTON, an individual;
DANIEL LEE BELTON, an individual;
DESHAUN DEWAYNE BELTON, an individual;
BREEANNA BELTRAN, an individual;
FRANCISCO JAVIER BELTRAN, an individual;
JIMMY BELTRAN, an individual;
LORENA CECILIA BELTRAN, an individual;
LUZ ESTELA BELTRAN, an individual;
MARTHA BELTRAN, an individual;
MARY BELTRAN, an individual;
LESLEY ILLIANA BENAVIDEZ, an individual;
CHRISTOPHER MARCELINO BENEVIDES, an individual;
JEANINE EMMA BENEVIDES, an individual;
SCOTT BENNETT, an individual;
YEMAYA OYOKO NAEEMA BENTA, an individual;
KEITH BENZER, an individual;
LETICIA LYNETTE BERNARD-DUNCAN, an individual;
ALBERTO BERRUECOS, an individual;
MARIA TERESA BERUMEN, an individual;
HAZEL ANN BALDEMOR BEST, an individual;
KATRINA BALDEMOR BEST, an individual;
NATHANIEL BEST, an individual;

NATHANIEL KEENAN BALDEMOR BEST, an individual;
CARMEN BETANCOURT, an individual;
EVAN BETANCOURT, an individual;
JOHN BETANCOURT, an individual;
DESTINY BEUCHER, an individual;
GEORGE ROBERT BEUCHER, an individual;
BIG KAHUNA'S;
JACOB BIGBOY, an individual;
CAITLYN ELIZABETH BIRD, an individual;
JOSHUA DANIEL BIRD, an individual;
CLAUDIA MARGRIT BIRLEANU, an individual;
WILFRIED DANIEL BIRLEANU, an individual;
PATRICIA BISCHOFF, an individual;
DANYALE BISHOP, an individual;
JOSHUA BISHOP, an individual;
THOMAS F BISHOP, an individual;
BENJAMIN MICHAEL BIVENS, an individual;
BRANDON BLAKE, an individual;
ELIJAH JAMES BLAKE, an individual;
JERRY BLAKE, an individual;
ROSANNA BLAKE, an individual;
BARRY BLAND, an individual;
MONET BLAND-ARUYA, an individual;
LINDA SUE BLANK, an individual;
A. BLOOM, an individual;
BRIAN ANTHONY BLUME, an individual;
TRACY NEAL BLUME, an individual;
YESENIA CELEST BLUME, an individual;

ERIN RICHELLE BOARD-EDNEY, an individual;
DENNIS CHARLES BOBO, an individual;
LEONILA BOJORQUEZ, an individual;
RAUL ORNELAS BONILLA, an individual;
BRANDON AUTHUR BONK, an individual;
DENICE JEAN BONK, an individual;
JASON WILLIAMHUNT BONNEY, an individual;
MELISSA ANNE BOOKER, an individual;
DAVIESHA DASHAYA DEONA BOOTEN, an individual;
MARCO LOPEZ BORBOA, an individual;
ARACELI BORDE, an individual;
LARRY BORDEN, an individual;
DONNA BORJA, an individual;
SADE NICOLE BOSTON, an individual;
NAHREN BOTANI, an individual;
CATHERINE VIDAL BOURET, an individual;
ADRIAN BOWMAN, an individual;
JASON PATRICK BOWMAN, an individual;
KAYLA M BOWMAN, an individual;
REBEKAH BOWMAN, an individual;
ALYSSA MARIE BOYER-SPROUSE, an individual;
CODY BOYER-SPROUSE, an individual;
JOSEPH ROLAND BRADLEY, an individual;
KEALA BRADLEY, an individual;
JAMES NORMAN BRADY, an individual;
ROBERT FLETCHER BRANDT, an individual;
WAYNE BRANDT, an individual;
CARLA SANTANA BRAUDAWAY, an individual;

GEORGE EARL BRAUDAWAY, an individual;
JOSE MANUEL BRAVO, an individual;
OMAR AUGUSTO BRAVO, an individual;
GUYYON E. BRELAND, an individual;
JUMOND D. BRELAND, an individual;
MARLEEN BRICHOUX, an individual;
JONATHAN WILLIAM BRIGHAM, an individual;
JODI TUCCI BRISEBOIS, an individual;
ALBERTO BRISENO, an individual;
LILIANA BRISSON, an individual;
NEIL BRISSON, an individual;
CASEY MICHAEL BROACH, an individual;
GREG LANGARICA BROADFOOT, an individual;
LOURDES LANGARICA BROADFOOT, an individual;
ROBERT MURRAY BROADFOOT, an individual;
JENNIFER RUTH BROOKS, an individual;
ALEX BROWN, an individual;
ALYSSA BROWN, an individual;
DIMETRI BROWN, an individual;
JOSEPH BROWN, an individual;
JULENE REAGANS BROWN, an individual;
VICKY CAROLINE BROWN, an individual;
MARRIAGE BUELNA, an individual;
JORGE ALBERTO CAMPOS BUENO, an individual;
JOVANNI BUENO, an individual;
VICKY BUENO, an individual;
KRISTA BUENROSTRO, an individual;
DENISE BURCHETT, an individual;

DENNIS CHARLES BURCHETT, an individual;
SUSAN IDELL BURCHETT, an individual;
SUSAN IDELL BURCHETT, an individual;
JOSE ROBERTO BURCIAGA, an individual;
MARIA ISABEL BURCIAGA, an individual;
ROBERTO JOSUE BURCIAGA, an individual;
VALDINA ANN BURGI, an individual;
VALDINA ANN BURGI, an individual;
VALDINA ANN BURGI, an individual;
MARK BURKE, an individual;
ERIC JOSEPH BURKHART, an individual;
JULIE KAYE BURKHART, an individual;
CATHERINE BURNS, an individual;
DOTTIE AMOR BURNS, an individual;
JOSHUA BURNS, an individual;
SYDNEY GWENDOLYN BURRELL, an individual;
ELIJAH BURTON, an individual;
TYLEAH LASHAY BURTON, an individual;
KARINA BUSTILLOS, an individual;
JAIME DELFINO BUSTOS, an individual;
CARLTON BYRD, an individual;
LISA BYRD, an individual;
ALONDRA CABANTOY, an individual;
HANNAH GRACE CABRAL, an individual;
ISABELLA RAE CABRAL, an individual;
NATALEA CABRERA, an individual;
SELENE CADENA, an individual;
DAISY CAGINIA, an individual;

GREGORY JOSEPH CAGINIA, individually and as trustee for THE GREGORY CAGINIA LIVING TRUST;
DIONISIO CAGUIOA, an individual;
HA YOUNG CHOI CAGUIOA, an individual;
NICOLE KARICE CALCUTTA, an individual;
LUNA CALDERON, an individual;
MAXIMUS YRIEL RAMOS CALDERON, an individual;
RAQUEL CALDERON, an individual;
SASHA CALDERON, an individual;
TANIA LIZETH CALDERON, an individual;
MICHELLE LIZETTE CALDWELL, an individual;
MARTHA VALLE CALVILLO, an individual;
ADRIANA VALLES CAMACHO, an individual;
ALICIA CAMACHO, an individual;
ASHLY CAMACHO, an individual;
HAEILY CAMACHO, an individual;
JOSELYN CAMACHO, an individual;
LUIS CAMACHO, an individual;
ADELAIDA CAMERON, an individual;
ANDREA CAMERON, an individual;
MALCOLM CAMERON, an individual;
MICHAEL BRUCE CAMERON, an individual;
TAHISHA LEILANI CAMERON, an individual;
JOSEFINA RAMIREZ CAMOZZI, an individual;
MARK CAMOZZI, an individual;
TAWNY CAMPA, an individual;
ZERENE CAMPA, an individual;
LESSIE LOUISE CAMPBELL, an individual;

ANABELLA CAMPOS, an individual;
BARBARA CAMPOS, an individual;
ELIUD CAMPOS, an individual;
JOSE CAMPOS, an individual;
LUIS ANGEL LUPIAN CAMPOS, an individual;
MARCOS CAMPOS, an individual;
MARIA G CAMPOS, an individual;
PAOLA CAMPOS, an individual;
RAUDIEL CAMPOS, an individual;
FRANK CANDIDO, an individual;
MIA CANDIDO, an individual;
BRYCE WILLIAM CANTRELL, an individual;
ANNALIZA CAPATI, an individual;
LAURA ADRIAN CARASA, an individual;
RUBEN CARASA, an individual;
JOSE DANIEL CARBAJAL, an individual;
SHELLEY LEILANI CARBAJAL, an individual;
JAQUELINE CARDENA, an individual;
AARON SEBASTIAN CARDENAS, an individual;
ANDREA CARDENAS, an individual;
GABRIEL ORTIZ CARDENAS, an individual;
GILBERTO CARDENAS, an individual;
GUILLERMO CARDENAS, an individual;
GUILLERMO GIOVANNI CARDENAS, an individual;
LYDIA CARDENAS, an individual;
MARILYNE CARDENAS, an individual;
RODOLFO CARDENAS-LOPEZ, an individual;
LUCY CARDONA, an individual;

DANIEL CARDOSO, an individual;
GABRIELA BLANCHARD CARDOSO, an individual;
JESUS CARDOSO, an individual;
YAILEN CARDOSO, an individual;
ELIZABETH CARDOZA, an individual;
JUAN CARDOZA, an individual;
JUAN ANTHONY CARDOZA, an individual;
YOLANDA CARDOZA, an individual;
DAVID WILLIAM CAREY, an individual;
DIANA CAREY, an individual;
HUDSON CAREY, an individual;
JASON CAREY, an individual;
KUN CAREY, an individual;
CAMILA CARIMAN, an individual;
JOSE ROBERTO CARIMAN, an individual;
ROSARIO CARIMAN, an individual;
XIMENA CARIMAN, an individual;
DANIELA IVONNE OSORNIO CARLOS, an individual;
KEVIN ULISES CARLOS, an individual;
CARLOS ABEL CARMONA, an individual;
LILIANA JIMENEZ CARMONA, an individual;
LOURDES RODRIGUEZ CARMONA, an individual;
CARLY CARONE, an individual;
JACOB CARONE, an individual;
CHRISTIAN CARPENTER, an individual;
IRMA PANTE CARPENTER, an individual;
TYANA LAVETTE WILKERSON CARPENTER, an individual;
JOSE ARMANDO CARRASCO, an individual;

KYLIE ANN CARRASCO, an individual;
LYLYANA FLORES CARRAZCO, an individual;
ALEXA MAYLIN RIVERA CARRETO, an individual;
LIRIAM JAMIN RIVERA CARRETO, an individual;
SARAHIM CARRETO, an individual;
ALBERT CARRILLO, an individual;
ATHINA CARRILLO, an individual;
CHRISTOPHER CARRILLO, an individual;
CONCEPCION CARRILLO, an individual;
DENISE CARRILLO, an individual;
JOSE CARRILLO, an individual;
MARLA CARRILLO, an individual;
PATRICIA CARRILLO, an individual;
ROBERTO CARRILLO, an individual;
ROBERTO CARRILLO, an individual;
SASHA CARRILLO, an individual;
STEPHANIE PAULINE CARRILLO, an individual;
VANESSA NICOLE CARRILLO, an individual;
HORTENCIA MONTERO CARTAGENA, an individual;
SHANISHA LASHAY CARTER, an individual;
BRIDGET ANN CARTIER, an individual;
CASEY JOSEPH CARTIER, an individual;
HECTOR CASAS, an individual;
JOSHUA CASAS, an individual;
PRISCILLA CASAS, an individual;
MICHELLE STEPHANIE CASAS-SANCHEZ, an individual;
DENISE CASH, an individual;
GLORIA CASILLAS, an individual;

GLORIA ALEJANDRA CASILLAS, an individual;
JOSE LUIS CASILLAS, an individual;
ROBERTO MANUEL CASILLAS, an individual;
SAMANTHA CASIS, an individual;
JAZMIN YOLY JACQUEZ CASTANEDA, an individual;
EVARISTO OLGUIN CASTELLANOS, an individual;
VIRGINIA ADRIANA CASTELLANOS, an individual;
ALFREDO CORPUZ CASTILLO, an individual;
LEONOR GONZALEZ CASTILLO, an individual;
LOLITA CASTILLO, an individual;
RICARDO GARCIA CASTILLO, an individual;
CAILEN R CASTLE, an individual;
JANINA E CASTORENA, an individual;
CARLOS CASTREJON, an individual;
JULYSSA CASTREJON, an individual;
AILEAH VIRGINIA CASTRO, an individual;
CAROLINA CASTRO, an individual;
ESTEBAN CARDONA CASTRO, an individual;
HERIBERTO CASTRO, an individual;
SHAWNTE M CASTRO, an individual;
MAYRA CLARISA CASTRO-COTA, an individual;
ARIEL CASWALL, an individual;
ANDREA CAULDREN, an individual;
JAMES J CAVARAS, an individual;
KENDRA CAZARES, an individual;
ALAN CAZARES-MONTERRUBIO, an individual;
DAYANA CEBALLOS, an individual;
KEVIN CEBALLOS, an individual;

MARY HELEN CEBALLOS, an individual;
POLO FLORES CEBALLOS, an individual;
VERONICA CEBALLOS, an individual;
MARIA TERESA CELIS, an individual;
KAYLAH JENEE CENTURY, an individual;
MARIA PATRICIA MEDINA CERMENO, an individual;
ITZEL CERON, an individual;
ALEXANDER CERVANTES, an individual;
AXEL CERVANTES, an individual;
DESIREE JASMINE CERVANTES, an individual;
ELIZABETH CERVANTES, an individual;
MARIA CERVANTES, an individual;
MONICA CERVANTES, an individual;
NATALIA CERVANTES, an individual;
REUBEN CERVANTES, an individual;
ROBERTO CERVANTES, an individual;
ROBERTO CERVANTES, an individual;
SERENA CERVANTES, an individual;
VANESSA CESENA, an individual;
JAVIER HUGO CEVALLOS, individually and as trustee for THE JAVIER H. CEVALLOS LIVING TRUST DATED FEBRUARY 13, 2015;
GUADALUPE CHAIDEZ, an individual;
MELANIE RAMIREZ CHAIDEZ, an individual;
ANA GISSEL REYNAGA CHAIREZ, an individual;
ANCEL KERNAN GONZALES CHANG, an individual;
BRIAN JEWELL LEROY CHAPMAN, an individual;
EDWARD CHAPMAN, an individual;
LAURA JOSEPHINE CHAPMAN, an individual;

MARINA CHAPMAN, an individual;
PATRICIA CHARLES, an individual;
LILIA CHARQUENO, an individual;
RAFAEL CHARQUENO, an individual;
KATERINA LE CHAU, individually and as a trustee for THE MONTEGNA FAMILY TRUST;
ARACELY CHAVEZ, an individual;
ASHLEY DENISE ANGULO CHAVEZ, an individual;
FREDDIE ORTIZ CHAVEZ, an individual;
GUMARO DOMINGUEZ CHAVEZ, an individual;
JOSE MARIANO CHAVEZ, an individual;
JOSE RENE CHAVEZ, an individual;
JOSEPH MICHAEL CHAVEZ, an individual;
MARIBEL CHAVEZ, an individual;
MICHAEL ENRIQUEZ CHAVEZ, an individual;
MONIQUE MARIE CHAVEZ, an individual;
OLGA CHAVEZ, an individual;
SHIRLEY ANN CHERRY, an individual;
ABBY CHINNIS, an individual;
MARK CHINNIS, an individual;
NICOLE CHINNIS, an individual;
RUTHY CHINNIS, an individual;
ANATEIGHA CHIOMIACK, an individual;
ARIANA CHIOMIACK, an individual;
BIANON CHIOMIACK, an individual;
SHARON MARY CHISHOLM, an individual;
SMITH CHITRAPITUG, an individual;
MORRIS CHOWAIKI, an individual;

MICHAEL CHOYCE, an individual;
JOHN DAVID CIANI, an individual;
NORA GISELLE CISNEROS, an individual;
LEA MAR CLAMP-TAPIA, an individual;
CINNAMON CLARK, an individual;
HAYDEN DANIEL CLARK, an individual;
MAY TZA CLARK, an individual;
PAULA JEAN CLARK, an individual;
ROBIN GAYLE CLEGG, individually and as trustee for THE MICHAEL EDWIN CLEGG AND ROBIN GAYLE CLEGG FAMILY 2001 TRUST;
BRIAN JOSEPH CLEMEN, an individual;
JOYCE CLINTON, an individual;
MICHELE CLINTON, an individual;
STEVEN HUGH CLINTON, individually and as trustee for THE CLINTON FAMILY SUBTRUST 02-04-2003;
DANIEL PERRY COATES, an individual;
JAMES LEE COATES, an individual;
MARY GERALYN GREGERSEN COATES, an individual;
JAMES LOWRY COBURN JR., an individual;
MARTHA RAMIREZ COBURN, an individual;
MEGAN ANN CODY, an individual;
YURIKO GURLEY COENEN, an individual;
BIBIANA COLIN, an individual;
DIEGO COLIN, an individual;
JOSE COLIN, an individual;
JOSIE COLIN, an individual;
VANESSA COLIN, an individual;
CLARA COLLAZO, an individual;

IMANI COLLIER, an individual;
HILDA TIRADO COLLINS, an individual;
RAYMOND TIRADO COLLINS, an individual;
SAMANTHA COLLINS, an individual;
XOCHITL HILDA COLLINS, an individual;
EVETTE SHUNTA COLMAN, an individual;
LUIS RAFAEL S. COLMENAREZ, an individual;
LUIS ALFONSO CONCHAS, an individual;
SHANE CONNAHAN, an individual;
DEBORAH CONNOLLY, an individual;
BRIAN PATRICK CONNORS, an individual;
CASSIA LYNNE CONNORS, an individual;
SAM CONSIGLIO JR., an individual;
BENJAMIN GARCILAZO CONTRERAS, an individual;
BRENDA CONTRERAS, an individual;
DANIEL VARGAS CONTRERAS, an individual;
MANUEL ROMERO CONTRERAS, an individual;
MARIA CONTRERAS, an individual;
MARTIN CONTRERAS, an individual;
SANDRA GUERRERO CONTRERAS, an individual;
CAMERON COOK, an individual;
NATALIE COOK, an individual;
PHILIP MARK COON, an individual;
YVONNE ALEXUS CORAL, an individual;
DANIEL R CORDERO, an individual;
LINDA ANN CORDERO, an individual;
ELIZABETH COREAS, an individual;
PABLO CORIA, an individual;

MARIAELENA CORNEJO, an individual;
JOHNNY CORNING, an individual;
DAYANNA CORONA, an individual;
LEAH CORONA, an individual;
RAUL CORONA, an individual;
DANIEL CORRAL, an individual;
FILEMON CORRAL, an individual;
RUTH VEGA CORRAL, an individual;
GREGORY CORRALES, an individual;
LISA CORRALES, an individual;
JORGE CORREA, an individual;
ESMERALDA GUILLERMINA CORTEZ, an individual;
NORMA CORTEZ, an individual;
JULIA E. CORTORREAL, an individual;
ABRIL ESPERANZA COSIO, an individual;
ADREEN FELICIA COSIO, an individual;
ANTHONY COSIO, an individual;
ANTHONY ABEL COSIO, an individual;
APRIL MARRIE COSIO, an individual;
MICAELA MARIA COSIO, an individual;
DAJA COSTALES, an individual;
DAVIELLE COSTALES, an individual;
GAYZEL COSTALES, an individual;
ALVINSEAN BALDEMOR COSTELO, an individual;
LILY COTA, an individual;
MARIO COTA, an individual;
AIMEE ISABELLA COTE, an individual;
JEFFREY BLAIR COTE, an individual;

JULIE RENE COTE, an individual;
BERTHA COVARRUBIAS, an individual;
CANEK COVARRUBIAS, an individual;
JOSE ALBERTO COVARRUBIAS, an individual;
NATALIE COVARRUBIAS, an individual;
KIANA COWLES, an individual;
LAILA COWLES, an individual;
MELANDY COWLES, an individual;
JANET LYNNE COX, an individual;
MARVIN MATTHEW COX, an individual;
KAMIAH CRAIN, an individual;
CAROL MARSHALL CRANE, individually and as trustee for THE CAROL MARSHALL CRANE LIVING TRUST;
MELVIN EDWARD CRANE, an individual;
ALTHEA LEISA CROSBY, an individual;
JORDYN NEESHELL CROSBY, an individual;
MARCUS CROSBY, an individual;
MAURICE CROSBY, an individual;
TERRENCE LAMAR CROSBY, an individual;
MYAH CROWDER, an individual;
DARIAN CRUZ, an individual;
DARIAN GOLETA CRUZ, an individual;
GREGORY CRUZ, an individual;
MANUEL ORTEGA CRUZ, an individual;
CRISTIAN CUADROS, an individual;
SEBASTIAN CUADROS, an individual;
ADRIANA CUELLAR, an individual;
ANDREA ISABEL CUELLAR, an individual;

NORMA ISABEL CUELLAR, an individual;
JOSE FRANCISCO CUENQUIJANO, an individual;
JUANA CUEVA, an individual;
ADDISS DERALD CUEVAS, an individual;
ERIN ADELA CUEVAS, an individual;
JESSICA SETTLE CUNNINGHAM, individually and as a trustee for THE CUNNINGHAM FAMILY TRUST;
JOSEPH ALEXANDER CUNNINGHAM, individually and as a trustee for THE CUNNINGHAM FAMILY TRUST;
JANICE CURRY, an individual;
MERSADIE CURRY, an individual;
DANIEL EDWARD CURTIS, an individual;
MARK THOMAS CYR, an individual;
MICHELLE DENNAE CYR, an individual;
BROOKLYN AUTUMN DALESSANDRO, an individual;
DANIEL DALESSANDRO, an individual;
RAYMOND DALLOU, an individual;
MELISSA DALO, an individual;
ALPHONSE JOHN DAMARO, an individual;
MARIA DEL CARMEN DAMARO, an individual;
DANIEL DAME, an individual;
SHENDEL DAME, an individual;
XULIE DAME, an individual;
KAYLI DAVIDSON, an individual;
MARIA DE LOS ANGELES DAVILA, an individual;
CHARLENE DAVIS, an individual;
DEMITERIUZ JORDIN DAVIS, an individual;
DERRICK LORENZO DAVIS, an individual;

DOMINIQUE YADIRA DAVIS, an individual;
DONALD RAY DAVIS, an individual;
HISELA DAVIS, an individual;
JILL DAVIS, an individual;
KATHERINE ANN DAVIS, an individual;
MICHAEL WILLIAM DAVIS, an individual;
TYSON TIMOTHY DAVIS, an individual;
DANIEL DAWSON, an individual;
DARYL DAWSON, an individual;
FELIPE DE ANDA, an individual;
LILIA MAGADAN DE BAHENA, an individual;
MARIA PATROCINIA NINO DE DOMINGUEZ, an individual;
VANIA CIBELLE CARPIO DE FRATES, an individual;
MARIA OLIVIA FRAIRE DE GOMEZ, an individual;
MARIA VICTORIA JIMENEZ DE GUERRERO, an individual;
ALFRED DE LA ROSA, an individual;
ANDRE DE LA ROSA, an individual;
ISABEL DE LA ROSA, an individual;
ROBERT CHARLES DE LA ROSA, an individual;
ALICE DE LA TORRE, individually and as a trustee for THE ALICE DE LA TORRE TRUST;
FERNANDO DE LA TORRE, an individual;
LUZ ESTELA DE LA TORRE, an individual;
JUAN M DE LEON, an individual;
MARIA DE LA LUZ DE LEON, an individual;
MIA ELINA DE LEON, an individual;
NORMA IVETT AGUEROS DE MARTINEZ, an individual;
MARIA DEL ROSARIO OLIVARES DE MEZA, an individual;

ANTONIO MONTES DE OCA, an individual;
MARIA DEL CARMEN ROJO DE ORNELAS, an individual;
DE PAUW PROPERTIES, LLC;
JESSICA DE SANCHEZ, an individual;
NIDIA NELYDA QUIROZ DE SANCHEZ, an individual;
MARIA DE JESUS ZUNIGA DE SOTO, an individual;
PAOLO CARMINE DE VITO, an individual;
GLORIA DEAGROSA-PRICE, an individual;
ALAN AUBREY DEFOREST, an individual;
AMBER DEFOREST, an individual;
JOHN JAMES DEIS, an individual;
REBECA DEIS, an individual;
VICTOR MARTIN DEL CAMPO, an individual;
MELISSA DEL CASTILLO, an individual;
VIKTOR DEL CASTILLO, an individual;
MARCELINA DORA DEL TORO, an individual;
MARIA YVETTE DELEON, an individual;
DIANA DELGADILLO, an individual;
EVERARDO DELGADILLO, an individual;
LIZETH GABRIELLA DELGADILLO, an individual;
RUDY DELGADILLO SR, an individual;
LAUREN DENISE DELGADO, an individual;
LEILANI ROSAS DELGADO, an individual;
PATRICIA DELGADO, an individual;
SERGIO DELGADO, an individual;
YSELLA KAYLA VAZQUEZ DELGADO, an individual;
DIANE MARIA DEMARA, an individual;
ATHALIAH J BALTAZAR DENNIS, an individual;

BENJAMIN ARTHUR DENSON, an individual;
LUCIA VIRGINIA DENTON, an individual;
GRACE DEOCAMPO, an individual;
KARLA MARIE DERRINGER, an individual;
ANA C DETOMMASO, an individual;
JOHN MIKE DETOMMASO, an individual;
ADRIEL DIAZ, an individual;
ERIKA DIAZ, an individual;
JOE DIAZ, an individual;
MANUEL JESUS DIAZ, an individual;
MARIA DOLORES DIAZ, an individual;
MARLA DIAZ, an individual;
ROSA DIAZ, an individual;
VANESSA DIAZ, an individual;
DOLORES MARIE DICKINSON, an individual;
JEROME ALLEN DICKINSON, an individual;
RANDALL THOMAS DICKSON, an individual;
ANTHONY JOSEPH DIEGA, an individual;
JAY JOHN MEDROSO DIEGA, an individual;
TIARA DEPRISE DIEGA, an individual;
MARIO A DILONARDO, an individual;
CANDYSE DODDY, an individual;
OTIS DODDY, an individual;
DONATO FERNANDEZ DOMAGUIN, an individual;
SONYA JUNE DOMAGUIN, an individual;
ALLISON DOMINGUEZ, an individual;
EDWARD DOMINGO DOMINGUEZ, an individual;
ESTELA DOMINGUEZ, an individual;

EVELYN DOMINGUEZ, an individual;
JESSICA DOMINGUEZ, an individual;
KIMBERLY MARIA NATNALIA DOMINGUEZ, an individual;
MARICELA DOMINGUEZ, an individual;
MARISELA DOMINGUEZ, an individual;
JEFFREY VAUGHN DONAHUE, an individual;
ANTHONY DORSCHNER, an individual;
ALLEN NATHANIEL DOUGLAS, an individual;
CHARLES LEMORE DOUGLAS JR, an individual;
JODE AUSTIN DOUGLAS, an individual;
ROBERTA MUNOZ DOUGLAS, an individual;
JUSTIN DOYLE, an individual;
GUSTAVO DUARTE, an individual;
SIARA ANGELITA RIOS DUARTE, an individual;
JAQUELINE GUADALUPE DUCK, an individual;
GEORGETTE DUENAS, an individual;
LYLLAN DUENAS, an individual;
HANNAH LEE DUGAN, an individual;
RENEE DULFON, an individual;
ALVINO CARLTON LAZAR DUNCAN, an individual;
ALVINO D DUNCAN, an individual;
GEORGE DUNHAM, individually and as a trustee for GEORGE F DUNHAM;
ROBERT DUNN, an individual;
ADRIAN DURAN, an individual;
ROSAMARIA DURAN, an individual;
CHRISTOPHER JOHN EADER, an individual;
LISA MARIE EADER, an individual;
SAWYER EADER, an individual;

LOGAN EARLE, an individual;
MONIQUE EASLEY-BLAND, an individual;
MARTHA VALDEZ ECHEGARAY, an individual;
ELIANA ELIZE ECKLEY, an individual;
DAVID ALLEN EGGER, an individual;
PEGGY LYNN EGGER, an individual;
ARIANNA EGUILUZ, an individual;
JORGE EGUILUZ, an individual;
SCOTT FREDERICK EHRLICH, an individual;
FABIAN EILES, an individual;
TRACEY LYNNE EKKER, an individual;
TRACEY LYNNE EKKER, an individual;
DAVID EARL ELLIS, an individual;
JOAN HELLEN ELLIS, an individual;
LEEVOTUS BURRELL ELLIS, an individual;
RYAN ELLIS, an individual;
STEPHANIE ELLIS, an individual;
SAMANTHA EMBERTON, an individual;
DANIELLA ENAMORADA, an individual;
GRISELDA ENCISO, an individual;
JOSHUA RODRIGUEZ ENCISO, an individual;
VICTORIA RODRIGUEZ ENCISO, an individual;
ANNA ARACELI ENGEL, an individual;
VINTON ENO, an individual;
JACOB AUGUSTUS ENRIGHT, an individual;
JESSICA A ENRIGHT, an individual;
ALEJANDRO ENRIQUEZ, an individual;
ERNESTO ENRIQUEZ, an individual;

ERNESTO ENRIQUEZ, an individual;
RAQUEL ENRIQUEZ, an individual;
RUBEN E ENRIQUEZ, an individual;
AMIRA ENTEBI, an individual;
ALICIA ESCAMILLA, an individual;
DAVID ESCAMILLA, an individual;
MARTHA ESCAMILLA, an individual;
CARLOS ESCOTO, an individual;
CASSANDRA ESCUTIA, an individual;
LORIE LEE ESKINE, an individual;
MARIE ESKINE, an individual;
ROBERT ESPARZA, an individual;
XAVIER ESPARZA, an individual;
YOLANDA ESPARZA, an individual;
JUDITH SANDOVAL ESPINDOLA, an individual;
MARCO SANDOVAL ESPINDOLA, an individual;
FARRON S ESPINOZA, an individual;
FRAYLING RUSSELL ESPINOZA, an individual;
JANET MARIE ESPINOZA, an individual;
JOSE J ESPINOZA JR, an individual;
JOSE JESUS ESPINOZA, an individual;
KATHERINE VALERIE ESPINOZA, an individual;
LESLIE ALMAZAN ESPINOZA, an individual;
MARIA ESPINOZA, an individual;
NOAH ESPINOZA, an individual;
NOEL ESPINOZA, an individual;
NORMA ESPINOZA, an individual;
ROSA MARIA ESPINOZA, an individual;

SOPHIA ESPINOZA, an individual;
DANIEL JOSE ESQUER, an individual;
IMELDA MENDIVIL ESQUIVEL, an individual;
LAURA ANNE ESQUIVEL, an individual;
EVA ESTAVILLO, an individual;
RICARDO ESTAVILLO, an individual;
GREG ESTEVANE, an individual;
ALFONSO RAMON ESTRADA, an individual;
ARNOLD FERNANDO HERNANDEZ ESTRADA, an individual;
ENEDINA ESTRADA, an individual;
FABIAN ESTRADA, an individual;
JAIME ESTRADA, an individual;
JESUS ESTRADA, an individual;
KEVIN-ALEXIS ESTRADA, an individual;
DAMARIAN ETHRIDGE, an individual;
ROBERT EUSTACE, an individual;
EVA EXHEVERRIA, an individual;
RICARDO FACIO, an individual;
KAREN DIEGA FADDIS, an individual;
WILLIAM FADDIS, an individual;
ANISSA VIVIANA FALAGAN, an individual;
AVA NICOLE FALAGAN, an individual;
NAOMI ALEXIS FALAGAN, an individual;
RONALD MICHAEL FARAH, an individual;
ALEJANDRO FARIAS JR, an individual;
NAILEA FARIAS, an individual;
TERESA FARIAS, an individual;
FRANK FARIBORZ, an individual;

JOHN ROBERT FARLE, an individual;

JOANN FARRELL, an individual;

JACLYN ODORICO FARRINGTON, individually and as a trustee for THE FARRINGTON FAMILY TRUST;

KURT WILLIAM FARRINGTON, individually and as a trustee for THE FARRINGTON FAMILY TRUST;

PAUL FATTA, an individual;

ALLEN JAY FELDSTEIN, an individual;

ALICE FENNELL, an individual;

ANGELA ROSE FENNELL, an individual;

GUILLERMO RUBEN FENNELL, an individual;

ALEJANDRO FERNANDEZ, an individual;

ANA BELEN MARTINEZ FERNANDEZ, an individual;

DONALD JOSEPH FERNANDEZ, individually and as trustee of THE FERNANDEZ FAMILY TRUST;

ERIC FERNANDEZ, an individual;

VIRGIE VILLAMERO FERNANDEZ, individually and as a trustee for THE FERNANDEZ FAMILY TRUST;

LORI JEAN FERRAN, an individual;

MARGARET FERRY, an individual;

ROMEO FIELDER, an individual;

JACLYN SARAH FIERRO, an individual;

ARACELI FIGUEROA, an individual;

JESSICA FIGUEROA, an individual;

JOE FIGUEROA, an individual;

JULIE FIGUEROA, an individual;

ROSA FIGUEROA, an individual;

CARMEN ROBLES FIOL, an individual;

RODOLFO GIOVANNI FIOL, an individual;
GARY FLEAK, an individual;
AMY FLORES, an individual;
ANTHONY JESUS FLORES, an individual;
ANTHONY ROMANO FLORES, an individual;
BERENIZ FLORES, an individual;
LUIS FLORES, an individual;
LYLY ROSE FLORES, an individual;
MANUEL FLORES, an individual;
MANUEL ANGEL FLORES, an individual;
MARILYN FLORES, an individual;
OLGA LUZ FLORES, an individual;
SERENA FLORES, an individual;
VERONICA FLORES, an individual;
MICHAEL FLOYD, an individual;
DAVID LEE FOLDEN, an individual;
ELVA DENISSE FOMBON, an individual;
ROBERTO ADRIAN FOMBON, an individual;
STEVEN FONSECA, an individual;
VIRGINIA FONTE, an individual;
LYNETTE VERONICA FOSTER, an individual;
MAYBELLE LOIS FRAGA, an individual;
MONICA LEE FRAGA, an individual;
ALAN FRANCO, an individual;
ANDRES FRANCO, an individual;
ANGEL FRANCO, an individual;
ANTONIO FRANCO, an individual;
BRENDA FRANCO, an individual;

CONSUELO FRANCO, an individual;
EDGAR FRANCO, an individual;
KAREN FRANCO, an individual;
LINDA FRANCO, an individual;
NATALIA FRANCO, an individual;
VALERIA FRANCO, an individual;
TIM ALEXANDER FRANK, an individual;
ASHLEY KOVIA FREE, an individual;
SUSAN JENEANE FREER, an individual;
AMY LYNN FRERICH, an individual;
DAVID FRY, an individual;
JANET HAZEL FRY, an individual;
NATALIE AMANDA FRY-SULLIVAN, an individual;
LUISA AYDE BARRERA FUENTES, an individual;
FUSION KABOBZ;
MELA G, an individual;
NICEY G, an individual;
BRIAN WILSON GAINES, an individual;
GREGORY PAUL GAINES, an individual;
MELY MIGUEL GALANG, an individual;
CARLOS GALINDO, an individual;
DAVID GALINDO, an individual;
ILIANA GALINDO, an individual;
IVAN GALINDO, an individual;
ROXANNA GALINDO, an individual;
JACOB GALL, an individual;
SYLVIA GALLARDO, an individual;
EDWARD GALLIGAN, an individual;

CARMEN CRUZ GALVAN, an individual;
JAVIER GALVAN, an individual;
PEDRO E GALVAN, an individual;
SHEILY M GALVAN, an individual;
RICARDO GALVES II, an individual;
CARMEN ARCELIA VELASCO GALVEZ, an individual;
DOLORES GALVEZ, an individual;
MARITZA GALVEZ, an individual;
ADELINE GAMBOA, an individual;
BEATRICE CECILIA GAMBOA, an individual;
JAMES GAMBOA, an individual;
LEA C GAMBOA, an individual;
REGINA THERESA GAMBOA, an individual;
JUSTIN RICHARD GAMBY, an individual;
BRANDON GARAY, an individual;
GRECIA PAMELA GARAY, an individual;
DYLAN JAMES GARBO, an individual;
MONICA GARCES, an individual;
ADRIANA CHAVEZ GARCIA, an individual;
ALEJANDRO GARCIA JR., an individual;
ALEJANDRO ANTONIO GARCIA, an individual;
ALEXIS GARCIA, an individual;
ALEXIS MAURA GARCIA, an individual;
ALICE GARCIA, an individual;
ALONSO GARCIA, an individual;
ALONSO GARCIA JR., an individual;
ANAKAREN GARCIA, an individual;
ANDRES GARCIA, an individual;

BETTY GARCIA, an individual;
CHANEL LOREAL GARCIA, an individual;
CLAUDETTE GARCIA, an individual;
DANIEL GARCIA, an individual;
DARIAN EDUARDO RAMOS GARCIA, an individual;
EDGAR OMAR CASTRO GARCIA, an individual;
ELISEO FRANCISCO GARCIA, an individual;
ELISHA GARCIA, an individual;
ELSA LOPEZ GARCIA, an individual;
ELVIRA GARCIA, an individual;
EVA FLORES GARCIA, an individual;
EVANIE A GARCIA, an individual;
FERNANDO GARCIA, an individual;
GARY ALEXI FLORES GARCIA, an individual;
GRACIELA ALEJANDRA GARCIA, an individual;
IRMA GUADALUPE GARCIA, an individual;
ITZEL GARCIA, an individual;
JADON GARCIA, an individual;
JAIME GARCIA, an individual;
JOSEFINA GARCIA, an individual;
JULISSA GARCIA, an individual;
KARI ANN GARCIA, an individual;
KARINA GARCIA, an individual;
KRYSTAL GARCIA, an individual;
LAMONI GARCIA, an individual;
LESLIE NOEMI GARCIA, an individual;
LISA MARIE GARCIA, an individual;
LORENA GARCIA, an individual;

LOUIS GARCIA, an individual;
LUCIO GARCIA, an individual;
LUIS NICOLAS GARCIA, an individual;
MAGDALENE ELIZABETH GARCIA, an individual;
MANUEL P GARCIA, an individual;
MARIA GARCIA, an individual;
MARIA DEL CARMEN GARCIA, an individual;
MARTHA RODRIGUEZ GARCIA, an individual;
MELISSA SULEIKA GARCIA, an individual;
MIGUEL ANGEL FLORES GARCIA, an individual;
MODESTO GARCIA, an individual;
OSCAR GARCIA, an individual;
OSCAR GARCIA, an individual;
PERLA GARCIA, an individual;
PERLA MEDINA GARCIA, an individual;
RODRIGO ARTURO GARCIA, an individual;
YVONNE GARCIA, an individual;
GERARDO GARDNER, an individual;
ISAAC GARDNER, an individual;
DIANA GARRIDO, an individual;
ERIKA GASCON, an individual;
JOSIAH GASCON, an individual;
ARIELLE GATSON, an individual;
OLIVER GATSON, an individual;
CHERYL ANN GATSOS, an individual;
ROBERT JOHN GATSOS, an individual;
GREGORY ALAN GAWERECKI, individually and as a trustee for THE GAWERECKI FAMILY TRUST;

JENNIFER ANN GAWERECKI, individually and as a trustee for THE GAWERECKI FAMILY TRUST;

MARIA GAXIOLA, an individual;

MARTINA GAXIOLA, an individual;

ANDREW GAYLORD, an individual;

TALIA GAYTAN, an individual;

STEPHEN ANDRE GIBBONS, individually and as trustee for THE STEPHEN A. GIBBONS AND NORMA ALICIA ALVARADO FAMILY TRUST;

EMANUEL RICHARD GIGLIO, an individual;

AUGUSTINA GIL, an individual;

OSCAR M GIL, an individual;

VICTORIA H GIL, an individual;

CONSUELO CECELIA GILBERT, an individual;

SHACRESHA MARIA GILKES, an individual;

NIKITA LYNN GILLIAM, an individual;

DEYSY ESCOBAR GIMON, an individual;

BERTHA GINES, an individual;

DAJUN GINES, an individual;

DARLINE GINES, an individual;

MIRAKLE GINES, an individual;

WANETTA GINES, an individual;

GENIN GIRON, an individual;

AMY JOYCE GLASSFORD, an individual;

LEAH ASHLEY GLASSFORD, an individual;

EMMANUEL ALFONSO GLEYO, an individual;

KATHRYN JANE GLEYO, an individual;

BLANCA ESTELA GOCHICOA, an individual;

PETER ANDREW GODDARD, an individual;

CHRISTOPHER GOLDSBERRY, an individual;
ELIZABETH GOLDSBERRY, an individual;
KIMBERLY MARIE GOLDSBERRY, an individual;
LEEZLY GOLDSBERRY, an individual;
RICARDO GOLDSBERRY SR, an individual;
ADRIAN GOMEZ, an individual;
ADRIANNA GOMEZ, an individual;
ALICIA LAZO DE LA VEGA GOMEZ, an individual;
ALYSSA NICOLE GOMEZ, an individual;
ANTHONY GOMEZ, an individual;
BRUNO GOMEZ, an individual;
CINDY LEE GOMEZ, an individual;
DAVID LANCE GOMEZ, an individual;
FELIPE JESUS GOMEZ, an individual;
FRANCISCO GOMEZ JR., an individual;
GUILLERMO GOMEZ, an individual;
JESUS GOMEZ, an individual;
JOEL GOMEZ, an individual;
JOSEFINA GOMEZ, an individual;
KATHY LOUELLA GOMEZ, an individual;
LEUNAM SEBASTIAN GOMEZ, an individual;
MARIA GOMEZ, an individual;
MIA KYLIE GOMEZ, an individual;
MIGUEL GOMEZ, an individual;
NICOLE GOMEZ, an individual;
VALLERY JOSEPHINE GOMEZ, an individual;
EDDIE ALVA GONZALES, an individual;
ELIJAH GONZALES, an individual;

GLORIA GONZALES, an individual;
RICARDO GONZALES, an individual;
ADRIANA HERNANDEZ GONZALEZ, an individual;
ALBERTO JOSE GONZALEZ, an individual;
ALEXA GONZALEZ, an individual;
ALFONSO GONZALEZ, an individual;
AMANDA GUADALUPE DIAZ GONZALEZ, an individual;
ANDREA GONZALEZ, an individual;
ANDREA ODETTE GONZALEZ, an individual;
ANGELA MONTANEZ GONZALEZ, an individual;
ARIEL GONZALEZ, an individual;
BENJAMIN GONZALEZ, an individual;
BENJAMIN MACIAS GONZALEZ, an individual;
BIBYANO GONZALEZ, an individual;
CARLOS GONZALEZ, an individual;
CHRISTOPHER GONZALEZ, an individual;
CLAUDIA GONZALEZ, an individual;
CLAUDIA VANESSA GONZALEZ, an individual;
DIANA GONZALEZ, an individual;
ELBERT GONZALEZ, an individual;
EMILIO GONZALEZ, an individual;
ERNESTO GONZALEZ, an individual;
FABIOLA LIZETTE GONZALEZ, an individual;
FRANCISCO RAMON GONZALEZ, an individual;
GABRIEL AUGUSTUS GONZALEZ, an individual;
HOLLIS GONZALEZ, an individual;
IRMA MARIA GONZALEZ, an individual;
ISABELLA MARIAH GONZALEZ, an individual;

JADE RENEE AGUIRRE GONZALEZ, an individual;
JORGE ROMO GONZALEZ, an individual;
JOSE FRANCISCO GONZALEZ, an individual;
JOSE MARIA GONZALEZ, trustee of THE JOSE M. GONZALEZ TRUST;
JOSEFINA GONZALEZ, an individual;
JUAN CARLOS ALDANA GONZALEZ, an individual;
JULIO GONZALEZ, an individual;
KAIRO GONZALEZ, an individual;
KELLY LYNN GONZALEZ, an individual;
LAYLANI GONZALEZ, an individual;
LETICIA GONZALEZ, an individual;
LILIANA D GONZALEZ, an individual;
MAIRA GONZALEZ, an individual;
MARISELA GONZALEZ, an individual;
MARTHA CRISTAL GONZALEZ, an individual;
MARY HELEN GONZALEZ, an individual;
MAYRA GONZALEZ, an individual;
MERCEDES VENEGAS GONZALEZ, an individual;
MICHELLE GONZALEZ, an individual;
MIGUEL MARTIN ALVAREZ GONZALEZ, an individual;
NOEMY GONZALEZ, an individual;
OMAR RODRIGUEZ GONZALEZ, an individual;
RAYMUNDO GONZALEZ, an individual;
ROBERT ANTHONY GONZALEZ, an individual;
RONNIE GONZALEZ, an individual;
STEPHANIE GONZALEZ, an individual;
SUSANA GONZALEZ, an individual;
TERESA GONZALEZ, an individual;

DONALD RICHARD GOULD, an individual;
CHRISTINA GOYCOCHEA, an individual;
EFRAHIM GOZUM, an individual;
REBECCA GOZUM, an individual;
CLAUDIA GABRIELA GRAHAM, an individual;
EDWARD JERALD GRAHAM, an individual;
GABRIELA ROSABELLE GRAHAM, an individual;
JOANNE PATRICIA GRAHAM, individually and as trustee for THE GRAHAM FAMILY TRUST 09-09-2004;
LAURA MICHELLE GRAHAM, an individual;
MICHAEL KEVIN GRAHAM, individually and as trustee for THE GRAHAM FAMILY TRUST 09-09-2004;
SOPHIA GRAHAM, an individual;
THOMAS GRALL, an individual;
ELENA GRANBERRY, an individual;
LONEL ELLIS GRAY SR., an individual;
MARIAM GRAYSON, an individual;
NOLAN GRAYSON, an individual;
SOFIA GRAYSON, an individual;
MAURICE G GRAYTON, an individual;
PHARAOH GREENE, an individual;
ALLEN GREENWAY, an individual;
BARBARA GRIFFITH, an individual;
CARLOS GRIJALVA, an individual;
LIZETH GRIJALVA, an individual;
CORNELIUS XAVIER GRIMES, an individual;
FREDERICK GRIMES, an individual;
KYANA GRIMES, an individual;

JASON ALEXANDER WESLEY GROCE, an individual;
CARLA GROOMS, an individual;
MEGAN MARIE GROSS, an individual;
ELIAS GUEDEA, an individual;
ISAAC CERDA GUEDEA, an individual;
ARMANDO GUERRA, an individual;
ISABEL GUERRA, an individual;
ABRAHAM GUERRERO, an individual;
ALEJANDRA GUERRERO, an individual;
ANGEL MEJIA GUERRERO, an individual;
BERBERLY CEJA GUERRERO, an individual;
DAVID GUERRERO, an individual;
ISMAEL GUERRERO, an individual;
JESUS GUERRERO, an individual;
JOSE GUERRERO, an individual;
LIZETTE GUERRERO, an individual;
MARIA GUERRERO, an individual;
MARIA GUADALUPE GUERRERO, an individual;
MIGUEL ANGEL GUERRERO, an individual;
ALMA VILLEGAS GUERRIERI, an individual;
THOMAS WAYNE GUERRIERI, an individual;
SERYNA MAXINE GUEVARA, an individual;
ERNESTO GUEVARRA, an individual;
STEPHANIE NICOLE GUIDO, an individual;
ANA GUILLEN, an individual;
ANGIE LYNN GUIZAR, an individual;
ERIC KAYAM GUIZAR, an individual;
OMAR GIOVANNI GUIZAR, an individual;

OMAR KAYAM GUIZAR, an individual;
RIFAT KEMAL GULER, an individual;
LISA GULIANO, an individual;
EDUARDO NORIEGA GUTIERREZ, an individual;
JESUS GUTIERREZ, an individual;
KAYLA GUTIERREZ, an individual;
MICAELA GUTIERREZ, an individual;
ROBERTO GUTIERREZ, an individual;
SAHIRA YANET GUTIERREZ, an individual;
ALEXA GUZMAN, an individual;
EDGAR GUZMAN, an individual;
HORTENCIA GUZMAN, an individual;
JAVIER ANTONIO GUZMAN, an individual;
RICARDO ESTEBAN YEPEZ GUZMAN, an individual;
YARETZE ARELY GUZMAN, an individual;
ARIF AHSAN HABIB, an individual;
JOHN GLENN HADDON, an individual;
ZETAWOSE FIKREYOHANES HAGAZI, an individual;
JESSICA LEIGH HALE, an individual;
DANIEL LEE HALL, an individual;
EVELYN DIAZ HALL, an individual;
JAMES A HAMMOND, an individual;
TIMOTHY LEE HAMMOND, an individual;
VICTORIA I HAMMOND, an individual;
CAROL HAMPSTEN, an individual;
JOSEPH HAMPSTEN, an individual;
CHEYANNE HAMPTON, an individual;
EDWARDO HAMPTON, an individual;

ELIZABETH MARIE HAMPTON, an individual;
CAROL ANN HANEY, an individual;
CRAIG L. HANSEN, an individual;
ROBERT M HANSON, an individual;
KAITLYNN HAROLD, an individual;
ANTAJAH HARRIS, an individual;
SHARICE LANETT HARRIS, an individual;
BETTY ARELY HART, individually and as trustee for THE BETTY ARELY HART REVOCABLE TRUST;
MARLIN ROEL HART, an individual;
JAMES DOMINICK HARTLEY, an individual;
JANELLE HARTLEY, an individual;
SHELBY CHARLES HASLEY, an individual;
JOHN J HAUPT III, individually and as a trustee for THE JOHN J HAUPT III TRUST;
CARMEN UGALDE HAUSCHILDT, an individual;
LATHEN M HAVENS, an individual;
BEVERLY HAYDEN, an individual;
FRANCES HAYDEN, an individual;
TONASHA REIKO HAYDEN, an individual;
DWIGHT EDWARD HAYES, an individual;
RACHEL ELIZABETH HAYES, an individual;
BRAYSHELL HAYWARD, an individual;
JONEE HAYWARD, an individual;
ROBERT HENRY HEATER, an individual;
JAMIE HELMS, an individual;
DAVID LYNN HEPPARD, an individual;
MICHAEL HERBERT, an individual;
CORRIE HERITAGE, an individual;

ALBERT WILLIAM HERN, individually and as trustee for THE ALBERT WILLIAM HERN, JR. REVOCABLE TRUST;
ARLETTE HERNANDEZ, an individual;
BRET HERNANDEZ, an individual;
CARLOS ERNESTO ARMAS HERNANDEZ, an individual;
CATALINA HERNANDEZ, an individual;
DAVID HERNANDEZ, an individual;
ENRIQUE HERNANDEZ, an individual;
ERICK HERNANDEZ, an individual;
FRANCISCO CERVANTES HERNANDEZ, an individual;
JOSE ADAM HERNANDEZ, an individual;
JUAN HERNANDEZ, an individual;
LUIS HERNANDEZ, an individual;
LUIS HERNANDEZ, an individual;
RAUL NICOLAS CAMACHO HERNANDEZ, an individual;
RICARDO RODRIGUEZ HERNANDEZ, an individual;
RICHARD HERNANDEZ JR, an individual;
RICHARD ALEX HERNANDEZ, an individual;
SOFIA HERNANDEZ, an individual;
SONIA HERNANDEZ, an individual;
ARIANNA HERNANDEZ-PALOS, an individual;
ANDRES HERNANDEZ-TORRES, an individual;
LEILANY HERNANDEZ-TORRES, an individual;
LINDA LOUISE HERNDON, an individual;
CASSIE RENEE HERO-CAMPOS, an individual;
ABELARDO L HERRERA, an individual;
ALLYSON HERRERA, an individual;
ESPERANZA HERRERA, an individual;

JAIME HERRERA, an individual;

JENNY HERRERA, an individual;

LUZ HERRERA, an individual;

SHEILA JUNE HERRON-FOX, an individual;

CARY RAY HERSHBERGER, individually and as trustee for THE HERSHBERGER FAMILY TRUST;

ROSE ABANIL HERSHBERGER, individually and as trustee for THE HERSHBERGER FAMILY TRUST;

ANDREA ANGELICA CARRASCO HERZ, an individual;

BARBARA THERESE HERZ, an individual;

MOISES HIGAREDA, an individual;

SANTIAGO MOISES HIGAREDA, an individual;

RAMZES AZAEL HIGUERA, an individual;

LAVERNE HILL, an individual;

CHRISTINE NORMA HILLGER, an individual;

GENE PETER HILLGER, an individual;

FERNANDO HINOJOSA, an individual;

SILVIA ADELA HINOJOSA, an individual;

ROBERT HIRSCHHORN, an individual;

FRED JOE HISHMEH, an individual;

IMELDA LABRADOR HISHMEH, an individual;

KATHLEEN ANN HOBAN, an individual;

MARIE ANNA HOBAN, an individual;

KENNETH HODKINSON, an individual;

SHEILA INEZ HOLEMAN-WILKINSON, an individual;

ANNIE INGRID HOLLEY, an individual;

EMMA LENORA HOLLEY, an individual;

MARK CAMERON HOLLEY, an individual;

PIA SABINA HOLLEY, an individual;
RENEE HOLLINGSWORTH, an individual;
DAVID HOLMES, an individual;
ALAN HONEYCUTT, an individual;
JESSICA ISETH HONEYCUTT, an individual;
ALAN THOMAS HOOD, an individual;
ALISON MARRIE HOOVER, an individual;
PATRICK HOOVER, an individual;
BINGA PATRICK HOPKINS, an individual;
DIEGO EMILIANO HORTA, an individual;
HENRY HORTA, an individual;
MONIQUE HORTA, an individual;
SOFIA HORTA, an individual;
AUDRA BETTY ANN HOSSFELD, an individual;
TOUFIC MUNOZ HOURANI, an individual;
VICTORIA JEAN HOURANI, an individual;
GARRETT HOWARTH, an individual;
KAREN SUE HOYT, an individual;
KENNETH CHARLES HOYT, an individual;
LAVONNE MAY HUBBARD, an individual;
KEVA LATRICE HUBBERT, an individual;
MICAH HUBBERT, an individual;
NUBIAN HUBBERT, an individual;
KIMBERLY HUDDLESTON, an individual;
CLAUDIA HUGHES, an individual;
DON NELSON HUGHES, an individual;
LESLIE HUGHES, an individual;
MELANIE HUGHES, an individual;

SAMANTHA HUGHES, an individual;
BARRY LYNNE HUNTER, an individual;
CONCEPCION GUERRERO HUNTER, an individual;
LUKE HUNTER, an individual;
JOSEPHINE HUROV, an individual;
SAMANTHA HUROV, an individual;
ALEJANDRO LLAMAS HURTADO, an individual;
MA DEL CARMEN CASTRO HURTADO, an individual;
MARCUS HUTTON, an individual;
MARGARITA HUTTON, an individual;
PANABI APPLE HYSON-FREE, an individual;
ALEJANDRA MARTINEZ IBARRA, an individual;
CONNIE MARIE IBARRA, an individual;
ELIZABETH IBARRA, an individual;
ISRAEL IBARRA, an individual;
OMAR IBARRA, an individual;
ANTHONY HAROLD IBBERSON, an individual;
DANNA IDARZA, an individual;
HECTOR XAVIER IDARZA, an individual;
LEONEL IDARZA, an individual;
VALENTIN IDARZA, an individual;
IMPERIAL BEACH PRESCHOOL;
LUISA FABIOLA INGLE, an individual;
MARIA ANGELICA INGRANDE, an individual;
RENE INZUNZA, an individual;
TERESA INZUNZA, an individual;
TERESA B INZUNZA, an individual;
WILLIAM INZUNZA, an individual;

SONIA ISAIS, an individual;
JOANNA MARIE ISHEE, an individual;
ADRIANA A ISLAS, an individual;
ALEJANDRA ISLAS, an individual;
FERNANDO ISLAS, an individual;
JAIEL J, an individual;
J & J NOTARY SERVICE;
CHANTEL MARIE PEREZ JACKSON, an individual;
JEFFREY LEE JACKSON, an individual;
SADE JACKSON, an individual;
VERONESA CHARMAINE JACKSON, an individual;
ALEXANDER SAMAEL JACQUEZ, an individual;
MARIO JACQUEZ, an individual;
YOLANDA CASTANEDA JACQUEZ, an individual;
CHRISTOPHER JAMES, an individual;
VICTORIA JAMES, an individual;
FARAJ FALAH JARJOSA, an individual;
GABRIELLA FARAJ JARJOSA, an individual;
MICHAEL JARJOSA, an individual;
ANASTASIA FARAJ JARJOSA-MINJAREZ, an individual;
ARIA JASSO, an individual;
CARLOS GABRIEL JASSO, an individual;
RAFAEL JASSO, an individual;
RAFAEL JASSO, an individual;
JULIE CLARISSA JAUREGUI, an individual;
CELESTE ABRAHAM JAVIER, an individual;
DOMINIC ABRAHAM JAVIER, an individual;
ELENA ABRAHAM JAVIER, an individual;

ZACARIAS ROSALES JAVIER, an individual;
JOLENE JENKINS, an individual;
RHONDA JO JENKINS, an individual;
ALEXANDER JOSHUA JIMENEZ, an individual;
ELIZABETH JIMENEZ, an individual;
ERIKA JIMENEZ, an individual;
GLORIA JIMENEZ, an individual;
GUADALUPE JIMENEZ, an individual;
ISABEL JIMENEZ, an individual;
JORGE JIMENEZ, an individual;
LINDSEY DANIELLE JIMENEZ, an individual;
MARIA DE JESUS JIMENEZ, an individual;
MARIO ALBERTO JIMENEZ, an individual;
MAYELA JIMENEZ, an individual;
NICOLAS ALEJO JIMENEZ, an individual;
OCTAVIO JIMENEZ, an individual;
OSCAR JIMENEZ, an individual;
OSCAR EDUARDO JIMENEZ, an individual;
PAUL RAFAEL JIMENEZ, an individual;
ROSA MARIA FLORES JIMENEZ, an individual;
RUBY GARCIA JIMENEZ, an individual;
SARAH JIMENEZ, an individual;
YADIRA JIMENEZ, an individual;
JAMES JOHANN, an individual;
ANTOINE RAMON JOHNSON, an individual;
BRANDON JOHNSON, an individual;
GILBERT IVAN JOHNSON, an individual;
MAILE JOHNSON, an individual;

MARGARITA JOHNSON, an individual;
MORGAN JOHNSON, an individual;
REGINALD MALIK JOHNSON, an individual;
SARA JOHNSON, an individual;
SHANNON MARK JOHNSON, an individual;
ALYSSA JONES, an individual;
ASHLEY E JONES, an individual;
BRUCE JONES, an individual;
DARYL ELTON JONES, an individual;
DEJA'NISE JONES, an individual;
DEVARIUS MARQUISE JONES, an individual;
JACQUELINE JONES, an individual;
LUCILLE JONES, an individual;
MITCHELL JONES, an individual;
SHAWN ERIC JONES, an individual;
TIFFANY TEJADA JONES, an individual;
WILLIAM EUGENE JOWERS, an individual;
FLAVIO JUAREZ, an individual;
JESUS ISAIAS JUAREZ, an individual;
VELMA VERNAY JUSTICE-ROYSTER, individually and as a trustee for THE ROYSTER, REVOCABLE TRUST;
MIRYAN ELISA KADDIS, an individual;
PATRICIA ANNE KADLEC, an individual;
VIKTORIYA VLADIMIROVNA KAKHOVSKAYA, an individual;
IVAN HISAO KANZAKI, an individual;
KHOUNNANG KANZAKI, an individual;
NUONNETTRA KANZAKI, an individual;
STEPHEN ERIC KARCHER, an individual;

LINDA KAYE, an individual;

DANIELLE NICOLE KEENAN, an individual;

ELLIE KEITH, an individual;

KRISTIN RIDDER KEITH, an individual;

MOLLY KEITH, an individual;

ROBERT TAYLOR SCOTT KEITH III, an individual;

DAVID LYNN KELLAR, an individual;

RENEE KELLEHER, an individual;

MARK THOMAS KELLEY, an individual;

SANAZ KHADEMIDELJOO, an individual;

DANIEL LEE KIBODEAUX, an individual;

FRIEDA IRMA KIBODEAUX, an individual;

LETICIA KIBODEAUX, an individual;

ALEX KIBODEAUX-CAMPOS, an individual;

DANIEL KIBODEAUX-CAMPOS, an individual;

JOHN CURTIS KIDD SR, an individual;

SAVANNAHA DIANE KIDD, an individual;

LYNNICOLE KILLENS, an individual;

LUCINDA JUNE KILLMAN, individually and as a trustee for THE LUCINDA J. KILLMAN LIVING TRUST;

JACQUELYN ANN KILPATRICK, an individual;

BETTY KIMES, an individual;

THEODORE JOSEPH KIMES, individually and as a trustee for THE KIMES FAMILY TRUST;

TAYLOR HOPE KINCAID, an individual;

ADRIEN LYNN KING, an individual;

JEFFREY LYLE KIRKEENG, an individual;

JEFFREY LYLE KIRKEENG, an individual;

CHRISTOPHER J KLEITSCH, an individual;
JEANNE KNIGHT, an individual;
STEVEN CRAIG KUHNS, an individual;
LISA KELLY KUNTZ, an individual;
CHARLES ANTHONY KUTCH, an individual;
MARIA KUTCH, an individual;
RICARDO MIRANDA KUYBUS, an individual;
NAYELLIE AILLIN SANCHEZ LABORDE, an individual;
ITZEL VIOLETA LACKEY, an individual;
ADRIANA MARIA GRUB RAMIREZ LAGUNA, an individual;
JOSE LAGUNA, an individual;
MONICA LAGUNA, an individual;
STEVEN WILLIAM LAKE, an individual;
ESTHER LANDAVERDE, an individual;
ROGELIO LANDEROS, an individual;
DARVIYONNA DENISE LANDRUM, an individual;
BARBARA LANE, an individual;
CHRISTOPHER ALLAN LANE, an individual;
PAMELA LANE, an individual;
JONATHAN DAVID LANIER, an individual;
SUSAN JO LANIER, an individual;
JENNETH LANTZ, an individual;
LAUREN LANTZ, an individual;
ALONDRA MINELLI LARA, an individual;
ALYZZA LARA, an individual;
ANTONIO LARA, an individual;
BELEM CRUZ LARA, an individual;
EMMANUEL LARA, an individual;

GEORGE ALEXANDER LARA, an individual;
GEORGE LOUIS LARA, an individual;
HANNAH LARA, an individual;
JOHNNY LARA, an individual;
JOHNNY LARA, an individual;
LIZA LARA, an individual;
PAUL STEVEN LARA, individually and as a trustee for THE PAUL STEVEN LARA AND SANDRA LINN LARA JOINT LIVING TRUST;
SANDY LINN LARA, individually and as a trustee for THE PAUL STEVEN LARA AND SANDRA LINN LARA JOINT LIVING TRUST;
SONIA LARA, an individual;
DOROTHY LARKIN, an individual;
JOHN NICHOLAS LARKIN, an individual;
ELLA GRACE LARKINS, an individual;
ADRIANA GIBSON LAURENTINA, an individual;
FRANCISCA LAURENTINA, an individual;
KATY LAVERINA, an individual;
AUBREY PETER LAW, an individual;
RILEY LAXINA, an individual;
RIO LAXINA, an individual;
RODERICK TRINIDAD LAXINA, an individual;
RODRIC LAXINA, an individual;
DANIELA SIGALA LAZARIN, an individual;
FRANCISCO ROBERTO LAZARIN, an individual;
REMY CHRISTINA LEBEAU, an individual;
SARA MONIQUE LEFRANCOIS, an individual;
ALICIA MARIE LEGARDA, an individual;
LUIS CRUZ LEGARDA, an individual;

JAYLIAH LEGGITT, an individual;
HIPOLITA LEIJA, an individual;
MARLIN EUGENE LEISHER, an individual;
MICHAEL LEMERAND, an individual;
SHARONDA LEMONS, an individual;
ITZEL ALEXANDRA LEMOS, an individual;
LETICIA LEMOS, an individual;
BETTY LEMOS-ARELLANO, an individual;
TIMOTHY ALLEN LENCZEWSKI, an individual;
DOLORES URIBE LEON, an individual;
EDWARD A. LEON, an individual;
LAURA LEON, an individual;
MARTA LEON, an individual;
RICHARD STEPHAN LEONBERGER, an individual;
DAVID LEOS, an individual;
STELLA LEOS, an individual;
DASHAUN ANTHONY LEWIS, an individual;
SHIRLEY LEWIS, an individual;
STEPHANIE HERNANDEZ LEWIS, an individual;
TRISHA MELENA LEWIS, an individual;
VICTOR D LEWIS II, an individual;
VICTOR DWAYNE LEWIS, an individual;
ASHLEY LEYVA, an individual;
MARIA REFUGIO LEYVA, an individual;
MELISSA LEYVA, an individual;
EVAN JOSEPH L'HEUREUX, an individual;
JOSHUA DAVID L'HEUREUX, an individual;
JULIE JUNE L'HEUREUX, an individual;

THOMAS LI, an individual;
SUSANA LICON-GANDARA, an individual;
BELEN LYDIA LIERA, an individual;
JESSE LIERA JR, an individual;
JESSE M LIERA, an individual;
MICHAEL ANTHONY LIERA, an individual;
ALLISON JANET LIGHTNER, an individual;
JOHN RICHARD LIGHTNER, an individual;
ANDRES LIMON, an individual;
JOSE J. LINCOLN, an individual;
JENNIE LEE LINSCOTT, an individual;
LAWRENCE CARTER LINSCOTT, an individual;
KAREN LITTLE, an individual;
MARCUS AARON LITTLE, an individual;
LAVONCE F LITTLETON, an individual;
VIRGINIA LITTLETON, an individual;
ARMANDO LIZARRAGA, an individual;
BLANCA LIZARRAGA, an individual;
FERNANDO LIZARRAGA, an individual;
GUSTAVO LIZARRAGA, an individual;
JEANETTE LIZARRAGA, an individual;
JESUS LIZARRAGA, an individual;
JUAN LIZARRAGA, an individual;
MARIANA LIZARRAGA, an individual;
ERICK LLAMAS, an individual;
EDUARDO GARCIA LLANES, an individual;
SAMARA ISABELLA LLANES, an individual;
CORAZON LOCQUIAO, an individual;

ERIC LOCQUIAO, an individual;
FLORABEL LOCQUIAO, an individual;
FLORENTINO LOCQUIAO, an individual;
AZIZ LOERA, an individual;
PATRICIA KAY LOFTIS, an individual;
EULALIA CUEVAS LOMELI, an individual;
HECTOR OCTAVIO LOMELI, an individual;
RIGOBERTO LOMELI, an individual;
ANDREA SALAS LONA, an individual;
ANETTE BARBARA LONGWORTH, an individual;
WILLIAM KRISTIAN LONGWORTH, an individual;
ADRIANA LOPEZ, an individual;
ADRIANA ELIZABETH LOPEZ, an individual;
ALEXIS LOPEZ, an individual;
ANAHI DE ASIS MONTELONGO LOPEZ, an individual;
ANTHONY LOPEZ, an individual;
AUDREY JOSEPHINE LOPEZ, an individual;
BRANDON SCOTTPERRY LOPEZ, an individual;
BRIANA LOPEZ, an individual;
CARLOS A. LOPEZ, an individual;
CHRISTIAN A. LOPEZ, an individual;
CHRISTOPHER ESTRADA LOPEZ, an individual;
CIRA LOPEZ, an individual;
CRISTINA LOPEZ, an individual;
CYNTHIA LOPEZ, an individual;
DOROTHY MAE LOPEZ, an individual;
DULCE LOPEZ, an individual;
EDWARD JOE LOPEZ, an individual;

ESTEBAN RAMIREZ LOPEZ, an individual;

ESTHER MONTEVERDE LOPEZ, individually and as a trustee for THE ESTHER M. LOPEZ TRUST;

EVA ANGELINA LOPEZ, an individual;

GABRIEL LOPEZ, an individual;

GISELLE LOPEZ, an individual;

ISAAC JESUS LOPEZ, an individual;

IVAN RAYMOND LOPEZ, an individual;

JAIME LOPEZ, an individual;

JAVIER LOPEZ, an individual;

JESUS EDUARDO LOPEZ, an individual;

JEYREN LOPEZ, an individual;

JOSE ALFREDO LOPEZ, an individual;

JOSE E LOPEZ, an individual;

JOSE GARCIA LOPEZ, an individual;

JOSUE LOPEZ, an individual;

LETICIA LOPEZ, an individual;

LUIS LOPEZ, an individual;

LUIS ESTEBAN LOPEZ, an individual;

LUZ E LOPEZ, an individual;

MARGARITA BECERRA LOPEZ, an individual;

MAYA LOPEZ, an individual;

MELANIE GUZMAN LOPEZ, an individual;

MICHAEL A LOPEZ, an individual;

MIGUEL ANGEL LOPEZ, an individual;

MIGUEL ISIDRO GALLEGOS LOPEZ, an individual;

MIRIAM ADRIANA IBARRA LOPEZ, an individual;

NATHALIA LOPEZ, an individual;

NICHOLAI BLAIR LOPEZ, an individual;
NORMA LOPEZ, an individual;
NORMAN LOPEZ, an individual;
NORMAN NATHANIEL LOPEZ, an individual;
OCEANA LOPEZ, an individual;
PATRICIA LOPEZ, an individual;
ROSE LOPEZ, an individual;
SARAI LOPEZ, an individual;
STEPHANIE LOPEZ, an individual;
VALERIA LOPEZ, an individual;
VICTOR JAVIER GUERRERO LOPEZ, an individual;
VIOLETA ONTIVEROS LOPEZ, an individual;
MARLENA LORENZO, an individual;
CHARLES JEROME LOTT, an individual;
JAMES EDWARD LOUGHER, an individual;
MARY ROSE LOVICK, an individual;
HECTOR LOZANO, an individual;
ROBERT LOZANO, an individual;
SHAYNE BETHANY LUCENA, an individual;
ABRAHAM LUCERO, an individual;
MARIA LUCERO, an individual;
DARIEL LUCIO, an individual;
VANESSA LUCIO, an individual;
JEANETTE ALLRED LUCKEY, an individual;
KEVIN LYNN LUCKEY, an individual;
ALEJANDRO LUGO, an individual;
ADRIAN LUNA, an individual;
BLANCA LUNA, an individual;

BRIAN CHAGOLLA LUNA, an individual;
CARRIE GRACE CHAGOLLA LUNA, an individual;
LUCILA PILAR LUNA, an individual;
OFELIA FLORES LUNA, an individual;
RAUL LUNA, an individual;
DANIEL EVENEZER CORONA LUQUE, an individual;
TELIDA LUQUE, an individual;
ARTHUR FREDRICK LUTE, an individual;
ELIZABETH ANN LUTE, an individual;
NORMA LUTES, an individual;
RALPH WALTER LUTES, an individual;
SOPHIA LYNCH, an individual;
YASUKO LYNN, an individual;
CLARA MARY MARGARETHA MACCULLOCH, an individual;
HEATHER HOLLAND MACCULLOCH, individually and as a trustee for THE ROBERT BRUCE MACCULLOCH AND HEATHER HOLLAND MACCULLOCH LIVING TRUST;
ROBERT BRUCE MACCULLOCH, individually and as a trustee for THE ROBERT BRUCE MACCULLOCH AND HEATHER HOLLAND MACCULLOCH LIVING TRUST;
BERTHA L MACHADO, an individual;
ADRIANNA MACIAS, an individual;
ALEJANDRO MACIAS, an individual;
ANNETTE MARIE MACIAS, an individual;
CESAR MACIAS, an individual;
CESAR NICHOLAS MACIAS, an individual;
CESAR NICHOLAS MACIAS, an individual;
JAIME MACIAS, an individual;

MAMMISOL MACIAS, an individual;
MARYSOL MACIAS, an individual;
LUZ MARIA MACKLEM, an individual;
RICARDO MACKLEM, an individual;
GABRIEL MADRIGAL, an individual;
SHEENA MADRIGAL, an individual;
DIANA MAFNAS, an individual;
MARK MAGANA, an individual;
CHARLES MAGBY, an individual;
DAFNE CHANNEL MAGDALENO, an individual;
EDUARDO MAGDALENO, an individual;
FRIDA MAGDALENO, an individual;
GLORIA MAGDALENO, an individual;
TERESA MAGDALENO, an individual;
TONY MAGEE, an individual;
DOLORES MALDONADO, an individual;
RODRIGO MEZA MALDONADO, an individual;
YANELY MALDONADO, an individual;
YASMINE MALDONADO, an individual;
SILVIA MALFAVON, an individual;
RUE MANN, an individual;
DAVID MANRIQUEZ, an individual;
NERAEIDA MANZANO, an individual;
JUAN LUIS NICOLAS MAREZ, an individual;
AMERICA MARIN, an individual;
EMMA MARIN, an individual;
JAVIER MARIN, an individual;
MARGARITA MARIN, an individual;

PERLA MARIN, an individual;
LEONA MARKL, an individual;
RACHAEL JOANN MAROSHEK, an individual;
TREVOR PATRICK MAROSHEK, an individual;
ALEX MARQUEZ, an individual;
ALONDRA PRISCILLA MARQUEZ, an individual;
ANDREA MARQUEZ, an individual;
BIANCA ZULEMA MARQUEZ, an individual;
DANNYAEL IKE MARQUEZ, an individual;
INGRID LILLIANA MARQUEZ, an individual;
MOISES MARQUEZ, an individual;
PATRICIA MARQUEZ, an individual;
VANESSA ALEXANDRIA MARQUEZ, an individual;
XAVIER SEBASTIAN PASTRANA MARQUEZ, an individual;
MIGUEL MARQUEZ-ARREOLA, an individual;
XIMENA GERALDYNE QUINTANILLA MARROQUIN, an individual;
BILLY RAY MARTIN, an individual;
ENEDINA MARTIN, an individual;
JULIE ANN MARTIN, an individual;
MARTINE CARROL MARTIN, an individual;
NIKKI ALLISON MARTIN, an individual;
WILLIAM TRENTLADELL MARTIN, an individual;
ZOIXZA MARTIN, an individual;
AARON MARTINEZ, an individual;
ALYSSA MARTINEZ, an individual;
ANA LUISA MARTINEZ, an individual;
ANGELA MARTINEZ, an individual;
ANGIE MARTINEZ, an individual;

ANGIE B MARTINEZ, an individual;
ARMANDO MARTINEZ, an individual;
BERTHA MERCADO MARTINEZ, an individual;
CARLOS APODACA MARTINEZ, an individual;
CARLOS PATINO MARTINEZ, an individual;
CARLOTA MARIA FRANCO MARTINEZ, an individual;
CIELO MARTINEZ, an individual;
CLAUDIA MARTINEZ, an individual;
CONRAD MARTINEZ, an individual;
FERNANDO MORENO MARTINEZ, an individual;
FRANCISCO A MARTINEZ, an individual;
GIOVANNI MARTINEZ, an individual;
GLADYS JUDITH MARTINEZ, an individual;
JANET MARTINEZ, an individual;
JENNA NICOLE MARTINEZ, an individual;
JENNIFER MARTINEZ, an individual;
JOBANI MARTINEZ, an individual;
KALEILA MARTINEZ, an individual;
KRISTINA MARTINEZ, an individual;
LAUREN M. MARTINEZ, an individual;
LETICIA MARTINEZ, an individual;
LETICIA ISABEL MARTINEZ, an individual;
MARIA DEL REFUGIO MARTINEZ, an individual;
MARISSA MARTINEZ, an individual;
MERCEDES MARTINEZ, an individual;
MIGUEL ANGEL MARTINEZ II, an individual;
MIKE MARTINEZ, an individual;
MONICA MARTINEZ, an individual;

ROCIO MARTINEZ, an individual;
SUSANA MARTINEZ, an individual;
TORIBIO CESAR MARTINEZ, an individual;
VIENNA MARTINEZ, an individual;
ARTURO FREDERICK JEFFERSON MARTINEZ-AGUEROS, an individual;
MAXIMILIAM NICHOLAS MARTINEZ-AGUEROS, an individual;
SAMANTHA AMPARO MARTINEZ-AGUEROS, an individual;
MARINA BLANCA MARTINEZ-CARRILLO, an individual;
IVAN MARTINEZ-OCHOA, an individual;
MARIA MARTINEZ-PONCE, an individual;
LEILANI NICOLE MARTIN-GONZALEZ, an individual;
MILES LESLIE MASON, an individual;
DENISE MASSEY, an individual;
PERRY ALLEN MASTAW, an individual;
JANET B MATCHA, an individual;
MICHAEL MATCHA, an individual;
TRECIA ANN MATEKEL, an individual;
CHRISTINA DAWN MATHIEU, an individual;
ALLEN WAYNE MATTSON, an individual;
JULIO NAVARRO MAYER, an individual;
ANDREW PAUL MCANDER, an individual;
MARIA MCCABE, individually and as a trustee for THE MCCABE REVOCABLE TRUST;
MICHAEL PATRICK MCCABE, individually and as trustee of THE MCCABE REVOCABLE TRUST;
JERRY JEROME MCCLOUD, an individual;
JAMIR LYNN MCCOMB, an individual;
CHARLISE RENAY MCCOWAN, an individual;

SEAN OFALLON MCCURDY, an individual;
ROBERT ZACHARY TERRY MCDONALD, an individual;
BARBARA LEE MCGEE, an individual;
ZACHARY MCGEE, an individual;
MILAGRO JEANETTE MCGLYNN, an individual;
ANA MCGRATH, an individual;
GARY MCGRATH, an individual;
GINA VERONICA MCGRAW, an individual;
SHAWN MICHAEL MCGRAW, an individual;
SYRE LAMONT MCLEMORE, an individual;
VICTOR LEVELL MCLEMORE, an individual;
JARROD CHARLES MCNABB, an individual;
ADRIAN MEDELLIN, an individual;
SAILY LETICIA MEDELLIN, an individual;
ELISEO DAVID MEDEROS, an individual;
ARIANA MEDINA, an individual;
HAWK MEDINA, an individual;
OSCAR MEDINA, an individual;
AMANDA LYNN MEDINA-MISIANO, an individual;
VANESSA ELIZABETH MEDINA-VEGA, an individual;
RITA MEDRANO, an individual;
ROBERT MEDRANO, an individual;
ROBERT MEDRANO JR., an individual;
NADEZDA MEGELOVA, an individual;
CHERYL MEGGETT, an individual;
WILLIAM DAVID MEGGETT, an individual;
RITA MEINERT, an individual;
MARIEL MEISTER, an individual;

ALEXANDRA MEJIA, an individual;
CARLOS ANTONIO MEJIA, an individual;
ERICA MAYELA MEJIA, an individual;
SHANTAI ANGELEE MELENDEZ, an individual;
LEONARDO MELENDREZ, an individual;
MARIA ELENA MELENDREZ, an individual;
RIGOBERTO MELENDREZ, an individual;
SEBASTIAN MELENDREZ, an individual;
ALFREDO JACIEL MELESIO, an individual;
ANNETTE MICHELL MELESIO, an individual;
JEANNET MELESIO, an individual;
JOSE ALFREDO MELESIO, an individual;
JEFFREY MICHAEL MELLE, an individual;
TINA MELLE, an individual;
KYNEQUA MELLO, an individual;
KYLE HUGH MELTON, an individual;
ANDREA ARLEEN MENDEZ-AZHOCAR, an individual;
ALEJANDRA MENDOZA, an individual;
ELIZABETH C MENDOZA, an individual;
GABRIEL RICHARD MENDOZA, an individual;
LEOPOLDO MENDOZA, an individual;
PATRICIA ALEJANDRA MENDOZA, an individual;
ROBERT P MENDOZA SR, an individual;
SILVA C MENDOZA, an individual;
VERONICA MENDOZA, an individual;
LYDIA DEAN MERCADO, an individual;
KARLA MERIDA, an individual;
EVAN MERRELL, an individual;

JASON T MERRELL, an individual;
JORDAN MERRELL, an individual;
JULIAN MERRELL, an individual;
STARLA MERRELL, an individual;
CHEYNE STEVEN MERRILL, an individual;
JULIE ANN MERRILL, an individual;
STEVEN ROBERT MERRILL, an individual;
ADRIAN ALDRETE MEZA, an individual;
ASHLEY MICHELLA MEZA, an individual;
CRYSTAL GRACE MEZA, an individual;
EMILY MEZA, an individual;
ERICK MEZA, an individual;
HULDA MARISCAL MEZA, an individual;
MANUEL ALBERTO MEZA, an individual;
MIGUEL ANGEL MEZA, an individual;
HOLLY MICELLI, an individual;
ARTHUR MICKELSEN, an individual;
BILLIE MIGUEL, an individual;
MICHAEL PASCUA MIGUEL, an individual;
EVA MIJARES, an individual;
AMALIA MILLAN, an individual;
GUILLERMO HERRERA MILLAN, an individual;
OLIVIA MORALES MILLAN, an individual;
LARRY DONNELL MILTON, an individual;
CHRISTOPHER MARIO MINICUCCI, an individual;
SCARLET MINICUCCI, an individual;
MARCUS ANTHONY MINTER, an individual;
YANETH MINTER, an individual;

ROSARIO LYZELLY MIRAMONTES, an individual;
ZENIA MIRAMONTES, an individual;
ALTHALIA MIRANDA, an individual;
ALYSSA MIRANDA, an individual;
ANGELICA LUCERO MIRANDA, an individual;
EDWARD MIRANDA, an individual;
JORGE MIRANDA, an individual;
LUCIA MIRANDA, an individual;
RAQUEL HERNANDEZ MIRANDA, an individual;
RAYMOND MIRANDA, an individual;
ANTHONY FRANK MIRELES, an individual;
LORRAINE MIRELES, an individual;
SEAN ANTHONY MIRELES, an individual;
SEYED HOSSEIN MIRENAYAT, an individual;
DARRYL ALEXANDER MITCHELL, an individual;
PAUL JOSEPH MODEST, an individual;
SHARON L. MODEST, an individual;
EHDA AGHA MOHYALDIN, an individual;
ELHAM AGHA MOHYALDIN, an individual;
ERFAN AGHA MOHYALDIN, an individual;
DENISS ALVARADO MOJICA, an individual;
ESMERALDA MOLINA, an individual;
GUSTAVO MOLINA, an individual;
JORGE RICO MOLINA, an individual;
MARCOS ABRAHAM ORRANTIA MOLINA, an individual;
CARLOS MONGES, an individual;
CHANTEL B. MONGES, an individual;
IGNACIO MONTALVAN, an individual;

ELVIA MONTANO, an individual;
JULIAN MONTANO, an individual;
LEONARDO MONTANO, an individual;
NICOLETTE MONTANO, an individual;
PAULINA MONTANO, an individual;
RITA MONTANO, an individual;
ROSE MARIE MONTANO, an individual;
ROSE MARY MONTANO, an individual;
ROSIE M MONTANO, an individual;
TONY MONTANO, an individual;
GREGORY ALAN MONTEGNA, individually and as trustee for THE MONTEGNA FAMILY TRUST;
MYA MONTERO, an individual;
STEPHANIE MONTERO, an individual;
AMERICA ESPINOZA DE LOS MONTEROS, an individual;
EMILEIGH VICTORIA MONTEZ, an individual;
NADINE MARIE MONTEZ, an individual;
VINCENT PAUL MONTEZ, an individual;
SYLVIA LANICE MONTGOMERY, an individual;
HEATHER JOY MONTOYA, an individual;
ISAAC VILLEGAS MONTOYA, an individual;
HANNAH NICOLE MONTZ, an individual;
ARMAND ENRIQUE MOORE, an individual;
CHRISTOPHER CLARKSON MOORHEAD, an individual;
ALEXIA MORA, an individual;
BREANNA MORA, an individual;
CARMEN MORA, an individual;
ELENA MORA, an individual;

FELIPE MORA, an individual;
ROBERTA ELIZABETH MORA, an individual;
ROBERTO AGUILERA MORA, an individual;
ALFREDO MORALES, an individual;
AMBER MORALES, an individual;
ANGELICA MORALES, an individual;
CECILIA MILLAN MORALES, an individual;
DELIA MORALES, an individual;
ERICK MORALES, an individual;
EVAN EDUARDO DURON MORALES, an individual;
JUAN MORALES, an individual;
JULIANA MORALES, an individual;
KEVIN MORALES, an individual;
LIDYA MORALES, an individual;
MARIA MORALES, an individual;
MARIA CORAZON ESPINELI MORALES, an individual;
MARIA G MORALES, an individual;
MIRNA MORALES, an individual;
PAUL ALBERTO MORALES, an individual;
ALEJANDRO MORAN, an individual;
CRISTIAN MORAN, an individual;
LIZETTE MORAN, an individual;
MARCIA MORAN, an individual;
MARCIANO MORAN, an individual;
MARCIANO MORAN, an individual;
ROSANIEVES MORAN, an individual;
ALEXANDRO MORENO, an individual;
AURORA C MORENO, an individual;

AURORA PINEDA MORENO, an individual;
CARLOS CRISTOBAL FIERRO MORENO, an individual;
CARMEN CENICEROS MORENO, an individual;
CATHERINE MORENO, an individual;
CLARISSA MORENO, an individual;
CORRINA JULIA MORENO, an individual;
ERIKA MORENO, an individual;
JUDITH GUERRERO MORENO, an individual;
RICARDO VIDAL MORENO, an individual;
SOPHIA MORENO, an individual;
VINCENT MICHAEL MORENO, an individual;
WILDEGARDO MORENO, an individual;
WILDEGARDO MORENO, an individual;
ANNA ALENE MORIN, an individual;
NATASHA I MORRIS, an individual;
RENEE FRANCES MOSBY, an individual;
KEENAN ALVONTAE MOSS, an individual;
LUPITA MOTTA, an individual;
MICHELLE MOTTA, an individual;
PEDRO ENRIQUE MOTTA, an individual;
MARLEEN MOWRY, an individual;
RICHARD EVERETT MOWRY, individually and as trustee for THE RICHARD E MOWRY TRUST;
GERALD MICHAEL MOY, an individual;
CAITLYN ELISABETH MSTISLAVSKAIA, an individual;
VASYA YURA MSTISLAVSKI, an individual;
CRISTIAN ANTONIO MUNGUIA, an individual;
NUBIA ERENDIDA MUNGUIA, an individual;

TERESA MUNGUIA, an individual;
DAVID MUNOZ, an individual;
DEBORAH A MUNOZ, an individual;
DOLORES MUNOZ, an individual;
RICHARD MUNOZ, an individual;
TAGHREED TRACY MUNOZ, an individual;
JOSE NOE MURILLO, an individual;
KEVIN MURPHY, an individual;
MARIA GUADALUPE MURRAY, an individual;
CARLOS J MURRIETA, an individual;
CARLOS MIGUEL MURRIETA, an individual;
EMILIANO MURRIETA, an individual;
GILBERTO MURRIETA, an individual;
TERESA MURRIETA, an individual;
EDGAR MUSSER, an individual;
MELISSA ROSALBA MUSSER, an individual;
TARIQ MUSTAFAA, an individual;
SHANNON NAITO, an individual;
GERARDO NAJERA, an individual;
JOE NASH, an individual;
EMILIO NAVARRETE, an individual;
GLORIA HILDA NAVARRETE, an individual;
LUNA I. NAVARRETE, an individual;
NAHEL NAVARRETE, an individual;
RUBEN RENE AGUIRRE NAVARRETE, an individual;
VIDA C. NAVARRETE, an individual;
CYNTHIA NAVARRO, an individual;
DINORAH NAVARRO, an individual;

GUILLERMINA NAVARRO, an individual;
JESSICA NAVARRO, an individual;
JOSE GUADALUPE NAVARRO, an individual;
MARIAH NAVARRO, an individual;
OMAR MARTIN NAVARRO, an individual;
STEPHEN NAVARRO, an individual;
VICTORIA NAVARRO, an individual;
EDGARDO NAVE III, an individual;
JANIS ELAYNE NEAL, an individual;
SHANNON NEFF, an individual;
DUKE NELSON, an individual;
GREG JOHN NELSON, an individual;
JASON NELSON, an individual;
MICHELLE LYNN NELSON, an individual;
THEODORE ROLAND NELSON, an individual;
NESTOR WATCH REPAIR;
FELISA PANTANGCO NEWBY, an individual;
TRACY NEWBY, an individual;
TRICIA NEWBY, an individual;
EVELINDA LUCERO NICANOR, an individual;
STEPHEN WILLIAM NICELER, an individual;
STEPHEN ERIC NICHOLL, an individual;
RICARDO NIETO, an individual;
CORDELL NIEVES, an individual;
JUAN NIEVES, an individual;
MARILYN ANN NIEVES, an individual;
MICHAEL FABIAN NIEVES, an individual;
OSCAR DOMINGUEZ NINO, an individual;

DAFNE ERIDIANA MILDRED NOGUEZ, an individual;
SAHARA DAFNE RODRIGUEZ NOGUEZ, an individual;
JASON HOOLEHUA NOLAND, an individual;
MELISSA NUNEZ NOLAND, an individual;
ALEX NORERO, an individual;
JAMIE NORIEGA, an individual;
SALVADOR MANUEL NORIEGA, an individual;
LOUANN NOURSE, an individual;
ALICIA NOVELO, an individual;
CYNTHIA ESTELA NOVOBILSKY, an individual;
ESTELA NOVOBILSKY, an individual;
KIMBERLY STEPHANIE NOVOBILSKY, an individual;
STEPHEN ALEXANDER NOVOBILSKY, an individual;
STEPHEN PAUL NOVOBILSKY, an individual;
ANTHONY ALAN NUARA, an individual;
ERICA NUARA, an individual;
ANGEL NUNEZ, an individual;
SANDRA LUZ NUNEZ, an individual;
KIMBERLY BREANNE OAKLEY, an individual;
RYAN JAMES OAKLEY, an individual;
ALEXIS MARIE O'BRIEN, an individual;
BERNARD KENNETH OBRIEN, an individual;
ADAM OCEJO, an individual;
CAMILLA OCEJO, an individual;
DAVID OCEJO, an individual;
KEVIN OCEJO, an individual;
LOUIS OCEJO, an individual;
MARIA M OCHOA, an individual;

KAZUHO OGAWA, an individual;
JULIE LYNN OKEEFE, an individual;
KEIRA OKEEFE, an individual;
KILEY ANN OKEEFE, an individual;
MICHAEL JOSEPH OKEEFE, an individual;
LARRY OLDHAM III, an individual;
LORI LEE OLDHAM, an individual;
MIGUEL ANGEL OLEA, an individual;
VERONICA OLGUIN, an individual;
GEOVANNA PAULETTE SALINAS OLIVARES, an individual;
JESSICA MARIE OLIVARRIA, an individual;
JOSEPH ANTHONY OLIVARRIA, an individual;
LILIANA OLIVARRIA, an individual;
VICTORIA LOPEZ OLLIER, an individual;
CLAVEL LILLY PANTE OLLO, an individual;
ROBERT OLLO-ORTEGA, an individual;
ALEXANDER ALBERTO OLMEDO, an individual;
CARLOS JESUS PADUA OLMEDO, an individual;
OPALYN PINEDA OLMEDO, an individual;
MONICA NORIERGA OLVERA, an individual;
NANCY DANIELA NORIEGA OLVERA, an individual;
MICHAEL JAY OPERANA, an individual;
ALEX ORDAZ, an individual;
FRANCISCA ORDAZ, an individual;
JUAN ORDAZ, an individual;
ARTHUR ORDONEZ, an individual;
RONEE JHAEDIENE ORDONEZ, an individual;
ESTEBAN RUIZ VELASCO OROZCO, an individual;

NANCY ORRANTIA, an individual;
ALFREDO ORTEGA, an individual;
ALFREDO ORTEGA, an individual;
ELISSA ORTEGA, an individual;
GABRIELA ORTEGA, an individual;
ALFONSO ORTIZ, an individual;
ANGEL ORTIZ, an individual;
ANTONIO ORTIZ, an individual;
ARTURO ORTIZ, an individual;
ARTURO JESUS ORTIZ, an individual;
BARBARA BETH ORTIZ, individually and as trustee for THE PAUL ANTHONY ORTIZ JR. AND BARBARA BETH ORTIZ 2010 TRUST;
ELIZABETH MACARAEG-TIONG ORTIZ, an individual;
GIO OCHOA ORTIZ, an individual;
GUILLERMO ALFREDO CORNEJO ORTIZ, an individual;
JESSE ORTIZ, an individual;
JUDITH ORTIZ, an individual;
JULIE ANNE ORTIZ, an individual;
KANANI ORTIZ, an individual;
KYLER DANIEL ORTIZ, an individual;
MARITZA ORTIZ, an individual;
OCTAVIO RODRIGUEZ ORTIZ, an individual;
PAUL ANTHONY ORTIZ JR., individually and as trustee for THE PAUL ANTHONY ORTIZ JR. AND BARBARA BETH ORTIZ 2010 TRUST;
VELIA ORTIZ, an individual;
JANIE MARIE OSBORNE, an individual;
HECTOR OSUNA, an individual;
HECTOR OSUNA JR, an individual;

MARIO OSUNA, an individual;

NOEL ALEXANDER OSUNA, an individual;

YARA OSUNA, an individual;

ZYTALAI OSUNA, an individual;

KELLY ELLEN OTTING, an individual;

RYAN OTTING, an individual;

MEGHAN OWENS-JACOBS, an individual;

ANTHONY JAYER PADILLA, an individual;

BRENDA NICOLE PADILLA, an individual;

CHRISTOPHER ANTHONY PADILLA, individually and as trustee for THE PADILLA FAMILY TRUST;

ELSA ELENA PADILLA, an individual;

FERNANDO PADILLA, an individual;

FRANCISCO CISNEROS PADILLA, an individual;

GYSELLE MARTINEZ PADILLA, an individual;

IRMA PADILLA, an individual;

JACQUELINE BRIDGET PADILLA, an individual;

LENIKA REBECA PADILLA, an individual;

VIRGINIA G PADILLA, an individual;

BREANNA GABRIELA PALACIOS, an individual;

GABRIEL PALACIOS, an individual;

PATRICIA PALACIOS, an individual;

XAVIER JESS PALACIOS, an individual;

FREDY PALACPAC, an individual;

APRIL PALANCIA, an individual;

HALEY NICOLE SHEPERD PALKO, an individual;

JONATHAN MIHALY PALKO, an individual;

JULIA PALKO, an individual;

ELIZABETH PALOS, an individual;
FRANCISCO PALOS, an individual;
SEBASTIAN PALOS, an individual;
FRANCISCO PALOS-NAVARRO, an individual;
MARK PANGAN, an individual;
CAROLINA PANIAGUA, an individual;
LILIANA BEATRIZ PANIAGUA, an individual;
NOE PANIAGUA, an individual;
OSCAR PANIAGUA, an individual;
OSCAR E PANIAGUA, an individual;
ALMA JULIETTE PANTE, an individual;
ELENA PANTOJA, an individual;
CONSTANTINE THEODORE PAPAS, an individual;
CHRIS ANTHONY PAPPAS, an individual;
NICOLE LYNETTE PAQUIN, an individual;
ERIC PAREDES, an individual;
JOSE ALBERTO SERRANO PAREDES, an individual;
SARA ESTHER PAREDES, an individual;
DANE CURTIS PARNELL, an individual;
TRENT PARNELL, an individual;
MARY ELIZABETH EGLOFF PARR, an individual;
ALAN SOLIS PARRA, an individual;
ALEJANDRO PARRA, an individual;
DAVID CHRISTOPHER PARRA, an individual;
NORMA RITA PARRA, an individual;
IGNACIO EDMUNDO PARRA-GONZALEZ, an individual;
JASON PASA, an individual;
LISA PASA, an individual;

NANCY CORRINE PATERNO, an individual;
SCOTT LEO PAUL, an individual;
ANTHONY PAVOLILLO, an individual;
TINA B PAVOLILLO, an individual;
SUZANNE LOUISE PEABODY, an individual;
FERNANDO PONCE PEDRAZA, an individual;
RUSSELL JAMES PEEPLES, an individual;
ALEJANDRA PELAYO, an individual;
AMY PENA, an individual;
MARTHA PENA, an individual;
NORMA PENA, an individual;
RASIEL ASAEL PENA, an individual;
JUAN G PENA-GARCIA, an individual;
LORI JEAN MARIE PENDLETON, an individual;
ANDREW PEOPLES, an individual;
MONICA PEOPLES, an individual;
DANIEL PEPPLES, an individual;
ALEJANDRO BAEZ PERALTA, an individual;
ANNA CHRISTINE PERALTA, an individual;
ANTONIO PERALTA, an individual;
CAROLINA PERALTA, an individual;
ANGEL PERAZA, an individual;
MERRILEE JOY PERAZA, an individual;
ANGELIQUE PEREZ, an individual;
ANTONIO JAUREQUE PEREZ, an individual;
ARMANDO PEREZ, an individual;
ASERET PEREZ, an individual;
ASHLEY MARIE PEREZ, an individual;

CELESTE BRIANNA PEREZ, an individual;
DANIELLE PEREZ, an individual;
DEBRA LYNN PEREZ, an individual;
FRANCISCO GUADALUPE PEREZ, an individual;
GERARDO PEREZ, an individual;
GERARDO ARTURO PEREZ, an individual;
GISELLE VANITZA PEREZ, an individual;
GLORIA L PEREZ, an individual;
HECTOR G PEREZ, an individual;
JAVIER CORREA PEREZ, an individual;
JENINE PEREZ, an individual;
KRISTY M PEREZ, an individual;
MARISELA PEREZ, an individual;
MIGUEL PEREZ, an individual;
MIGUEL ANGEL PEREZ, an individual;
NATALIE PEREZ, an individual;
RAMON PEREZ, an individual;
REUBIN PEREZ, an individual;
ROSALINA PEREZ, an individual;
RUBEN PEREZ, an individual;
SAMANTHA PEREZ, an individual;
SYLVIA PEREZ, an individual;
TERESA PEREZ, an individual;
VALARIE SARAH PEREZ, an individual;
JOSE JESUS PEREZ-CHAVEZ, an individual;
JENNIFER ALLYSSA PEREZFRANCO, an individual;
MARTIN PERLMAN, an individual;
CECILIA PERRINE, an individual;

ERIC PERRINE, an individual;
ERIKA RACHELLE PERRINE, an individual;
VIENNA PERRINE, an individual;
JONAH ISAIAH PERRY, an individual;
ANDREA PESQUEIRA, an individual;
TODD BAILEY PETERSON, an individual;
LINDA PETRIE, an individual;
KAI PEYREFITTE, an individual;
RORY PFAFF, an individual;
DAVIS NELSON PFISTER, an individual;
MARK PIATRICK, an individual;
ISABEL PICAZO, an individual;
JESSE PICAZO, an individual;
EVELIA PICAZO-NAJERA, an individual;
CRISTIAN PICHARDO, an individual;
ERNESTO PICHARDO, an individual;
ERNESTO PICHARDO JR., an individual;
MELISSA PICHARDO, an individual;
NYDIA PICHARDO, an individual;
VALERIA PICHARDO, an individual;
ARACELY JIMENEZ PICOS, an individual;
GINGER LOUISE PLACEK, an individual;
ANTHONY PLAZA, an individual;
JESSICA DANIELLE POMEROY, an individual;
JOHANNA POMPA, an individual;
JOSE LUIS POMPA, an individual;
FERNANDO PONCE JR., an individual;
KATHY LIZBETH PONCE, an individual;

PRISCILLA PONCE, an individual;
REBECCA PONCE, an individual;
VALERIA PONCE, an individual;
REDEN PONGOS, an individual;
DIANE MARIE TENNIES PORTER, an individual;
DIANE MARIE TENNIES PORTER, an individual;
JULIE GROFF PORTER, an individual;
SHARON ELAINE PORTER, an individual;
CHASTITY POST, an individual;
IAN POST, an individual;
LOGAN POTTER, an individual;
GARY DEAN POWELL, an individual;
JAMES LARSON POWELL, an individual;
JENNIFER LYNN POWELL, an individual;
JEREMY LEVI POWELL, an individual;
BILLIE DEE PRATER, an individual;
AURELIO SOLORIO PRECIADO, an individual;
JORGE MARIO SANCHEZ PRECIADO, an individual;
ANDREA JORDAN PRICE, an individual;
TERESA PRICE, an individual;
VIRGINIA LEE PRICE, an individual;
ZOEY A PRICE, an individual;
EVAN PRIESTHOFF, an individual;
MOLLY PRIESTHOFF, an individual;
RANDY NELSON PRIMM, an individual;
ANTHONY RAY PRITCHARD, an individual;
TAMARA PRYOR, an individual;
AARON PUENTE, an individual;

GRICELDA JESUS PUENTE, an individual;
LEXIE JEANELLE PUENTE, an individual;
VALERIE PUENTE, an individual;
MIA PULIDO, an individual;
SALVADOR PULIDO, an individual;
ALEX MICHAEL PULLEY, an individual;
ALYSON IORA PULLEY, an individual;
AKIA HASSON PYE, an individual;
D'ANGELO NICOLAS MATHIEU QUENGA, an individual;
DANIEL QUENGA, an individual;
DEVON NATHANIEL MATHIEU QUENGA, an individual;
JUANITA ELOISA QUEVEDO, an individual;
JESUS VERA QUEZADA, an individual;
MARIA GUADALUPE QUEZADA, an individual;
RAMON QUEZADA, an individual;
LIANNE MARIE QUIGG, an individual;
ALISTAIR JOSEPH CANTILLAS QUIMBO, an individual;
JOSHLEEN QUIMBO, an individual;
CARLOS MANUEL QUINONES SR., an individual;
JASON QUINONES, an individual;
LAURA QUINONES, an individual;
ROBERT ANTHONY QUINONES, an individual;
IZACK QUINTANA, an individual;
CATALINA VEGA QUINTERO, an individual;
JOSE RUIZ QUINTERO, an individual;
NIDIA SANCHEZ QUIROS, an individual;
SARAH SANCHEZ QUIROS, an individual;
ANA LIDIA QUIROZ, an individual;

ANA MARIA QUIROZ, an individual;
CLAUDIA QUIROZ, an individual;
JOSE MARTIN QUIROZ, an individual;
PAOLA MICHELLE QUIROZ, an individual;
BEGMAR R. RABADAN, an individual;
RICHARD OCTAVIO RAEL JR., an individual;
RAINN, an individual;
ANNE MARIE RAINYS, an individual;
THOMAS JOSEPH RAINYS, an individual;
ADRIANA RAMIREZ, an individual;
ALBERT RAMIREZ, an individual;
ANDREW RAMIREZ, an individual;
ANGELA YVETTE RAMIREZ, an individual;
ANGELICA RAMIREZ, an individual;
ANGELICA RAMIREZ, an individual;
ARATH RAMIREZ, an individual;
CATALINA DIAZ RAMIREZ, an individual;
DAMIAN ANTONIO RAMIREZ, an individual;
ELSIE NAOMI RAMIREZ, an individual;
ERICA RAMIREZ, an individual;
FIDENCIO RAMIREZ, an individual;
GABRIELA RAMIREZ, an individual;
HECTOR RAMIREZ, an individual;
JOEL ANGEL RAMIREZ, an individual;
LETICIA RAMIREZ, an individual;
LOUIS RAMIREZ, an individual;
LUZ MARIA VEGA RAMIREZ, an individual;
MARCO RAMIREZ, an individual;

MARK JESSE RAMIREZ, an individual;

MARLIN RAMIREZ, an individual;

MARTIN ELLIOTT RAMIREZ, an individual;

MOISES RAMIREZ, an individual;

MOISES ADRIAN RAMIREZ, an individual;

NAYELI RAMIREZ, an individual;

PEARL PANTE RAMIREZ, an individual;

RAMONA RAMIREZ, an individual;

ROSA RAMIREZ, an individual;

ROSELYNE ANGELITA RAMIREZ, an individual;

SAMANTHA RAMIREZ, an individual;

SASHA RAMIREZ, an individual;

ALFREDO RAMOS, an individual;

ANDREE SAM RAMOS, an individual;

ANGELIQUE RAMOS, an individual;

BRIANNA RAMOS, an individual;

DANIEL RAMOS, an individual;

EDUARDO RAMOS, an individual;

GLORIA RAMOS, an individual;

MARICELA RAMOS, an individual;

MERWYNN A RAMOS, an individual;

NATHANIEL RAMOS, an individual;

NORA ANGELICA RAMOS, an individual;

PABLO RAMOS, an individual;

PABLO RAMOS, an individual;

PAOLA RAMOS, an individual;

PAULINA RAMOS, an individual;

RAMON RAMOS, an individual;

SAMANTHA RAMOS, an individual;
SHEILA RAMOS, an individual;
SOFIA RAMOS, an individual;
SOLOMON RAMOS, an individual;
VIRGINIA RAMOS, an individual;
VIRGINIA PIMENTEL RAMOS, an individual;
KATHLEEN RANDALL, an individual;
JOHNIE RANDLEAS, an individual;
PHILIP RANDLEAS, an individual;
DAISY RANGEL, an individual;
JOSEPH CORWIN RANKIN, an individual;
JUDITH RANKIN, an individual;
DITER RAST, an individual;
CHELSEA TAYLOR RAYMER, an individual;
MICHAEL ALLEN RAYMER, an individual;
NATICE LOUISE RAYMER, an individual;
DEONNA BORJA RAYMOND, an individual;
ERNESTO RAYMOND, an individual;
SANDRA RAYMOND, an individual;
SHAYNE DWAIN RAYMOND, an individual;
RC COMMERCIAL HOLDINGS LLC;
ARTURO RAMIREZ REAL, an individual;
JAMES LEE REESE, an individual;
MARIA GABRIELA REESE, an individual;
JIMMY WOLFE REEVES, an individual;
KAROL CHARLENE REINA, an individual;
MEGAN NIKOLE REINA, an individual;
OMAR RENDON, an individual;

CLIFFORD WILLIAM RETCHLESS, an individual;
ALFREDO FRANCO REYES JR., an individual;
ANTONIO A REYES, an individual;
HILDA EMMA REYES, an individual;
JESSICA GUADALUPE REYES, an individual;
JOSE ANGEL DOMINGUEZ REYES, an individual;
KAMILA REYES, an individual;
LAURA REYES, an individual;
MIGUEL REYES, an individual;
NATALIA REYES, an individual;
SEBASTIAN REYES, an individual;
SOFIA NOEMI MARTINEZ REYES, an individual;
VALERIA DE JESUS REYES, an individual;
ESTRELLA KRYSTAL REYES-LOPEZ, an individual;
MONICA REYNA, an individual;
JOAN CAROL REYNOLDS, an individual;
JOHN REYNOLDS, an individual;
JOSEPH REYNOLDS, an individual;
MICHAEL REYNOLDS, an individual;
DANIEL REYNOSO, an individual;
ENRIQUE AMES REYNOSO, an individual;
CHARLYNE RIBEIRO, an individual;
CARMEN CHRIS RICEVUTO, an individual;
DIAN ANTOINETTE RICHARDS, an individual;
HARVEY LEE RICHARDSON, an individual;
WILLIAM RICHARDSON, an individual;
ERICH CUE RICKMAN, an individual;
STEPHANIE ANNETTE RICO, an individual;

CHARLES DEWEY RIDDLE, an individual;
CHRISTOPHIER LEE RIDDLE, an individual;
DONALD AVERY RIDDLE, an individual;
EDUARDO RIOS, an individual;
EDWARD RIOS, an individual;
ENRIQUE AMES RIOS, an individual;
MARIA GUADALUPE RIOS, an individual;
ANDREA RIVAS, an individual;
ELIZABETH RIVAS, an individual;
EMMANUEL CERVANTES RIVAS, an individual;
JESUS ESTEVAN RIVAS, an individual;
PEDRO RIVAS, an individual;
PRISCILLA JAZMIN RIVAS, an individual;
CECILIA ANGELA RIVERA, an individual;
DAMARIS MORENO RIVERA, an individual;
EDGAR RIVERA, an individual;
JANNEL RIVERA, an individual;
JOSE RIVERA, an individual;
KATHERINE RIVERA, an individual;
LUZ MARIA RIVERA, an individual;
FERNANDO RIVEROS, an individual;
JENNIFER RIVEROS, an individual;
CHERYL ROACH, an individual;
ARIANA JENETTE ROBERT, an individual;
KATHY JANE ROBERTS, an individual;
JAMES PETER ROBERTSON, an individual;
LYNN MARIE ROBERTSON, an individual;
JAMIE ROBEY, an individual;

JANET LEE ROBINSON, an individual;
KRISTINE RUTH ROBISON, an individual;
PEYTON ROBISON, an individual;
STEVEN LEE ROBISON, an individual;
CHRISTIAN ADRIAN ROBLES, an individual;
JAZLENE MARIE ROBLES, an individual;
JOSE RAMON ROBLES, an individual;
JOSE RAMON ROBLES, an individual;
LORENA PLAZA ROBLES, an individual;
MARIA ROBLES, an individual;
MOSES ROBLES, an individual;
JUSTIN LEE ROBUCK, an individual;
EZEKIEL ROCHA, an individual;
IRMA ROCHA, an individual;
JOSE MARTIN ROCHA, an individual;
MARISOL MORALES ROCHA, an individual;
YESSENIA MARIE ROCHA, an individual;
APRIL RODABAUGH, an individual;
ALEJANDRA RODRIGUEZ, an individual;
ANA PATRICIA RAMIREZ RODRIGUEZ, an individual;
BEATRIZ RODRIGUEZ, an individual;
CARLO RODRIGUEZ, an individual;
CARLOS RODRIGUEZ, an individual;
CARMEN YOLANDA RODRIGUEZ, an individual;
CHERYL CALIP RODRIGUEZ, an individual;
CHRISTINA ELIZABETH RODRIGUEZ, an individual;
CYNTHIA RODRIGUEZ, an individual;
CYNTHIA LAURA RODRIGUEZ, an individual;

DELIA ESPERANZA CARABALLO RODRIGUEZ, an individual;
DESIDERIO RODRIGUEZ, an individual;
ELIODORO ELIAS RODRIGUEZ, an individual;
FERNANDO JOEL RODRIGUEZ, an individual;
GAEL RODRIGUEZ, an individual;
GUSTAVO RODRIGUEZ, an individual;
JEWEL R RODRIGUEZ, an individual;
JOEL RODRIGUEZ, an individual;
JORGE RODRIGUEZ, an individual;
JUAN CARLOS RODRIGUEZ, an individual;
KARISMA AALIYAH RODRIGUEZ, an individual;
LISA CHRISTINE RODRIGUEZ, an individual;
MARIA RODRIGUEZ, an individual;
MARIA RODRIGUEZ, an individual;
MARIA ELENA RODRIGUEZ, an individual;
MARIA LUISA RODRIGUEZ, an individual;
MARTIN ESTOLANO RODRIGUEZ, an individual;
MELISSA RODRIGUEZ, an individual;
NEVEAH RODRIGUEZ, an individual;
OLIVIA OLVERA RODRIGUEZ, an individual;
RAY FEJERAN RODRIGUEZ, an individual;
ROBERT RAUL RODRIGUEZ, an individual;
VICTOR RODRIGUEZ, an individual;
VICTORIA RODRIGUEZ-OPERANA, an individual;
H FRANK ROGERS, individually and as trustee for THE H. FRANK ROGERS TRUST;
JEANETTE SUE ROGERS, an individual;
BRYAN ALLEN SHIELDS ROGSTAD, an individual;
ANTONIETA ROJAS, an individual;

JESUS EDUARDO ROJAS, an individual;
JORGE ANGEL ROMO ROJAS, an individual;
LAURIAN ROJAS, an individual;
LUZ ANGELICA ROMO ROJAS, an individual;
KARINA ORNELAS ROJO, an individual;
RUBY ORNELAS ROJO, an individual;
HEATHER MARIE ROLPH-IBBERSON, an individual;
JULIO CORTORREAL ROMAN, an individual;
SHANNON MARIE ROMEO, an individual;
GEORGE ROMERO, an individual;
GUADALUPE ROMERO, an individual;
HORTENCIA ROMERO, an individual;
IRENE NATALY ROMERO, an individual;
LUIS ANGEL ROMERO, an individual;
MANUEL ROMERO, an individual;
MARIA JANETH RODRIGUEZ ROMERO, an individual;
NAOMI ROMERO, an individual;
RICK ROMERO, an individual;
TERESA ROMERO, an individual;
VIANNA ARLETT ROMERO, an individual;
BEATRIZ ADRIANA ROMO, an individual;
LUZ ANGELICA ROMO, an individual;
MARIA ROMO, an individual;
MICHAEL ROMO, an individual;
ERICA JOY RONSAIRO, an individual;
RODRIGO NEEL RONSAIRO, an individual;
JANIE ROOD, an individual;
ROBERT ROOD, an individual;

DAVID ROPER, an individual;
EMMA ROPER, an individual;
CHRISTIAN ROQUE, an individual;
OMAR ROQUE, an individual;
YOLANDA ROQUE, an individual;
SOVANNARY CHANDA ROS, an individual;
ALEJANDRO CABRERA ROSALES, an individual;
ALEXA ROSALES, an individual;
AMBER ROSALES, an individual;
ANALUCIA ROSALES, an individual;
ERIKA ROSALES, an individual;
FATIMA ROSALES, an individual;
ISAAC ROSALES, an individual;
CLAUDIA PATRICIA ROSAS, an individual;
MICHAEL RUDOLPH ROYSTER, an individual;
PETER RUBIN, an individual;
LOURDES RUBIO, an individual;
TONI ANN MARIE RUEHL, an individual;
AMANDA MARIE RUGGIRELLO, an individual;
LIA RENEE RUGGIRELLO, an individual;
MARC RUGGIRELLO, an individual;
MICHAEL RUGGIRELLO, an individual;
ALEJANDRO RUIZ, an individual;
ARACELI M RUIZ, an individual;
EDUARDO RUIZ, an individual;
ESTEVAN RUIZ, an individual;
HERIBERTO RUIZ, an individual;
IVAN DANIEL RUIZ, an individual;

JORDAN RUIZ, an individual;
LINDA RUIZ, an individual;
LUZ RUIZ, an individual;
ROSA E. RUIZ, an individual;
TATIANA RUIZ, an individual;
ANGEL RUSSELL, an individual;
MARIA RUSSELL, an individual;
RANDALL RUSSELL, an individual;
ANNE M RYAN, an individual;
ANNIE RYAN, an individual;
JUSTIN RYAN, an individual;
LAURA RYAN, an individual;
WILLIAM JOHN RYAN, an individual;
SABREE, an individual;
TERESA MARIE SADLOWSKI, an individual;
GINA SAENZ, an individual;
JORGE SAENZ, an individual;
JORGE IVAN SAENZ, an individual;
LARRY HARMAN SAGE, an individual;
MARIANA ORTEGA SAHAGUN, an individual;
RANDY LANE SAILSBERY, an individual;
ALBERT RICHARD SAIS, an individual;
KIMBERLY SUE SAIS, an individual;
ROSEMARY NICOLE SAIS, an individual;
RUBEN SAIS, an individual;
DONNIE SALAMANCA, an individual;
ABIGAIL SALAS, an individual;
TONY MARTINEZ SALAZ, an individual;

ANGEL PEREZ SALAZAR, an individual;
ESTEFANIA SALAZAR, an individual;
JULIO C CORTORREAL SALAZAR III, an individual;
SANTIAGO SALAZAR, an individual;
DIEGO SALCIDO, an individual;
ERNESTO SALCIDO, an individual;
ESPERANZA CHRISTINA S GARCIA SALCIDO, an individual;
FRANK SALCIDO, an individual;
MANUEL SALCIDO, an individual;
MICHELLE SALCIDO, an individual;
CRISTINA SALDANA, an individual;
JULIO CESAR SALDANA, an individual;
CYNTHIA VIVIANA DIAZ SALINAS, an individual;
FELICIANO BERMILLO SALINAS, an individual;
JIMMY BERMILLO SALINAS, an individual;
JOHNKARLO SALINAS, an individual;
STEVAN SALINAS, an individual;
ALEXA XIMENA SILVA SANCHEZ, an individual;
ALLEN SANCHEZ, an individual;
ANA SUSTAITA SANCHEZ, an individual;
ASHANTY M SANCHEZ, an individual;
CRISTINA SANCHEZ, an individual;
DIANA SANCHEZ, an individual;
EVELYN SANCHEZ, an individual;
FIDELINA PANIAGUA SANCHEZ, an individual;
GILBERT MORA SANCHEZ, an individual;
ISABEL SANCHEZ, an individual;
JESSICA SANCHEZ, an individual;

JESUS SANCHEZ, an individual;
JORGE SANCHEZ, an individual;
JOSHUA SANCHEZ, an individual;
MARIA TERESA SANCHEZ, an individual;
PATRICIA SANCHEZ, an individual;
SANTIAGO SANCHEZ, an individual;
TANAIRI DIAZ SANCHEZ, an individual;
VANESSA ZAPOTITLA SANCHEZ, an individual;
VICTOR EVER GONZALEZ SANCHEZ, an individual;
ZAIRA SANCHEZ, an individual;
LILIANA SANCHEZ-GONZALEZ, an individual;
CONNIE SANDOVAL, an individual;
JENNY JUNE SANTILLAN, an individual;
ABEL SANTOS, an individual;
ALMA SANTOS, an individual;
ANTHONY SANTOS, an individual;
ARMANDO A SANTOS, an individual;
DAVID SANTOS, an individual;
JESSIE JAIMES SANTOS, an individual;
JESUS SANZ, an individual;
MARGARITA SANZ, an individual;
ARMANDO SARMIENTO, an individual;
ROBERT SARNIE, an individual;
BIANCA SARRETT, an individual;
ERICK SARRETT, an individual;
ROSEMARIE DAWN SAUNDERS, an individual;
JEANNETTE ECOX SAVAGE, an individual;
TANISHA MARICA SAVOY, an individual;

NEEL SAWHNEY, an individual;
NIKHIL SAWHNEY, an individual;
RAMESH KUMAR SAWHNEY, an individual;
JEFFERY SCANLON, an individual;
CHRISTOPHER THOMAS SCATTINI, an individual;
ROSS SCHARPING, an individual;
CINDY LOU SCHIFF, an individual;
KELLY MARIE SCHIFF, an individual;
KEVIN LEE SCHIFF, an individual;
JAMES MICHAEL SCHMITZ, an individual;
RICHARD JOSEPH SCHMITZ, an individual;
MICHELLE CHRISTINA SCHOCK, an individual;
RENEE JEAN SCHOEN, an individual;
ROBERT SCHULTZ, an individual;
BARBARA ADRIANA SCOLARI, an individual;
BRUNO GIOVANNI SCOLARI, an individual;
DONALD CRAIG SCROGGINS JR., an individual;
TOMMY SEAN, an individual;
BRIA SEATON, an individual;
DAVID SEGOVIA, an individual;
ALEJANDRO MARTINEZ SEGURA, an individual;
RASHON NICOLE SELMON, an individual;
ALFREDO SERRANO, an individual;
ANTHONY SERRANO, an individual;
ANTHONY LOUIS SERRANO, an individual;
KASSANDRA SERRANO, an individual;
MYRNA SEVILLEJA, an individual;
MAIA ALEXANDRIA SHAND, an individual;

JOSEPH SEBASTIAN SHANKLES, an individual;
LOU ANN SHANNON, individually and as trustee of THE ARTHUR & LOU ANN SHANNON FAMILY TRUST;
CAROLYN ROBERTA SHAPIRO, an individual;
ELISABETH KAREN SHAPIRO, an individual;
JEROME SHAPIRO, an individual;
ALANA SEABROOKE SHAPLEY, an individual;
ANGEL SHARP, an individual;
CARMEN SHARP, an individual;
RUSSEL GEORGE SHAVER, an individual;
ROCIO SHAVER-VIERA, an individual;
PALOMA MOLINA SHAW-CEDENUO, an individual;
JOSHUA NIGLE SHEPHERD, an individual;
PATTI JEANNE SHERWIN, an individual;
MONTAY SHINE, an individual;
TROY SCOTT SHRYACK, an individual;
RICHARD MICHAEL SIABA, an individual;
KATHERA ANN SIAPNO, an individual;
KENNEDY ANN SIAPNO, an individual;
DONNA M SICKLES, an individual;
FRANK SICKLES, an individual;
SULEIKA ESTELA SIGALA, an individual;
STOY ANDERS SIGNAL III, an individual;
ALEXIS JADE SILVA, an individual;
AXEL GAEL SILVA, an individual;
JESSICA SILVA, an individual;
JONATHAN Y SILVA, an individual;
MIRIAM Y SILVA, an individual;

RAYMOND SILVA, an individual;
RAYMOND SILVA, an individual;
ROBIN K. SILVA, an individual;
VICTOR SILVA, an individual;
MIKAYLA SIMERAL, an individual;
SCOTT ROBERT SIMERAL, an individual;
DENISE E SIMMONS, an individual;
DANYEL CHRISTINE SIMODI, an individual;
PATRICK SIMON, an individual;
MEAGAN SIMONS, an individual;
ROBERT EUGENE SIMONS, an individual;
WILLIAM QUIROZ SINGH, an individual;
LARRY SINGLETON III, an individual;
LARRY FERNANDO SINGLETON, an individual;
KARLA SIQUEIROS, an individual;
KENNETH SKIPPER, an individual;
AMY CHARMARNE SLIKE, an individual;
AUSTIN SLIKE, an individual;
CHRISTIAN RICHARD SLIKE, an individual;
CARL SMITH, an individual;
CHARLES W SMITH, an individual;
DONNA SMITH, an individual;
NICOLE MARIE SMITH, an individual;
RIC SMITH, an individual;
RODNEY LOUIS SMITH, an individual;
GENE VIRGILIO SMITHBURG, an individual;
JACQUELYN THERESA SNIFF, an individual;
NATIFA SNOWDEN, an individual;

JONCARLO SOLANO, an individual;
JOVANI SOLANO, an individual;
ROSSE ELIZABETH HERNANDEZ SOLANO, an individual;
SANDRA MORENO SOLANO, an individual;
VICTOR SOLANO, an individual;
ALEXA GLORIA SOLIS, an individual;
ANGELINA MORENO SOLIS, an individual;
JOSE LUIS SOLIS, an individual;
MARIA ESTHER SOLORZANO, an individual;
BETTY ANN SORENSEN, an individual;
RICHARD SORENSEN, an individual;
DORA ESTELA SORIA, an individual;
ESPERANZA SORIA, an individual;
SUSANA SORIA, an individual;
BERTHA ALICIA SOTO, an individual;
FRANCISCO SOTO, an individual;
GABRIEL CESAR JIMENEZ SOTO, an individual;
NORMA TREJO SOTO, an individual;
REYNA SOTO, an individual;
VIRGINIA ARIAS SOTO, an individual;
SOUTHBAY TAX SERVICE;
JUAN DE DIOS SOUZA, an individual;
GINA DORENE SOWDER, an individual;
JACOB RYAN SOWDER, an individual;
MICHAEL SPALSBURY, an individual;
ROBERT HENRY DAVID SPANN, an individual;
EDWIN PATRICK SPEER, an individual;
ELISA SPEER, an individual;

JULIA CHRISTINE SPEER, an individual;
SHARON ANITA SPRAGUE, individually and as a trustee of THE JESSICA SPRAGUE TRUST;
DEANTE SPRUILL, an individual;
LINSEY STEINKAMP, an individual;
MATTHEW THOMAS STEINKAMP, an individual;
JANYCE MONIQUE STEVENSON, an individual;
MAKAYLA MARIE STEWARD, an individual;
MITCHELL KEVIN STEWART, an individual;
MARTHA PATRICIA STINGL, an individual;
STEPHEN STINGL, an individual;
KAREN STONE, an individual;
DEBORAH LYN STONEMAN, an individual;
VAJAIRA STOREY, an individual;
YOLANDA STOVER, an individual;
JARED COLE STRANSKY, an individual;
JEREMY STRICKEL, an individual;
ROBERT STRICKEL, an individual;
BRUCE EDWARD STROMKO, an individual;
JODY LEE STUCKEY, an individual;
JENNA MARIE SULLIVAN, an individual;
JESSICA LYNN SULLIVAN, an individual;
SURFSIDE RANCH;
CHRISTINA REBECCA SWAINE, an individual;
AMBERR LEIGH SWANSON, individually and as trustee for THE BROACH FAMILY TRUST 5-26-15;
AMBERR LEIGH SWANSON, individually and as trustee for THE BROACH FAMILY TRUST 5-26-15;

ISAIAH SWANSON, an individual;
JONATHAN SWANSON, an individual;
PAULA SWANSON, an individual;
SCARLETT SWANSON, an individual;
CURTIS SWEANY, an individual;
LISA MARIE SWEANY, an individual;
EDWARD SWIDERSKI, an individual;
CHARLES SYKES, an individual;
KOURTNY MOHAMMAD TAHERI, an individual;
DAVID ROSAS TALAMANTES, an individual;
URIEL GARCIA TALAVERA, an individual;
ASHLEY TAMAYO, an individual;
DAVID TAMAYO, an individual;
JOSEPH TAMAYO, an individual;
ARGENTINA TAMURA, an individual;
ALEXIS TAPIA, an individual;
AVA NOEL TAPIA, an individual;
SYLVIA TAPIA, an individual;
SABRINA ELIZABETH TATE, an individual;
BEVERLY ALLISON TAVAI, an individual;
AVERY TAYLOR, an individual;
LINDA TAYLOR, an individual;
GORDON TEJADA, an individual;
FRANK TELLO, an individual;
EDUARDO TENA, an individual;
JANIS WELLS TENA, individually and as a trustee for THE TENA FAMILY TRUST;
JESSICA ANN TENA, an individual;
MICHAEL ANTHONY TENA, an individual;

LOIS TENNIES, an individual;
BRADLEY ALLEN TERPSTRA, an individual;
NATIVIDAD N TERPSTRA, an individual;
SAMANTHA LYNN THAMMAVONG, an individual;
SOMSACK THAMMAVONG JR., an individual;
LUCKY THILL, an individual;
DAVID WILLIAM THOMAS, an individual;
JAMES ANTHONY THOMAS JR., an individual;
MARTIN RAFAEL THOMAS, an individual;
DORIANNE KINNETTA J THORNE, an individual;
HALEY NICOLE TIPTON, an individual;
ANGELOUS TIRADO, an individual;
IDA TIRADO, an individual;
MARTHA CASTANEDA TOLEDO, an individual;
VICTORIA TONG-JOHNSON, an individual;
JULIE BETH TONN, an individual;
MARK ALAN TONN, an individual;
DANAE TOOTHMAN, an individual;
RICHARD EUGENE TORANO, an individual;
ADIEL TORRES, an individual;
ADRIAN SEBASTIAN TORRES, an individual;
ALEXIS TORRES, an individual;
ANGEL TORRES, an individual;
BENICIO TORRES, an individual;
CESAR TORRES, an individual;
GIANNI TORRES, an individual;
GUSTAVO TORRES, an individual;
IVAN TORRES, an individual;

JUAN EFRAIN TORRES, an individual;
KIMBERLY TORRES, an individual;
LUNA TORRES, an individual;
MOISES TORRES, an individual;
NATAN TORRES, an individual;
PAOLA SAHIAN FLORES TORRES, an individual;
RAFAEL TORRES III, an individual;
ROSALINDA TORRES, an individual;
RUBEN RENE TORRES, an individual;
SANDRA TORRES, an individual;
VIVIANA TORRES, an individual;
XOCHITL ANLEY TORRES, an individual;
YADIRA LLANES TORRES, an individual;
ANAKAREN TORRES-COPADO, an individual;
MOISES TORRES-VEGA, an individual;
STEVE OMAR TOVAR, an individual;
PAMELA WELCH TRAN, an individual;
TOMMY LAM TRAN, an individual;
SERVANDO TREVINO, an individual;
CESAR DANIEL TOVAR TRIANO, an individual;
IGNACIO TRUJILLO, an individual;
TESSA BROOKE TRUJILLO, an individual;
JAMES TUCCI, an individual;
SONIA M TUCCI, an individual;
EMONT'E RAYSHON TUCKER, an individual;
AZEEM MONTEAL JAMES TURNER, an individual;
LEVERNE TURNER, an individual;
MELISSA TURNER, an individual;

ROBERT LEE TURNER III, an individual;
TIMOTHY TURNER, an individual;
SARAH TURSE, an individual;
MOLLY FRANCES TYRRELL, an individual;
LEAH NICHOLE ULLMAN, an individual;
JAMES URBINA, an individual;
JENNIFER LEE URBINA, an individual;
MARCO URBIZTONDO, an individual;
IRERIK URIAS, an individual;
AMADA URIBE, an individual;
JANESSA ADRIANA SAMANTHA URIBE, an individual;
CHRISTOPHER URMSTON, an individual;
BREANNA NICOLE URREA, an individual;
MARIA VICTORIA URTASUN, an individual;
ADRIANA VEGA UZARRAGA, an individual;
JOSEPH ANTHONY VALADEZ, an individual;
LUIS ANTONIO VALADEZ, an individual;
MAYA RUBY VALADEZ, an individual;
CESAR C VALDESPINO, an individual;
ARNOLDO RODRIGUEZ VALDEZ, an individual;
GABRIEL VALDEZ, an individual;
GREGORY VALDEZ, an individual;
JESSICA LIZETTE CADENA VALDEZ, an individual;
KIRSTEN KATE VALDEZ, an individual;
STEPHANIE VALDEZ, an individual;
ADRIANNA VALENZUELA, an individual;
JOSE E VEGA VALENZUELA, an individual;
JOSE ENCISO VALENZUELA, an individual;

JOSHUA FRANCISCO VALENZUELA, an individual;
MARISOL VALIANT, an individual;
MICHAEL VALIANT, an individual;
NORMA PEREZ VALLADARES, an individual;
ALEJANDRA D VALLES, an individual;
ANA KAREN VALLES, an individual;
DERECK MICHAEL VALLES, an individual;
GABRIEL VALLES, an individual;
JAIME VALLES, an individual;
JOSE RAMON VALDEZ VALTIERRA, an individual;
IDA CHEN VAN HOUTEN, an individual;
JAY VAN HOUTEN, an individual;
CYNTHIA VANCE, an individual;
JEFFERSON DAVIS VANCE, an individual;
KYLE MASON VANCE, an individual;
MARIA ESTELA VANCE, an individual;
AVA BREE VANCLEAVE, an individual;
ZULEMA ERIKA VANEGAS, an individual;
ALEXANDER ARTURO VARELA, an individual;
ABRAHAM VARGAS, an individual;
EDUARDO VARGAS, an individual;
GIA NICOLETTE VARGAS, an individual;
IRMA OCHOA VARGAS, an individual;
LINA VARGAS, an individual;
MAURICIO VARGAS, an individual;
MELLANIE VARGAS, an individual;
NURIA VARGAS, an individual;
MARCOS VARGAS-BLANCO, an individual;

BRIANNA VASQUEZ, an individual;
GISELLE MARIE VASQUEZ, an individual;
MARIA VASQUEZ, an individual;
MARIA MARGARITA SANZ VASQUEZ, an individual;
MIGUEL VASQUEZ, an individual;
MIGUEL VASQUEZ, an individual;
PRISCILLA VASQUEZ, an individual;
JADA VAUGHAN, an individual;
JENNIFER VAUGHAN, an individual;
ROSCOE JUNIOR VAUGHAN, an individual;
ALAN VAZQUEZ, an individual;
ARMANDO VAZQUEZ, an individual;
CELIA VAZQUEZ, an individual;
JESSICA LOFFREDO VAZQUEZ, an individual;
JONATHAN VAZQUEZ, an individual;
KEVIN JOSHUA VAZQUEZ, an individual;
MARGARITA VAZQUEZ, an individual;
MARLEN VAZQUEZ, an individual;
RAUL RANDOLPH VAZQUEZ, an individual;
REBECCA VAZQUEZ, an individual;
SUSAN SANZ VAZQUEZ, an individual;
VICTOR VAZQUEZ, an individual;
KENNIA XIOMARA VEGA, an individual;
MIRIAM TORRES VEGA, an individual;
NICCOLE VEGA, an individual;
SERGIO LUIS VEGA, an individual;
ANTONIA VELADOR, an individual;
EVERARDO VELADOR, an individual;

EVERARDO VELADOR JR., an individual;
VERONICA VELADOR, an individual;
ALEJANDRO RUIZ VELASCO, an individual;
CLAUDIA VELASCO, an individual;
ERIC VELASQUEZ, an individual;
ERNESTINE VELASQUEZ, an individual;
LINDA C RIOS VELASQUEZ, an individual;
SARA VELASQUEZ, an individual;
ABRAHAM VELAZQUEZ, an individual;
BLANCA ESTELA VELAZQUEZ, an individual;
HECTOR D AYALA VELAZQUEZ, an individual;
LOURDES VELAZQUEZ, an individual;
NEERY ALLEN VELAZQUEZ, an individual;
REBECCA VELAZQUEZ, an individual;
SABRINA LYNN VELAZQUEZ, an individual;
CHRISTINE LOUISE VELLA, individually and as trustee of THE VELLA FAMILY TRUST 07-12-12;
APRIL MICHELLE VELLEMAN, an individual;
DEBRA LYNN VELLEMAN, an individual;
ALEJANDRO LOPEZ VELOZ, an individual;
CARMELO VENERACION, an individual;
ETHAN VENERACION, an individual;
HANNAH VENERACION, an individual;
ISAAC VENERACION, an individual;
MERCEDITA VENERACION, an individual;
ALMA MORALES VERA, an individual;
XOCHIL VERA, an individual;
OLGA LYDIA VERA-GARCIA, an individual;

ARIANNE FLOR VERDUGO, an individual;
ALFONSO VERNI, an individual;
ALFONSO VERNI, an individual;
IMELDA VERNI, an individual;
ANAHI VIDALES, an individual;
JULIO VIDALES, an individual;
LUCY VIDALES, an individual;
NOHEMI ELODIA VIDALES, an individual;
YULIANNA VIDALES, an individual;
ALFREDO CANTO VILLA, an individual;
GABRIEL VILLA, an individual;
GILBERTO VILLA, an individual;
JESSICA CARINA VILLA, an individual;
JUAN VILLA, an individual;
MIGUEL ANGEL VILLA, an individual;
VERONICA VILLA, an individual;
VIOLA VILLA, an individual;
BRYAN ALFREDO VILLALOBOS, an individual;
KARELY VILLALOBOS, an individual;
LAYLA VILLALOBOS, an individual;
MELISSA VILLALOBOS, an individual;
SHELLY ANN VILLALOBOS, an individual;
ALEXANDER VILLANUEVA, an individual;
ANGELYNA JOLEENE VILLANUEVA, an individual;
CARLOS PHILLIP VILLANUEVA, an individual;
JONATHAN MIKE VILLANUEVA, an individual;
JOSEPH ANDREW VILLANUEVA, an individual;
RAYMUNDO VILLANUEVA, an individual;

VIVIANA VILLANUEVA, an individual;

ADELAIDE SUZANNE VILLARIN, an individual;

GEORGIANNE MARIAM VILLARIN, individually and as a trustee for THE VILLARIN FAMILY TRUST;

MAXIMILIAN VILLARIN, an individual;

THEODORE VILLARIN, individually and as a trustee for THE VILLARIN FAMILY TRUST;

DANIEL VILLARREAL, an individual;

ALI VILLASENOR, an individual;

ARIANA C VILLASENOR, an individual;

BRIANA JAQUELINE VILLASENOR, an individual;

CHRISTIAN VILLASENOR JR., an individual;

ENRIQUE VILLASENOR, an individual;

KARLA FERNANDA VILLASENOR, an individual;

ALICIA MARIE VIVANCO, an individual;

GLORIA VORAC-KELLOGG, an individual;

DENAJANAE WALKER, an individual;

JOSHUA JAY WALTERS, an individual;

PREVIN WALTON, an individual;

JOYCE ELLEN WARD, individually and as a trustee for THE TRUST OF JOYCE E. WARD;

KARINA ESPERANZA WARD, an individual;

SHARON BURNEY WARD, an individual;

ALISA JOANNA WARNER, an individual;

ANDREA MICHELLE WASHINGTON, an individual;

ANNITA MARIE WASHINGTON, an individual;

ARCHIE LEE WASHINGTON, an individual;

LEAH MAE WASHINGTON, an individual;

MARSELLE LAMAR WASHINGTON, an individual;
MICHAEL JOSEPH WASHINGTON, an individual;
SARONA FAYE WASHINGTON, an individual;
BIANKA ANALEE WASHINGTON-GARCIA, an individual;
KEVIN DAVID WATSON, an individual;
FRIEDA GUIVAS WEATHERFORD, an individual;
DESIREE ELLEN WEAVER, an individual;
JEAN EVELYN WEAVER, individually and as a trustee for THE FAMILY TRUST OF NORMAN G. WEAVER SR & JEAN E. WEAVER;
PATRICK DANIEL WEAVER, an individual;
CASEY WILLIAM WEST, an individual;
CHRISTOPHER WESTPHAL, an individual;
JOHN LLOYD WESTPHAL, an individual;
KATHRYN JEAN WESTPHAL, an individual;
KRISTIN JEAN WESTPHAL, an individual;
MEGAN LYNN WESTPHAL, an individual;
LARRY WAYNE WHEELER, an individual;
WILLIAM HOWARD WHELDON, an individual;
CHRISTINE MARIE WHITACRE, an individual;
WILLIAM WAYNE WHITACRE, an individual;
ISIAH WHITE, an individual;
KEVIN WHITE, an individual;
LISA ANN WHITE, an individual;
CODY WHITEHOUSE, an individual;
TAMARA WHITEHOUSE, an individual;
EVETTE JOLEE WHITMYER, an individual;
TODD ROBERT WHITMYER, an individual;
MAURICE WICKS, an individual;

RICHARD TAKESHI WIELAND, an individual;
BRITAIN F WILDER, an individual;
ESPERANZA WILKINS, an individual;
KENARD JOEL WILKINS, an individual;
MARY HELEN LANZ WILKINS, an individual;
TERRANCE LYNN WILKINS, an individual;
ELLIOTT WILKINSON, an individual;
ROBERT MICHAEL WILKINSON, an individual;
MATTHEW IAN WILLEY, an individual;
VANESSA IRENE WILLEY, an individual;
ALYSSA WILLIAMS, an individual;
CARISSA WILLIAMS, an individual;
CARLOS ARTURO WILLIAMS, an individual;
CURTIS WILLIAMS, an individual;
CYNTHIA LOU WILLIAMS, an individual;
GLEN MONROE WILLIAMS, an individual;
ISAIAH GLEN WILLIAMS, an individual;
LLOYD WILLIAMS, an individual;
MICHAEL ALEXANDER WILLIAMS, an individual;
MICHAEL SCOTT WILLIAMS, an individual;
PAMELA WILLIAMS, an individual;
RICHARD WILLIAMS, an individual;
TYLER WILLIAMS, an individual;
VANESSA WILLIAMS, an individual;
CARL RICHARD WILOFF, an individual;
DANA NICOLE WILSON, an individual;
JOHN PAUL WILSON, an individual;
KEENAN JOEL WILSON, an individual;

LOGAN WILSON, an individual;

LOWELL WILSON, an individual;

MARISSA ELVIRA WILSON, individually and as trustee for THE TROY S. WILSON AND MARISSA E. WILSON LIVING TRUST;

SHELLY MARIE WILSON, an individual;

TROY SCOTT WILSON, individually and as trustee for THE TROY S. WILSON AND MARISSA E. WILSON LIVING TRUST;

ALEKSANDR PAUL WOJCIK, an individual;

JOHN PAUL WOJCIK, an individual;

KELLEY SUE WOJCIK, an individual;

NIKOLAS JOSEPH WOJCIK, an individual;

SANFORD ELLIOTT WOLCOTT, an individual;

MARSHALL MIKE WOLF, an individual;

MICHAEL WOLF, an individual;

BAILEY WOLTERS, an individual;

ALEX WOODS, an individual;

ALLI WORTHINGTON, an individual;

ERIK NICHOLAS WORTHINGTON, an individual;

JOELLE WORTHINGTON, an individual;

MATTHEW WORTHINGTON, an individual;

TORI WORTHINGTON, an individual;

DOUGLAS L WREN, an individual;

KARLA C OBESO WRIGHT, an individual;

JOAN CAROL WYLLIE-HAYES, an individual;

ALAN YANDALL, an individual;

MALEKAI YANDALL, an individual;

MARETA YANDALL, an individual;

RITA YANDALL, an individual;

ROBERT YANDALL, an individual;
MELISSA YANEZ, an individual;
JUAN CARLOS LETAYF YAPUR, an individual;
LISA YBANEZ, an individual;
CHAMNION YOUNG, an individual;
ELIZABETH W. YOUNG, an individual;
EVAN ANDREW YOUNG, an individual;
LAUREN HOLLY YOUNG, an individual;
MICHAEL YOUNG, an individual;
MELISSA YRISSONT, an individual;
RAUL YRISSONT, an individual;
ZULEYMA B YRISSONT, an individual;
MARTHA N ZAMBRANO, an individual;
DAVID ALLEN ZAPALO, an individual;
CARLOS ALBERTO OLMEDO ZARATE, an individual;
MONICA ALEXIS ZARATE, an individual;
CINDY ASTRID ZARZOSA, an individual;
SHARON ZARZOSA, an individual;
ALEJANDRO ROMERO ZAVALA, an individual;
CARLO ZAVALA, an individual;
RIC ZAVALA, an individual;
VICTORIA ZAVALA, an individual;
ADAN ZAVALA-MALDONADO, an individual;
HARMONY DAWN ZENTS, an individual;
JOSE ZEPEDA, an individual;
PAUBLINA ZEPEDA, an individual;
STEPHANIE MARIE ZEPEDA, an individual;
GREGORY ZIMMERMANN, an individual;

JAMES ZIMMERMANN, an individual;
PATRICIA ZIMMERMANN, an individual;
HECTOR ZUAZO, an individual;
STEVEN DENNIS ZUCKERMAN, an individual;
XOCHITL ZUMAYA, an individual;
GERARD WILLIAM ZUNIGA, an individual;
JENNIFER IRENE ZUNIGA, an individual;
A.A., a minor, by and through Albert Carrillo, as their Guardian ad Litem;
A.A.B.D., a minor, by and through Danilo Avilanes Baltazar, as their Guardian ad Litem;
A.A.C., a minor, by and through Heather C. Cazaux, as their Guardian ad Litem;
A.A.C., a minor, by and through Gabriel Lopez, as their Guardian ad Litem;
A.A.D., a minor, by and through Alberto Briseno, as their Guardian ad Litem;
A.A.G., a minor, by and through Maria Espinoza, as their Guardian ad Litem;
A.A.M., a minor, by and through Catherine Moreno, as their Guardian ad Litem;
A.A.N., a minor, by and through Alisa Joanna Warner, as their Guardian ad Litem;
A.A.P., a minor, by and through Alyson Iora Pulley, as their Guardian ad Litem;
A.A.T., a minor, by and through Tommy Lam Tran, as their Guardian ad Litem;
A.B., a minor, by and through Sam H. Bahena, as their Guardian ad Litem;
A.B., a minor, by and through Alberto Briseno, as their Guardian ad Litem;
A.B., a minor, by and through Alex Brown, as their Guardian ad Litem;
A.B., a minor, by and through Vicky Bueno, as their Guardian ad Litem;
A.B., a minor, by and through Vicky Bueno, as their Guardian ad Litem;
A.B.H., a minor, by and through Lisa Marie Sweany, as their Guardian ad Litem;
A.B.M., a minor, by and through Lucy Cardona, as their Guardian ad Litem;
A.B.R., a minor, by and through Yessenia Marie Rocha, as their Guardian ad Litem;
A.C., a minor, by and through Rodolfo Cardenas-Lopez, as their Guardian ad Litem;
A.C., a minor, by and through Edgar Omar Castro Garcia, as their Guardian ad Litem;
A.C., a minor, by and through Shawnte M Castro, as their Guardian ad Litem;

A.C., a minor, by and through Monica Cervantes, as their Guardian ad Litem;

A.C.C., a minor, by and through Smith Chitrapitug, as their Guardian ad Litem;

A.D., a minor, by and through Leanne Anderson, as their Guardian ad Litem;

A.D., a minor, by and through Cira Lopez, as their Guardian ad Litem;

A.D.A., a minor, by and through Anakaren Torres-Copado, as their Guardian ad Litem;

A.D.C., a minor, by and through Yvonne Alexus Coral, as their Guardian ad Litem;

A.D.G., a minor, by and through Adrian Duran, as their Guardian ad Litem;

A.E.G., a minor, by and through Andrea R. Gonzalez, as their Guardian ad Litem;

A.E.H., a minor, by and through Daniel Lee Hall, as their Guardian ad Litem;

A.E.R., a minor, by and through Christina Elizabeth Rodriguez, as their Guardian ad Litem;

A.F., a minor, by and through Linda Franco, as their Guardian ad Litem;

A.F.G., a minor, by and through Maura Ramos Martinez, as their Guardian ad Litem;

A.G., a minor, by and through Juliana Morales, as their Guardian ad Litem;

A.G., a minor, by and through Francisco Gomez Jr., as their Guardian ad Litem;

A.G., a minor, by and through Araceli Figueroa, as their Guardian ad Litem;

A.G., a minor, by and through Evelyn Beltran, as their Guardian ad Litem;

A.G., a minor, by and through Armando Guerra, as their Guardian ad Litem;

A.G., a minor, by and through Armando Guerra, as their Guardian ad Litem;

A.G., a minor, by and through Nailea Farias, as their Guardian ad Litem;

A.G., a minor, by and through Jaime Valles, as their Guardian ad Litem;

A.G.J., a minor, by and through Octavio Jimenez, as their Guardian ad Litem;

A.G.S., a minor, by and through Nicole Marie Smith, as their Guardian ad Litem;

A.H., a minor, by and through Sharon Elaine Porter, as their Guardian ad Litem;

A.H., a minor, by and through Kimberly Huddleston, as their Guardian ad Litem;

A.H., a minor, by and through Steven Michael Havens, as their Guardian ad Litem;

A.H., a minor, by and through Richard Alex Hernandez, as their Guardian ad Litem;

A.H., a minor, by and through Alberto Hernandez, as their Guardian ad Litem;

A.H., a minor, by and through Marlena Lorenzo, as their Guardian ad Litem;
A.H., a minor, by and through Melissa Anne Booker, as their Guardian ad Litem;
A.H., a minor, by and through Josephine Hurov, as their Guardian ad Litem;
A.H., a minor, by and through Josephine Hurov, as their Guardian ad Litem;
A.H.M., a minor, by and through Adrian Aldrete Meza, as their Guardian ad Litem;
A.I.L., a minor, by and through Alejandro Luna, as their Guardian ad Litem;
A.J.C., a minor, by and through Esteban Cardona Castro, as their Guardian ad Litem;
A.J.J., a minor, by and through Octavio Jimenez, as their Guardian ad Litem;
A.J.W., a minor, by and through Jennifer Lynn Powell, as their Guardian ad Litem;
A.L., a minor, by and through Alejandro Llamas Hurtado, as their Guardian ad Litem;
A.L., a minor, by and through Luisa Fabiola Ingle, as their Guardian ad Litem;
A.L., a minor, by and through Virginia G Padilla, as their Guardian ad Litem;
A.L.B., a minor, by and through Leticia Lynette Bernard-Duncan, as their Guardian ad Litem;
A.L.G., a minor, by and through Omar Kayam Guizar, as their Guardian ad Litem;
A.L.H., a minor, by and through Daniel Lee Hall, as their Guardian ad Litem;
A.M., a minor, by and through Angel Sharp, as their Guardian ad Litem;
A.M., a minor, by and through Angel Sharp, as their Guardian ad Litem;
A.M., a minor, by and through Alexa Gonzalez, as their Guardian ad Litem;
A.M., a minor, by and through Adrian Medellin, as their Guardian ad Litem;
A.M., a minor, by and through Adrian Medellin, as their Guardian ad Litem;
A.M., a minor, by and through Jeannet Melesio, as their Guardian ad Litem;
A.M., a minor, by and through Arthur Mickelsen, as their Guardian ad Litem;
A.M., a minor, by and through Arthur Mickelsen, as their Guardian ad Litem;
A.M., a minor, by and through Gabriel Morales, as their Guardian ad Litem;
A.M., a minor, by and through Anakaren Garcia, as their Guardian ad Litem;
A.M., a minor, by and through Gabriel Morales, as their Guardian ad Litem;
A.M., a minor, by and through Paul Alberto Morales, as their Guardian ad Litem;

A.M., a minor, by and through Paul Alberto Morales, as their Guardian ad Litem;

A.M.A., a minor, by and through Joseph Mario "Joe" Alvaras, as their Guardian ad Litem;

A.M.G., a minor, by and through Chanel Loreal Garcia, as their Guardian ad Litem;

A.M.M., a minor, by and through Salome Mojarro Alvarez, as their Guardian ad Litem;

A.M.O., a minor, by and through Arturo Jesus Ortiz, as their Guardian ad Litem;

A.M.P., a minor, by and through Monica Martinez, as their Guardian ad Litem;

A.M.R., a minor, by and through Christina Elizabeth Rodriguez, as their Guardian ad Litem;

A.M.S.M., a minor, by and through Anahi De Asis Montelongo Lopez, as their Guardian ad Litem;

A.N., a minor, by and through Alicia Marie Vivanco, as their Guardian ad Litem;

A.N.W., a minor, by and through Chamnion Young, as their Guardian ad Litem;

A.O.E., a minor, by and through Alfonso Ramon Estrada, as their Guardian ad Litem;

A.P., a minor, by and through Debra Lynn Perez, as their Guardian ad Litem;

A.P., a minor, by and through Charlene Davis, as their Guardian ad Litem;

A.P., a minor, by and through Molly Priesthoff, as their Guardian ad Litem;

A.P.V., a minor, by and through Juan Manuel Barragon, as their Guardian ad Litem;

A.R., a minor, by and through Christina Goycochea, as their Guardian ad Litem;

A.R., a minor, by and through Alexa Maylin Rivera Carreto, as their Guardian ad Litem;

A.R., a minor, by and through April Rodabaugh, as their Guardian ad Litem;

A.R.A.A.Q., a minor, by and through Samuel Kojo Andam Quansah, as their Guardian ad Litem;

A.R.L., a minor, by and through Daniela Sigala Lazarin, as their Guardian ad Litem;

A.R.O., a minor, by and through Daniela Ivonne Osornio Carlos, as their Guardian ad Litem;

A.R.T., a minor, by and through Adriana Vega Uzarraga, as their Guardian ad Litem;

A.S., a minor, by and through Esperanza Christina S Garcia Salcido, as their Guardian ad Litem;

A.S., a minor, by and through Esperanza Christina S Garcia Salcido, as their Guardian ad Litem;

A.S., a minor, by and through Leonor Gonzalez Castillo, as their Guardian ad Litem;

A.S., a minor, by and through Leonor Gonzalez Castillo, as their Guardian ad Litem;

A.S., a minor, by and through Robert Sarnie, as their Guardian ad Litem;

A.S., a minor, by and through Michelle Stephanie Casas-Sanchez, as their Guardian ad Litem;

A.S., a minor, by and through Jeffery Scanlon, as their Guardian ad Litem;

A.S., a minor, by and through Bria Seaton, as their Guardian ad Litem;

A.S., a minor, by and through Alan Solis Parra, as their Guardian ad Litem;

A.S.W., a minor, by and through Luz Estela Beltran, as their Guardian ad Litem;

A.T., a minor, by and through Alexis Torres, as their Guardian ad Litem;

A.U.T., a minor, by and through Alexis Torres, as their Guardian ad Litem;

A.V., a minor, by and through Miguel Vasquez, as their Guardian ad Litem;

A.V., a minor, by and through Mercedita Veneracion, as their Guardian ad Litem;

A.V.A., a minor, by and through Lupe Olivas Arambula, as their Guardian ad Litem;

A.V.B., a minor, by and through Taylor Hope Kincaid, as their Guardian ad Litem;

A.V.F., a minor, by and through Carlos Cristobal Fierro Moreno, as their Guardian ad Litem;

A.V.L., a minor, by and through Jessica Loffredo Vazquez, as their Guardian ad Litem;

A.V.M., a minor, by and through Jose Alfredo Melesio, as their Guardian ad Litem;

A.Y.N., a minor, by and through Yvonne Alexus Coral, as their Guardian ad Litem;

A.Z., a minor, by and through Alejandro Romero Zavala, as their Guardian ad Litem;

A.Z.C., a minor, by and through David W. Carey, as their Guardian ad Litem;

B.A.A.L., a minor, by and through Adrian Aguilar, as their Guardian ad Litem;

B.B., a minor, by and through Larry Borden, as their Guardian ad Litem;

B.B., a minor, by and through Amberr Leigh Swanson, as their Guardian ad Litem;

B.F.L.R., a minor, by and through Francesco Paul Russo, as their Guardian ad Litem;

B.G., a minor, by and through Fabiola Lizette Gonzalez, as their Guardian ad Litem;

B.H., a minor, by and through Tessa Brooke Trujillo, as their Guardian ad Litem;

B.J.H., a minor, by and through Kelley Marie Hagen, as their Guardian ad Litem;

B.L., a minor, by and through Michael Anthony Liera, as their Guardian ad Litem;

B.P., a minor, by and through Marco Antonio Lopez Andonaegui, as their Guardian ad Litem;

B.P., a minor, by and through April Rodabaugh, as their Guardian ad Litem;

B.R., a minor, by and through Leonard J Tomlinson, as their Guardian ad Litem;

B.R., a minor, by and through Gustavo Rodriguez Jr, as their Guardian ad Litem;

B.R.R., a minor, by and through Begmar R. Rabadan, as their Guardian ad Litem;

B.S., a minor, by and through Ava Nicole Falagan, as their Guardian ad Litem;

B.T., a minor, by and through Lucky Thill, as their Guardian ad Litem;

B.Z., a minor, by and through Hector Zuazo, as their Guardian ad Litem;

C.A., a minor, by and through Andrea Arleen Mendez-Azhocar, as their Guardian ad Litem;

C.A.C., a minor, by and through Addiss Derald Cuevas, as their Guardian ad Litem;

C.A.P., a minor, by and through Ashley Denise Angulo Chavez, as their Guardian ad Litem;

C.A.S., a minor, by and through Jessica L. Sprague, as their Guardian ad Litem;

C.B., a minor, by and through Hortencia Montero Cartagena, as their Guardian ad Litem;

C.B., a minor, by and through Choli Beduhi, as their Guardian ad Litem;

C.C., a minor, by and through Lisa Corrales, as their Guardian ad Litem;

C.D.M., a minor, by and through Harold R Bell, as their Guardian ad Litem;

C.E.U., a minor, by and through Vanessa Elizabeth Medina-Vega, as their Guardian ad Litem;

C.F., a minor, by and through Julieta Janette Abrego, as their Guardian ad Litem;

C.F.L., a minor, by and through Arthur F. Lute III, as their Guardian ad Litem;
C.G., a minor, by and through Efrahim Gozum, as their Guardian ad Litem;
C.H., a minor, by and through Monique Horta, as their Guardian ad Litem;
C.I.R., a minor, by and through Christian Adrian Robles, as their Guardian ad Litem;
C.J., a minor, by and through Nicolas Alejo Jimenez, as their Guardian ad Litem;
C.J.L., a minor, by and through Joshua David L'Heureux, as their Guardian ad Litem;
C.M., a minor, by and through Sandra Moreno Solano, as their Guardian ad Litem;
C.M.B.F., a minor, by and through Juliana Morales, as their Guardian ad Litem;
C.M.C., a minor, by and through Hilda Emma Reyes, as their Guardian ad Litem;
C.O., a minor, by and through Anthony Gomez, as their Guardian ad Litem;
C.P., a minor, by and through Gerardo Perez, as their Guardian ad Litem;
C.R., a minor, by and through Maricela Dominguez, as their Guardian ad Litem;
C.R., a minor, by and through Maria Elena Rodriguez, as their Guardian ad Litem;
C.R., a minor, by and through Angelina Arias, as their Guardian ad Litem;
C.S., a minor, by and through Anissa Viviana Falagan, as their Guardian ad Litem;
C.S., a minor, by and through Scott Robert Simeral, as their Guardian ad Litem;
C.T.P., a minor, by and through Timothy Wayne Pittman Sr, as their Guardian ad Litem;
C.T.T., a minor, by and through Adriana Vega Uzarraga, as their Guardian ad Litem;
C.V.G., a minor, by and through Jessica Carina Villa, as their Guardian ad Litem;
C.Y.J.G., a minor, by and through Lisa M. Garcia, as their Guardian ad Litem;
C.Z.G., a minor, by and through Christopher Goldsberry, as their Guardian ad Litem;
D.A., a minor, by and through Samantha Lynn Thammavong, as their Guardian ad Litem;
D.A.G., a minor, by and through Martha N Zambrano, as their Guardian ad Litem;
D.A.M., a minor, by and through Pamela Lane, as their Guardian ad Litem;
D.A.N., a minor, by and through Jessica Navarro, as their Guardian ad Litem;
D.B., a minor, by and through Vicky Caroline Brown, as their Guardian ad Litem;
D.B., a minor, by and through Luna Beaster, as their Guardian ad Litem;
D.C., a minor, by and through Benjamin Garcilazo Contreras, as their Guardian ad Litem;

D.D.B., a minor, by and through Jessica Lynn Sullivan, as their Guardian ad Litem;
D.D.M., a minor, by and through Luz Maria Macklem, as their Guardian ad Litem;
D.D.M.D., a minor, by and through Latoya Nesha Byers, as their Guardian ad Litem;
D.F., a minor, by and through Roberto A. Fombon, as their Guardian ad Litem;
D.F., a minor, by and through David Fry, as their Guardian ad Litem;
D.G., a minor, by and through Justin Richard Gamby, as their Guardian ad Litem;
D.G., a minor, by and through Samantha Lynn Thammavong, as their Guardian ad Litem;
D.J.O., a minor, by and through Kimberly Breanne Oakley, as their Guardian ad Litem;
D.L., a minor, by and through Jose J. Lincoln, as their Guardian ad Litem;
D.L.F., a minor, by and through Carlos Cristobal Fierro Moreno, as their Guardian ad Litem;
D.M., a minor, by and through Christopher Mario Minicucci, as their Guardian ad Litem;
D.P., a minor, by and through Jose Jesus Perez-Chavez, as their Guardian ad Litem;
D.P., a minor, by and through Marco Antonio Lopez Andonaegui, as their Guardian ad Litem;
D.P., a minor, by and through Molly Priesthoff, as their Guardian ad Litem;
D.P.F., a minor, by and through Clara Collazo, as their Guardian ad Litem;
D.Q., a minor, by and through Paul Rafael Jimenez, as their Guardian ad Litem;
D.R., a minor, by and through Jennie Lee Linscott, as their Guardian ad Litem;
D.R., a minor, by and through Megan Nikole Reina, as their Guardian ad Litem;
D.R., a minor, by and through Krista Buenrostro, as their Guardian ad Litem;
D.R., a minor, by and through Irene Nataly Romero, as their Guardian ad Litem;
D.R., a minor, by and through Graciela Alejandra Garcia, as their Guardian ad Litem;
D.S., a minor, by and through Jorge Sanchez, as their Guardian ad Litem;
D.S.T., a minor, by and through Dorianne Kinnetta J Thorne, as their Guardian ad Litem;
D.T.B., a minor, by and through Nereyda Magallanes, as their Guardian ad Litem;
D.V., a minor, by and through Carmen Arcelia Velasco Galvez, as their Guardian ad Litem;

D.W.G., a minor, by and through Brian Wilson Gaines, as their Guardian ad Litem;
D.Y., a minor, by and through Davielle Costales, as their Guardian ad Litem;
D.Y., a minor, by and through Davielle Costales, as their Guardian ad Litem;
E.A.D.J., a minor, by and through Jazmin Yoly Jacquez Castaneda, as their Guardian ad Litem;
E.A.D.J., a minor, by and through Jazmin Yoly Jacquez Castaneda, as their Guardian ad Litem;
E.A.H., a minor, by and through Alicia Hermosillo, as their Guardian ad Litem;
E.A.L., a minor, by and through Arthur F. Lute III, as their Guardian ad Litem;
E.A.M., a minor, by and through Ivan Martinez-Ochoa, as their Guardian ad Litem;
E.A.M., a minor, by and through Harold R Bell, as their Guardian ad Litem;
E.B., a minor, by and through Gladys Judith Martinez, as their Guardian ad Litem;
E.B., a minor, by and through Samuel Daniel Baltazar, as their Guardian ad Litem;
E.B., a minor, by and through Carmen Betancourt, as their Guardian ad Litem;
E.B., a minor, by and through Carmen Betancourt, as their Guardian ad Litem;
E.B., a minor, by and through Amberr Leigh Swanson, as their Guardian ad Litem;
E.C., a minor, by and through Benjamin Garcilazo Contreras, as their Guardian ad Litem;
E.C.D., a minor, by and through Evelyn Dominguez, as their Guardian ad Litem;
E.D., a minor, by and through Jessica Dominguez, as their Guardian ad Litem;
E.D.H., a minor, by and through Alicia Hermosillo, as their Guardian ad Litem;
E.D.M., a minor, by and through Zoixza Martin, as their Guardian ad Litem;
E.E., a minor, by and through Jessica A Enright, as their Guardian ad Litem;
E.F., a minor, by and through Jennifer Allyssa PerezFranco, as their Guardian ad Litem;
E.G., a minor, by and through Christopher Goldsberry, as their Guardian ad Litem;
E.G., a minor, by and through George Earl Braudaway, as their Guardian ad Litem;
E.G., a minor, by and through Evelyn Beltran, as their Guardian ad Litem;
E.G.E., a minor, by and through Fabian Estrada, as their Guardian ad Litem;
E.G.H., a minor, by and through Israel Hector Hermosillo, as their Guardian ad Litem;

E.H.M., a minor, by and through Patricia Alejandra Mendoza, as their Guardian ad Litem;

E.J.E., a minor, by and through Rosemarie Dawn Saunders, as their Guardian ad Litem;

E.J.L.M., a minor, by and through Anahi De Asis Montelongo Lopez, as their Guardian ad Litem;

E.J.M., a minor, by and through Pamela Lane, as their Guardian ad Litem;

E.K.V.C., a minor, by and through Sophia Lynch, as their Guardian ad Litem;

E.L.A., a minor, by and through Yesenia Nayeli Anaya, as their Guardian ad Litem;

E.L.R., a minor, by and through Tanairi Diaz Sanchez, as their Guardian ad Litem;

E.M., a minor, by and through Michelle Salcido, as their Guardian ad Litem;

E.M.D.O., a minor, by and through Antonio Montes de Oca, as their Guardian ad Litem;

E.O.D., a minor, by and through Evelyn Dominguez, as their Guardian ad Litem;

E.Q., a minor, by and through Beatriz Adriana Romo, as their Guardian ad Litem;

E.R., a minor, by and through Maribel Chavez, as their Guardian ad Litem;

E.R., a minor, by and through Sheila Ramos, as their Guardian ad Litem;

E.R., a minor, by and through Joanna Sue Tomlinson, as their Guardian ad Litem;

E.R., a minor, by and through Eduardo Ruiz, as their Guardian ad Litem;

E.R.B., a minor, by and through Paulette Bartley-Royster, as their Guardian ad Litem;

E.R.H., a minor, by and through Adriana Hernandez Gonzalez, as their Guardian ad Litem;

E.R.H., a minor, by and through Adriana Hernandez Gonzalez, as their Guardian ad Litem;

E.R.L., a minor, by and through Daniela Sigala Lazarin, as their Guardian ad Litem;

E.R.R., a minor, by and through Lucila Pilar Luna, as their Guardian ad Litem;

E.S., a minor, by and through Priscilla Sanchez, as their Guardian ad Litem;

E.S., a minor, by and through Bianca Sarrett, as their Guardian ad Litem;

E.S., a minor, by and through Linsey Steinkamp, as their Guardian ad Litem;

E.S.A., a minor, by and through Daniela Sigala Lazarin, as their Guardian ad Litem;

E.S.C., a minor, by and through Estefany Hernandez-Herrera, as their Guardian ad Litem;
E.V., a minor, by and through Roscoe Junior Vaughan, as their Guardian ad Litem;
E.V., a minor, by and through Jessica Guadalupe Reyes, as their Guardian ad Litem;
E.V.O., a minor, by and through Blanca Estela Velazquez, as their Guardian ad Litem;
E.W.M., a minor, by and through Teresa B Inzunza, as their Guardian ad Litem;
F.A.C., a minor, by and through Vanessa Elizabeth Medina-Vega, as their Guardian ad Litem;
F.A.M., a minor, by and through Catherine Moreno, as their Guardian ad Litem;
F.B., a minor, by and through Hortencia Montero Cartagena, as their Guardian ad Litem;
F.F.T., a minor, by and through Beverly Allison Tavai, as their Guardian ad Litem;
F.G., a minor, by and through Francisco Gomez Jr., as their Guardian ad Litem;
F.I.T., a minor, by and through Moises Torres, as their Guardian ad Litem;
F.J., a minor, by and through Guillermo Ruben Fennell, as their Guardian ad Litem;
F.L., a minor, by and through Jose J. Lincoln, as their Guardian ad Litem;
F.V., a minor, by and through Jessica Carina Villa, as their Guardian ad Litem;
F.Y., a minor, by and through Melissa Yrissont, as their Guardian ad Litem;
G.A.M., a minor, by and through Lidya Morales, as their Guardian ad Litem;
G.B., a minor, by and through Hortencia Montero Cartagena, as their Guardian ad Litem;
G.B., a minor, by and through Destiny Beucher, as their Guardian ad Litem;
G.C., a minor, by and through Rodolfo Cardenas-Lopez, as their Guardian ad Litem;
G.C., a minor, by and through Shawnte M Castro, as their Guardian ad Litem;
G.E., a minor, by and through Norma Espinoza, as their Guardian ad Litem;
G.G., a minor, by and through Maria Rodriguez, as their Guardian ad Litem;
G.G.J., a minor, by and through Isabel Jimenez, as their Guardian ad Litem;
G.I.M., a minor, by and through Ana Patricia Ramirez Rodriguez, as their Guardian ad Litem;
G.J., a minor, by and through Victoria Tong-Johnson, as their Guardian ad Litem;
G.J., a minor, by and through Nolan Grayson, as their Guardian ad Litem;

G.L., a minor, by and through Ralph Walter Lutes, as their Guardian ad Litem;
G.M., a minor, by and through Dolores Galvez, as their Guardian ad Litem;
G.M., a minor, by and through Bereniz Flores, as their Guardian ad Litem;
G.M.T., a minor, by and through Gustavo Torres, as their Guardian ad Litem;
G.P., a minor, by and through Ramon Perez, as their Guardian ad Litem;
G.P.G., a minor, by and through Suleika Estela Sigala, as their Guardian ad Litem;
G.R., a minor, by and through Gustavo Rodriguez Jr, as their Guardian ad Litem;
G.S., a minor, by and through William Quiroz Singh, as their Guardian ad Litem;
G.V., a minor, by and through Zulema Erika Vanegas, as their Guardian ad Litem;
G.V., a minor, by and through Cesilia Álvarez, as their Guardian ad Litem;
G.V., a minor, by and through Beatriz Adriana Romo, as their Guardian ad Litem;
G.W., a minor, by and through Patricia Charles, as their Guardian ad Litem;
H.A., a minor, by and through Sharon Elaine Porter, as their Guardian ad Litem;
H.E., a minor, by and through Martha Escamilla, as their Guardian ad Litem;
H.H., a minor, by and through Michael Herbert, as their Guardian ad Litem;
H.J.C., a minor, by and through Andrea Angelica Carrasco Herz, as their Guardian ad Litem;
H.J.H., a minor, by and through Cassie Renee Hero-Campos, as their Guardian ad Litem;
H.J.J., a minor, by and through Chantel Marie Perez Jackson, as their Guardian ad Litem;
H.L.G., a minor, by and through Brian Wilson Gaines, as their Guardian ad Litem;
H.M., a minor, by and through Sade Nicole Boston, as their Guardian ad Litem;
H.R., a minor, by and through Armando Martinez, as their Guardian ad Litem;
H.R., a minor, by and through Kimberly Hawthorne Aponte, as their Guardian ad Litem;
H.Z., a minor, by and through Hector Zuazo, as their Guardian ad Litem;
I.C., a minor, by and through Lisa Corrales, as their Guardian ad Litem;
I.C.P., a minor, by and through Constantine Theodore Papas, as their Guardian ad Litem;
I.D., a minor, by and through Jessica Leigh Hale, as their Guardian ad Litem;
I.D., a minor, by and through Derrick L. Davis, as their Guardian ad Litem;

I.D.L.C.T., a minor, by and through Moises Torres, as their Guardian ad Litem;

I.D.M., a minor, by and through Lucy Cardona, as their Guardian ad Litem;

I.E., a minor, by and through Julieta Janette Abrego, as their Guardian ad Litem;

I.E.G., a minor, by and through Araceli Figueroa, as their Guardian ad Litem;

I.E.R., a minor, by and through Eliodoro Elias Rodriguez, as their Guardian ad Litem;

I.F., a minor, by and through Jose Luis Flores Lara, as their Guardian ad Litem;

I.F., a minor, by and through David Fry, as their Guardian ad Litem;

I.F.E., a minor, by and through Fabian Estrada, as their Guardian ad Litem;

I.G., a minor, by and through Jennifer Allyssa PerezFranco, as their Guardian ad Litem;

I.I., a minor, by and through Elizabeth Ibarra, as their Guardian ad Litem;

I.I., a minor, by and through Melissa Rosalba Musser, as their Guardian ad Litem;

I.I.P., a minor, by and through Ashley Marie Perez, as their Guardian ad Litem;

I.J.C., a minor, by and through Gabriel Cesar Jimenez Soto, as their Guardian ad Litem;

I.J.M., a minor, by and through Ivan Martinez-Ochoa, as their Guardian ad Litem;

I.L., a minor, by and through Vallery Josephine Gomez, as their Guardian ad Litem;

I.M., a minor, by and through Sheena Madrigal, as their Guardian ad Litem;

I.M., a minor, by and through Graciela Alejandra Garcia, as their Guardian ad Litem;

I.M.D., a minor, by and through Tiara Deprise Diega, as their Guardian ad Litem;

I.M.G., a minor, by and through Alexa Gonzalez, as their Guardian ad Litem;

I.M.J., a minor, by and through Margarita Johnson, as their Guardian ad Litem;

I.M.P., a minor, by and through Ashley Marie Perez, as their Guardian ad Litem;

I.N., a minor, by and through Shannon Naito, as their Guardian ad Litem;

I.R., a minor, by and through Martha Rodriguez Garcia, as their Guardian ad Litem;

I.R.M.R., a minor, by and through Ana Patricia Ramirez Rodriguez, as their Guardian ad Litem;

I.T., a minor, by and through Jasmine Perez, as their Guardian ad Litem;

I.T., a minor, by and through Moises Torres, as their Guardian ad Litem;

I.V., a minor, by and through Neery Allen Velazquez, as their Guardian ad Litem;

I.W., a minor, by and through Alyssa Williams, as their Guardian ad Litem;
I.X.H., a minor, by and through Cinnamon Clark, as their Guardian ad Litem;
J.A., a minor, by and through Octavio Jimenez, as their Guardian ad Litem;
J.A.C., a minor, by and through Elizabeth Cardoza, as their Guardian ad Litem;
J.A.C., a minor, by and through Jessica Settle Cunningham, as their Guardian ad Litem;
J.A.D., a minor, by and through Evelyn Dominguez, as their Guardian ad Litem;
J.A.K., a minor, by and through Daniel L. Kibodeaux, as their Guardian ad Litem;
J.A.W., a minor, by and through Charlise Renay McCowan, as their Guardian ad Litem;
J.B., a minor, by and through Luna Beaster, as their Guardian ad Litem;
J.B., a minor, by and through Choli Beduhi, as their Guardian ad Litem;
J.B., a minor, by and through Choli Beduhi, as their Guardian ad Litem;
J.B., a minor, by and through Tyana LaVette Wilkerson Carpenter, as their Guardian ad Litem;
J.C., a minor, by and through Maricela Dominguez, as their Guardian ad Litem;
J.C., a minor, by and through Shawnte M Castro, as their Guardian ad Litem;
J.C., a minor, by and through Daryl Dawson, as their Guardian ad Litem;
J.C.K., a minor, by and through John Curtis Kidd Sr, as their Guardian ad Litem;
J.C.O., a minor, by and through Lucila Pilar Luna, as their Guardian ad Litem;
J.C.V., a minor, by and through Shelly Ann Villalobos, as their Guardian ad Litem;
J.D., a minor, by and through Joshua Jay Walters, as their Guardian ad Litem;
J.D.A., a minor, by and through Mario Joseph Alvaras, as their Guardian ad Litem;
J.E., a minor, by and through Mirna Josefina Arredondo, as their Guardian ad Litem;
J.E., a minor, by and through Mirna Josefina Arredondo, as their Guardian ad Litem;
J.E., a minor, by and through Jessica A Enright, as their Guardian ad Litem;
J.E., a minor, by and through Julieta Janette Abrego, as their Guardian ad Litem;
J.E.D., a minor, by and through Evelyn Dominguez, as their Guardian ad Litem;
J.F., a minor, by and through Eric Fernandez, as their Guardian ad Litem;
J.F., a minor, by and through Juliana Morales, as their Guardian ad Litem;

J.F.C., a minor, by and through Jorge Correa, as their Guardian ad Litem;

J.G., a minor, by and through Brandon Garay, as their Guardian ad Litem;

J.G., a minor, by and through Oscar Garcia, as their Guardian ad Litem;

J.G., a minor, by and through Christopher Goldsberry, as their Guardian ad Litem;

J.H., a minor, by and through Shelly Ann Villalobos, as their Guardian ad Litem;

J.H., a minor, by and through Shelly Ann Villalobos, as their Guardian ad Litem;

J.H.G., a minor, by and through Grecia Pamela Garay, as their Guardian ad Litem;

J.I., a minor, by and through Elizabeth Ibarra, as their Guardian ad Litem;

J.J., a minor, by and through Jessica Ayala, as their Guardian ad Litem;

J.J.G., a minor, by and through Alicia Guadalupe Arroyo, as their Guardian ad Litem;

J.J.W., a minor, by and through Dana Nicole Wilson, as their Guardian ad Litem;

J.L., a minor, by and through Stephanie Hernandez Lewis, as their Guardian ad Litem;

J.L., a minor, by and through Virginia G Padilla, as their Guardian ad Litem;

J.L.C.L., a minor, by and through Virginia Adriana Castellanos, as their Guardian ad Litem;

J.M., a minor, by and through Adriana Maria Grub Ramirez Laguna, as their Guardian ad Litem;

J.M., a minor, by and through Carlos Antonio Mejia, as their Guardian ad Litem;

J.M., a minor, by and through Paul Alberto Morales, as their Guardian ad Litem;

J.M.B., a minor, by and through Hortencia Montero Cartagena, as their Guardian ad Litem;

J.M.C., a minor, by and through Jessica Settle Cunningham, as their Guardian ad Litem;

J.M.I., a minor, by and through Joanna Marie Ishee, as their Guardian ad Litem;

J.M.M., a minor, by and through Vincent Paul Montez, as their Guardian ad Litem;

J.M.P., a minor, by and through Monica Martinez, as their Guardian ad Litem;

J.M.Z.P., a minor, by and through Olivia Ballesteros, as their Guardian ad Litem;

J.N., a minor, by and through Shannon Naito, as their Guardian ad Litem;

J.N.B., a minor, by and through Vicky Bueno, as their Guardian ad Litem;

J.O., a minor, by and through Francisca Ordaz, as their Guardian ad Litem;
J.O., a minor, by and through Anthony Gomez, as their Guardian ad Litem;
J.P., a minor, by and through Clarissa Moreno, as their Guardian ad Litem;
J.P., a minor, by and through Jose Luis Pompa Jr., as their Guardian ad Litem;
J.Q., a minor, by and through Ramon Quezada, as their Guardian ad Litem;
J.R., a minor, by and through Fernando Riveros, as their Guardian ad Litem;
J.R., a minor, by and through Katy Laverina, as their Guardian ad Litem;
J.R.C., a minor, by and through Jessica Settle Cunningham, as their Guardian ad Litem;
J.R.V.D., a minor, by and through Patricia Delgado, as their Guardian ad Litem;
J.S., a minor, by and through Priscilla Sanchez, as their Guardian ad Litem;
J.S., a minor, by and through Ava Nicole Falagan, as their Guardian ad Litem;
J.S.A., a minor, by and through Melvyn Alberto Aguilar, as their Guardian ad Litem;
J.T., a minor, by and through Ashley Tamayo, as their Guardian ad Litem;
J.T., a minor, by and through Maricela Dominguez, as their Guardian ad Litem;
J.T.A.M., a minor, by and through Andres Arias, as their Guardian ad Litem;
J.V.A., a minor, by and through Virginia Adriana Castellanos, as their Guardian ad Litem;
J.W., a minor, by and through Alyssa Williams, as their Guardian ad Litem;
J.Y.G.L., a minor, by and through Mariana Lizarraga, as their Guardian ad Litem;
K.A.M., a minor, by and through Ingrid Lilliana Marquez, as their Guardian ad Litem;
K.A.V.C., a minor, by and through Sophia Lynch, as their Guardian ad Litem;
K.B., a minor, by and through Samuel Daniel Baltazar, as their Guardian ad Litem;
K.B., a minor, by and through Carmen Betancourt, as their Guardian ad Litem;
K.B., a minor, by and through Barry Bland, as their Guardian ad Litem;
K.C.C., a minor, by and through Dionisio Caguioa, as their Guardian ad Litem;
K.D.G., a minor, by and through Adrian Duran, as their Guardian ad Litem;
K.D.J.M., a minor, by and through Keenan Alvontae Moss, as their Guardian ad Litem;
K.F., a minor, by and through Linda Franco, as their Guardian ad Litem;

K.G., a minor, by and through Geovanna Paulette "Paulette" Salinas Olivares, as their Guardian ad Litem;

K.G., a minor, by and through Frederick Grimes, as their Guardian ad Litem;

K.G.M.R., a minor, by and through Ana Patricia Ramirez Rodriguez, as their Guardian ad Litem;

K.K.G.V., a minor, by and through Kirsten Kate Valdez, as their Guardian ad Litem;

K.K.G.V., a minor, by and through Kirsten Kate Valdez, as their Guardian ad Litem;

K.K.O., a minor, by and through Julie Anne Ortiz, as their Guardian ad Litem;

K.L.N., a minor, by and through Nereyda Magallanes, as their Guardian ad Litem;

K.M., a minor, by and through Sade Nicole Boston, as their Guardian ad Litem;

K.M., a minor, by and through Natasha I Morris, as their Guardian ad Litem;

K.O.E., a minor, by and through Alfonso Ramon Estrada, as their Guardian ad Litem;

K.R.D., a minor, by and through Amanda Guadalupe Diaz Gonzalez, as their Guardian ad Litem;

K.S.M.C., a minor, by and through Kaylah Jenee Century, as their Guardian ad Litem;

K.T.B., a minor, by and through Claudia Margrit Birleanu, as their Guardian ad Litem;

K.W., a minor, by and through Joelle Worthington, as their Guardian ad Litem;

K.W.B., a minor, by and through Katherine Ellen Alfredo, as their Guardian ad Litem;

K.Y., a minor, by and through Melissa Yrissont, as their Guardian ad Litem;

L.A., a minor, by and through Audra Betty Ann Hossfeld, as their Guardian ad Litem;

L.A., a minor, by and through Andrea Arleen Mendez-Azhocar, as their Guardian ad Litem;

L.A.D., a minor, by and through Evelyn Dominguez, as their Guardian ad Litem;

L.A.M., a minor, by and through Andres Arias, as their Guardian ad Litem;

L.A.V.O., a minor, by and through Gricelda Jesus Puente, as their Guardian ad Litem;

L.B., a minor, by and through Larry Borden, as their Guardian ad Litem;

L.C., a minor, by and through Rodolfo Cardenas-Lopez, as their Guardian ad Litem;

L.C., a minor, by and through Shawnte M Castro, as their Guardian ad Litem;

L.C., a minor, by and through Beatriz Adriana Romo, as their Guardian ad Litem;
L.D., a minor, by and through Cira Lopez, as their Guardian ad Litem;
L.D.G., a minor, by and through Adrian Duran, as their Guardian ad Litem;
L.D.W., a minor, by and through Casey William West, as their Guardian ad Litem;
L.E., a minor, by and through Tiffany Tejada Jones, as their Guardian ad Litem;
L.F.C.F., a minor, by and through Daniel Evenezer Corona Luque, as their Guardian ad Litem;
L.G., a minor, by and through Jaime Garcia, as their Guardian ad Litem;
L.I., a minor, by and through Jessica Lizette Cadena Valdez, as their Guardian ad Litem;
L.I., a minor, by and through Jessica Lizette Cadena Valdez, as their Guardian ad Litem;
L.I., a minor, by and through Jessica Lizette Cadena Valdez, as their Guardian ad Litem;
L.J., a minor, by and through Mitchell Jones, as their Guardian ad Litem;
L.J.S., a minor, by and through Ryan Louis Schoeller, as their Guardian ad Litem;
L.J.U., a minor, by and through Vanessa Elizabeth Medina-Vega, as their Guardian ad Litem;
L.L., a minor, by and through Dariel Lucio, as their Guardian ad Litem;
L.M., a minor, by and through Kayla Gutierrez, as their Guardian ad Litem;
L.M., a minor, by and through Rodrigo Meza Maldonado, as their Guardian ad Litem;
L.M.C., a minor, by and through Hilda Emma Reyes, as their Guardian ad Litem;
L.M.L., a minor, by and through Jose J. Lincoln, as their Guardian ad Litem;
L.M.R., a minor, by and through Begmar R. Rabadan, as their Guardian ad Litem;
L.M.V., a minor, by and through Rosemary Nicole Velarde, as their Guardian ad Litem;
L.N., a minor, by and through Jose Alfredo Lopez, as their Guardian ad Litem;
L.N., a minor, by and through Alicia Marie Vivanco, as their Guardian ad Litem;
L.P., a minor, by and through Molly Priesthoff, as their Guardian ad Litem;
L.P.D., a minor, by and through Lucky Thill, as their Guardian ad Litem;
L.P.L., a minor, by and through Valerie Puente, as their Guardian ad Litem;
L.R., a minor, by and through Martha Rodriguez Garcia, as their Guardian ad Litem;

L.R., a minor, by and through Laurian Rojas Jr, as their Guardian ad Litem;
L.R., a minor, by and through Violeta Ontiveros Lopez, as their Guardian ad Litem;
L.S., a minor, by and through Leanne Anderson, as their Guardian ad Litem;
L.S., a minor, by and through Ava Nicole Falagan, as their Guardian ad Litem;
L.S., a minor, by and through Josefina Gomez, as their Guardian ad Litem;
L.S., a minor, by and through Larry Fernando Singleton, as their Guardian ad Litem;
L.S., a minor, by and through Larry Fernando Singleton, as their Guardian ad Litem;
L.S., a minor, by and through Larry Fernando Singleton, as their Guardian ad Litem;
L.V., a minor, by and through Imelda Verni, as their Guardian ad Litem;
L.V., a minor, by and through Briana Jaqueline Villasenor, as their Guardian ad Litem;
L.V.T., a minor, by and through Moises Torres, as their Guardian ad Litem;
L.W., a minor, by and through Lynnicole Killens, as their Guardian ad Litem;
M.A.A.G., a minor, by and through Patricia Marquez, as their Guardian ad Litem;
M.A.J., a minor, by and through Chantel Marie Perez Jackson, as their Guardian ad Litem;
M.A.L., a minor, by and through Gizelle Angela Aguilar, as their Guardian ad Litem;
M.A.M., a minor, by and through Vanessa Alexandria Marquez, as their Guardian ad Litem;
M.A.M., a minor, by and through Vanessa Alexandria Marquez, as their Guardian ad Litem;
M.A.T., a minor, by and through Lyllan Duenas, as their Guardian ad Litem;
M.A.V., a minor, by and through Everardo Velador, as their Guardian ad Litem;
M.A.W., a minor, by and through Natice Louise Raymer, as their Guardian ad Litem;
M.B., a minor, by and through Gladys Judith Martinez, as their Guardian ad Litem;
M.C., a minor, by and through Rodolfo Cardenas-Lopez, as their Guardian ad Litem;
M.C., a minor, by and through Shawnte M Castro, as their Guardian ad Litem;
M.C., a minor, by and through Martin Contreras Jr., as their Guardian ad Litem;
M.C., a minor, by and through Martin Contreras Jr., as their Guardian ad Litem;

M.C., a minor, by and through Lily Cota, as their Guardian ad Litem;

M.D.A., a minor, by and through Josue Lopez, as their Guardian ad Litem;

M.D.K., a minor, by and through Daniel L. Kibodeaux, as their Guardian ad Litem;

M.D.S., a minor, by and through Albert Richard Sais Jr, as their Guardian ad Litem;

M.E., a minor, by and through Sarah Elizabeth Espinoza, as their Guardian ad Litem;

M.E.O., a minor, by and through Vianna Arlett Romero, as their Guardian ad Litem;

M.F., a minor, by and through Charlene Davis, as their Guardian ad Litem;

M.F., a minor, by and through Manuel A. Flores, as their Guardian ad Litem;

M.F.J.C., a minor, by and through Maria G Campos, as their Guardian ad Litem;

M.G., a minor, by and through Geovanna Paulette "Paulette" Salinas Olivares, as their Guardian ad Litem;

M.G., a minor, by and through Marisela Alvarez, as their Guardian ad Litem;

M.G., a minor, by and through Araceli Figueroa, as their Guardian ad Litem;

M.G.R., a minor, by and through Maribel Chavez, as their Guardian ad Litem;

M.H., a minor, by and through Monique Horta, as their Guardian ad Litem;

M.H., a minor, by and through Monique Horta, as their Guardian ad Litem;

M.H.P., a minor, by and through Brenda Nicole Padilla, as their Guardian ad Litem;

M.I.L., a minor, by and through Gizelle Angela Aguilar, as their Guardian ad Litem;

M.J., a minor, by and through Alicia Marie Vivanco, as their Guardian ad Litem;

M.J.C., a minor, by and through Andrea Angelica Carrasco Herz, as their Guardian ad Litem;

M.J.G.S., a minor, by and through Bulmara Margarita "Margarita" Belton, as their Guardian ad Litem;

M.L.M.C., a minor, by and through Marvin Matthew Cox, as their Guardian ad Litem;

M.L.R., a minor, by and through Heather Marie Rolph-Ibberson, as their Guardian ad Litem;

M.L.T., a minor, by and through Lyllan Duenas, as their Guardian ad Litem;

M.M., a minor, by and through Alan Vazquez, as their Guardian ad Litem;

M.M., a minor, by and through Alan Vazquez, as their Guardian ad Litem;
M.M., a minor, by and through Nicolas Alejo Jimenez, as their Guardian ad Litem;
M.M., a minor, by and through Adrian Medellin, as their Guardian ad Litem;
M.M., a minor, by and through Lucy Cardona, as their Guardian ad Litem;
M.M.C., a minor, by and through Monica Cervantes, as their Guardian ad Litem;
M.M.C., a minor, by and through Marvin Matthew Cox, as their Guardian ad Litem;
M.M.R., a minor, by and through Alexandro Moreno, as their Guardian ad Litem;
M.N.L.H., a minor, by and through Kaylah Jenee Century, as their Guardian ad Litem;
M.O.C., a minor, by and through Marvin Matthew Cox, as their Guardian ad Litem;
M.O.T., a minor, by and through Beverly Allison Tavai, as their Guardian ad Litem;
M.P., a minor, by and through Monica Martinez, as their Guardian ad Litem;
M.P.N., a minor, by and through Alisa Joanna Warner, as their Guardian ad Litem;
M.R., a minor, by and through Miguel Reyes, as their Guardian ad Litem;
M.R., a minor, by and through Maricela Dominguez, as their Guardian ad Litem;
M.R., a minor, by and through Alexa Maylin Rivera Carreto, as their Guardian ad Litem;
M.R., a minor, by and through Gustavo Rodriguez Jr, as their Guardian ad Litem;
M.R.A., a minor, by and through Fernando Joel Rodriguez, as their Guardian ad Litem;
M.R.C., a minor, by and through Martin Contreras Jr., as their Guardian ad Litem;
M.S., a minor, by and through Cristina Saldana, as their Guardian ad Litem;
M.S., a minor, by and through Zaira Sanchez, as their Guardian ad Litem;
M.S., a minor, by and through Scott Robert Simeral, as their Guardian ad Litem;
M.S., a minor, by and through Jared Cole Stransky, as their Guardian ad Litem;
M.T., a minor, by and through Ashley Tamayo, as their Guardian ad Litem;
M.T., a minor, by and through Armando Martinez, as their Guardian ad Litem;
M.T.D., a minor, by and through Katherine Ann Davis, as their Guardian ad Litem;
M.T.S.K., a minor, by and through Ivan Hisao Kanzaki, as their Guardian ad Litem;
M.V., a minor, by and through Cesilia Álvarez, as their Guardian ad Litem;
M.V., a minor, by and through Jessica Guadalupe Reyes, as their Guardian ad Litem;

M.V., a minor, by and through Adriana Valles Camacho, as their Guardian ad Litem;
M.V., a minor, by and through Alicia Marie Vivanco, as their Guardian ad Litem;
M.W., a minor, by and through Patricia Charles, as their Guardian ad Litem;
M.W.S., a minor, by and through Perla Medina Garcia, as their Guardian ad Litem;
M.Y.C., a minor, by and through Lisa M. Garcia, as their Guardian ad Litem;
N.A.M., a minor, by and through Isabella Mariah Gonzalez, as their Guardian ad Litem;
N.A.N., a minor, by and through Jessica Navarro, as their Guardian ad Litem;
N.B., a minor, by and through Choli Beduhi, as their Guardian ad Litem;
N.B., a minor, by and through Sade Nicole Boston, as their Guardian ad Litem;
N.B.M., a minor, by and through Charlise Renay McCowan, as their Guardian ad Litem;
N.C., a minor, by and through Edgar Omar Castro Garcia, as their Guardian ad Litem;
N.C.A., a minor, by and through Charlise Renay McCowan, as their Guardian ad Litem;
N.D.L.R., a minor, by and through Andre De La Rosa, as their Guardian ad Litem;
N.E.F.A., a minor, by and through Anthony Romano Flores, as their Guardian ad Litem;
N.F., a minor, by and through Aracely Chavez, as their Guardian ad Litem;
N.F., a minor, by and through Aracely Chavez, as their Guardian ad Litem;
N.H., a minor, by and through Jonathan Abundez Jr., as their Guardian ad Litem;
N.H.H.P., a minor, by and through Brenda Nicole Padilla, as their Guardian ad Litem;
N.I., a minor, by and through Elizabeth Ibarra, as their Guardian ad Litem;
N.J., a minor, by and through Nicolas Alejo Jimenez, as their Guardian ad Litem;
N.L., a minor, by and through Dashaun Anthony Lewis, as their Guardian ad Litem;
N.L.V., a minor, by and through Lupita Motta, as their Guardian ad Litem;
N.L.V.R., a minor, by and through Vianna Arlett Romero, as their Guardian ad Litem;
N.M., a minor, by and through Alexa Gonzalez, as their Guardian ad Litem;
N.M., a minor, by and through Gustavo Molina, as their Guardian ad Litem;
N.M.D.O., a minor, by and through Antonio Montes de Oca, as their Guardian ad Litem;
N.P., a minor, by and through Clarissa Moreno, as their Guardian ad Litem;
N.R., a minor, by and through Irene Nataly Romero, as their Guardian ad Litem;

N.R.H., a minor, by and through Cassie Renee Hero-Campos, as their Guardian ad Litem;
N.S., a minor, by and through Jaime Valles, as their Guardian ad Litem;
N.V., a minor, by and through Neery Allen Velazquez, as their Guardian ad Litem;
N.W., a minor, by and through Lynnicole Killens, as their Guardian ad Litem;
N.W., a minor, by and through Joshua Jay Walters, as their Guardian ad Litem;
O.B., a minor, by and through Luna Beaster, as their Guardian ad Litem;
O.B., a minor, by and through Alison Marrie Hoover, as their Guardian ad Litem;
O.D., a minor, by and through Sandra Lynn Baker, as their Guardian ad Litem;
O.G., a minor, by and through Brandon Garay, as their Guardian ad Litem;
O.G., a minor, by and through Peter A. Goddard, as their Guardian ad Litem;
O.G.S., a minor, by and through Jacquelyn Theresa Sniff, as their Guardian ad Litem;
O.I., a minor, by and through Teresa Marie Sadlowski, as their Guardian ad Litem;
O.M., a minor, by and through Allen Wayne Mattson, as their Guardian ad Litem;
O.O., a minor, by and through Nancy Orrantia, as their Guardian ad Litem;
O.R.N., a minor, by and through Dafne Eridiana Mildred Noguez, as their Guardian ad Litem;
O.S., a minor, by and through Jorge Sanchez, as their Guardian ad Litem;
P.B., a minor, by and through Alberto Briseno, as their Guardian ad Litem;
P.C.J., a minor, by and through Paul Rafael Jimenez, as their Guardian ad Litem;
P.D.B., a minor, by and through Alberto Briseno, as their Guardian ad Litem;
P.E.R., a minor, by and through Kristine Elizabeth Russo, as their Guardian ad Litem;
P.G., a minor, by and through Jennifer Allyssa PerezFranco, as their Guardian ad Litem;
P.G., a minor, by and through Sade Nicole Boston, as their Guardian ad Litem;
P.G.A., a minor, by and through Miguel Isidro Gallegos Lopez, as their Guardian ad Litem;
P.J.M., a minor, by and through Zoixza Martin, as their Guardian ad Litem;
P.N., a minor, by and through Jose Alfredo Lopez, as their Guardian ad Litem;
P.O., a minor, by and through Joseph Anthony Olivarria, as their Guardian ad Litem;

P.O., a minor, by and through Marcos Abraham Orrantia Molina, as their Guardian ad Litem;

P.S., a minor, by and through Jared Cole Stransky, as their Guardian ad Litem;

Q.A.L., a minor, by and through Aubrey Peter Law, as their Guardian ad Litem;

Q.C., a minor, by and through Daryl Dawson, as their Guardian ad Litem;

Q.R., a minor, by and through Maria Rodriguez, as their Guardian ad Litem;

R.A.R., a minor, by and through Tanairi Diaz Sanchez, as their Guardian ad Litem;

R.A.V., a minor, by and through Blanca Estela Velazquez, as their Guardian ad Litem;

R.A.V., a minor, by and through Lupita Motta, as their Guardian ad Litem;

R.B., a minor, by and through Clifford William Retchless, as their Guardian ad Litem;

R.C., a minor, by and through Monica Cervantes, as their Guardian ad Litem;

R.C., a minor, by and through Monica Cervantes, as their Guardian ad Litem;

R.C.S., a minor, by and through Kimberly Sue Sais, as their Guardian ad Litem;

R.F., a minor, by and through Patricia Bautista, as their Guardian ad Litem;

R.F., a minor, by and through Roberto A. Fombon, as their Guardian ad Litem;

R.G., a minor, by and through Maria Rodriguez, as their Guardian ad Litem;

R.G., a minor, by and through Nailea Farias, as their Guardian ad Litem;

R.H., a minor, by and through Jessica L. Sprague, as their Guardian ad Litem;

R.J.S., a minor, by and through Patricia Sanchez, as their Guardian ad Litem;

R.K.H., a minor, by and through Kendra Cazares, as their Guardian ad Litem;

R.L.B., a minor, by and through Katherine Ellen Alfredo, as their Guardian ad Litem;

R.L.C.R., a minor, by and through Francisco D. Rodriguez Zaragoza, as their Guardian ad Litem;

R.L.F., a minor, by and through Jose Luis Flores Lara, as their Guardian ad Litem;

R.M., a minor, by and through Anakaren Garcia, as their Guardian ad Litem;

R.O.D., a minor, by and through Tanairi Diaz Sanchez, as their Guardian ad Litem;

R.Q., a minor, by and through Ramon Quezada, as their Guardian ad Litem;

R.R., a minor, by and through Fernando Riveros, as their Guardian ad Litem;

R.R., a minor, by and through Alyssa Jones, as their Guardian ad Litem;
R.R.H., a minor, by and through Adriana Hernandez Gonzalez, as their Guardian ad Litem;
R.V.G., a minor, by and through Chanel Loreal Garcia, as their Guardian ad Litem;
R.V.G., a minor, by and through Jessica Carina Villa, as their Guardian ad Litem;
R.W., a minor, by and through Alyssa Williams, as their Guardian ad Litem;
S.A., a minor, by and through Angelica Alvarez, as their Guardian ad Litem;
S.A., a minor, by and through Cristina Sanchez, as their Guardian ad Litem;
S.A.B., a minor, by and through Ana Maria Barnes, as their Guardian ad Litem;
S.A.J., a minor, by and through Octavio Jimenez, as their Guardian ad Litem;
S.A.K., a minor, by and through Ivan Hisao Kanzaki, as their Guardian ad Litem;
S.A.L., a minor, by and through Adrian Aguilar, as their Guardian ad Litem;
S.A.M., a minor, by and through Amor Iris Alatorre, as their Guardian ad Litem;
S.B., a minor, by and through Sam H. Bahena, as their Guardian ad Litem;
S.B., a minor, by and through Gladys Judith Martinez, as their Guardian ad Litem;
S.B., a minor, by and through Vicky Bueno, as their Guardian ad Litem;
S.B.C., a minor, by and through Elizabeth Cardoza, as their Guardian ad Litem;
S.B.G., a minor, by and through Olga Lydia Vera-Garcia, as their Guardian ad Litem;
S.B.R., a minor, by and through Shayne Dwain Raymond, as their Guardian ad Litem;
S.B.R., a minor, by and through Shayne Dwain Raymond, as their Guardian ad Litem;
S.C., a minor, by and through Benjamin Garcilazo Contreras, as their Guardian ad Litem;
S.C.P., a minor, by and through Timothy Wayne Pittman Sr, as their Guardian ad Litem;
S.D., a minor, by and through Dora Estela Soria, as their Guardian ad Litem;
S.D., a minor, by and through Cynthia Viviana Diaz Salinas, as their Guardian ad Litem;
S.D.A., a minor, by and through Dulce Lopez, as their Guardian ad Litem;
S.D.L.R., a minor, by and through Alfred De La Rosa, as their Guardian ad Litem;
S.E., a minor, by and through Elizabeth Cervantes, as their Guardian ad Litem;
S.E., a minor, by and through Julieta Janette Abrego, as their Guardian ad Litem;

S.E.C., a minor, by and through Elizabeth Cardoza, as their Guardian ad Litem;

S.F., a minor, by and through Julieta Janette Abrego, as their Guardian ad Litem;

S.F., a minor, by and through Mirna Josefina Arredondo, as their Guardian ad Litem;

S.F., a minor, by and through David Fry, as their Guardian ad Litem;

S.F.J., a minor, by and through Diana González, as their Guardian ad Litem;

S.G., a minor, by and through Armando Guerra, as their Guardian ad Litem;

S.G.A., a minor, by and through Lupe Olivas Arambula, as their Guardian ad Litem;

S.G.H., a minor, by and through Moises Higareda, as their Guardian ad Litem;

S.G.H., a minor, by and through Moises Higareda, as their Guardian ad Litem;

S.H., a minor, by and through Sade Nicole Boston, as their Guardian ad Litem;

S.H., a minor, by and through Sade Nicole Boston, as their Guardian ad Litem;

S.I.R., a minor, by and through Laurian Rojas Jr, as their Guardian ad Litem;

S.J., a minor, by and through Amada Uribe, as their Guardian ad Litem;

S.J.A., a minor, by and through Daniela Sigala Lazarin, as their Guardian ad Litem;

S.J.G., a minor, by and through Ariana Jenette Robert, as their Guardian ad Litem;

S.J.M.F., a minor, by and through Kaylah Jenee Century, as their Guardian ad Litem;

S.L., a minor, by and through Stephanie Hernandez Lewis, as their Guardian ad Litem;

S.L.Q., a minor, by and through Amanda Lynn Medina-Misiano, as their Guardian ad Litem;

S.M., a minor, by and through Carlos Antonio Mejia, as their Guardian ad Litem;

S.M.G., a minor, by and through Carmen Babb, as their Guardian ad Litem;

S.M.N., a minor, by and through Carmen Babb, as their Guardian ad Litem;

S.N., a minor, by and through Roberta Elizabeth Mora, as their Guardian ad Litem;

S.N.B.C., a minor, by and through Marta Leon, as their Guardian ad Litem;

S.N.M., a minor, by and through Trevor Patrick Maroshek, as their Guardian ad Litem;

S.R., a minor, by and through Michael Jack Daniel Snodgrass, as their Guardian ad Litem;

S.R., a minor, by and through Debra Lynn Perez, as their Guardian ad Litem;

S.R.D., a minor, by and through Brenton Michael Dyok, as their Guardian ad Litem;

S.R.J., a minor, by and through Dominic Abraham Javier, as their Guardian ad Litem;

S.R.S., a minor, by and through Albert Richard Sais Jr, as their Guardian ad Litem;

S.R.T., a minor, by and through Tommy Lam Tran, as their Guardian ad Litem;

S.S., a minor, by and through Zaira Sanchez, as their Guardian ad Litem;

S.S.A.D., a minor, by and through Jaqueline Guadalupe Duck, as their Guardian ad Litem;

S.T., a minor, by and through Diana Palacios, as their Guardian ad Litem;

S.V.A., a minor, by and through Melvyn Alberto Aguilar, as their Guardian ad Litem;

S.V.V., a minor, by and through Carmen Arcelia Velasco Galvez, as their Guardian ad Litem;

S.Y.R., a minor, by and through Carmen C. Galvan, as their Guardian ad Litem;

T.B., a minor, by and through Barry Bland, as their Guardian ad Litem;

T.C.S.M.Y., a minor, by and through Dorianne Kinnetta J Thorne, as their Guardian ad Litem;

T.G., a minor, by and through Alonso Garcia, as their Guardian ad Litem;

T.G., a minor, by and through Nailea Farias, as their Guardian ad Litem;

T.J.M., a minor, by and through Enedina Martin, as their Guardian ad Litem;

T.M., a minor, by and through Tony Montano, as their Guardian ad Litem;

T.T.T., a minor, by and through Jessica Ann Tena, as their Guardian ad Litem;

U.R.L.G., a minor, by and through Shanisha Lashay Carter, as their Guardian ad Litem;

V.C., a minor, by and through Tawny Campa, as their Guardian ad Litem;

V.D., a minor, by and through Leanne Anderson, as their Guardian ad Litem;

V.D., a minor, by and through Jessica Dominguez, as their Guardian ad Litem;

V.F.A., a minor, by and through Virginia Adriana Castellanos, as their Guardian ad Litem;

V.H., a minor, by and through Enrique Hernandez, as their Guardian ad Litem;

V.H.D., a minor, by and through Cynthia Viviana Diaz Salinas, as their Guardian ad Litem;
V.L., a minor, by and through Jesus Eduardo Lopez, as their Guardian ad Litem;
V.M.M., a minor, by and through Salome Mojarro Alvarez, as their Guardian ad Litem;
V.S., a minor, by and through Erica Mayela Mejia, as their Guardian ad Litem;
V.S.C., a minor, by and through Guillermo Cardenas, as their Guardian ad Litem;
V.V., a minor, by and through Jessica Guadalupe Reyes, as their Guardian ad Litem;
V.V.V., a minor, by and through Sahira Yanet Gutierrez, as their Guardian ad Litem;
W.C., a minor, by and through Bryce William Cantrell, as their Guardian ad Litem;
W.E.C., a minor, by and through Raquel Calderon, as their Guardian ad Litem;
W.K.C., a minor, by and through Jean Evelyn Weaver, individually and as a trustee for The Family Trust of Norman G. Weaver Sr & Jean E. Weaver, as their Guardian ad Litem;
W.K.V., a minor, by and through Kyle Mason Vance, as their Guardian ad Litem;
W.S., a minor, by and through Linsey Steinkamp, as their Guardian ad Litem;
X.A.R., a minor, by and through Jennie Lee Linscott, as their Guardian ad Litem;
X.B., a minor, by and through Samuel Daniel Baltazar, as their Guardian ad Litem;
X.E.G.A., a minor, by and through Leslie Almazan Espinoza, as their Guardian ad Litem;
X.H., a minor, by and through Enrique Hernandez, as their Guardian ad Litem;
X.I., a minor, by and through Joanna Marie Ishee, as their Guardian ad Litem;
X.M.I., a minor, by and through Joanna Marie Ishee, as their Guardian ad Litem;
Z.A.G., a minor, by and through Emmanuel Gonzalez, as their Guardian ad Litem;
Z.B.V., a minor, by and through Kyle Mason Vance, as their Guardian ad Litem;
Z.J., a minor, by and through Mitchell Jones, as their Guardian ad Litem;
Z.J.G., a minor, by and through Hollie Ann Emmons, as their Guardian ad Litem;
Z.L.C., a minor, by and through Jorge Correa, as their Guardian ad Litem;
Z.M.M., a minor, by and through Salome Mojarro Alvarez, as their Guardian ad Litem;
Z.M.N., a minor, by and through Alisa Joanna Warner, as their Guardian ad Litem;

Z.T., a minor, by and through Paublina Zepeda, as their Guardian ad Litem;

DATED: October 30, 2026

Respectfully submitted,

By: */s/ James P. Frantz*

James P. Frantz (State Bar No. 87492)
Kristin J. Westphal (State Bar No. 202046)
Edward M. Burak (State Bar No. 361196)
George T. Stiefel (State Bar No. 297611)
M. Regina Bagdasarian (State Bar No. 296219)
**FRANTZ LAW GROUP, APLC**
402 W. Broadway, Suite 860
San Diego, CA 92101
(619) 233-5945
jpf@frantzlawgroup.com
kwestphal@frantzlawgroup.com
eburak@frantzlawgroup.com
gstiefel@frantzlawgroup.com
regina@frantzlawgroup.com

*Attorneys for Plaintiffs*